Document of Exhausting
Administrative Remedies

to Respo



# COMMONWEALTH *of* VIRGINIA

GENE M. JOHNSON
DIRECTOR

*Department of Corrections*

P. O. BOX 26963
RICHMOND, VIRGINIA 23261
(804) 674-3000

## INMATE GRIEVANCE RESPONSE FORM
### Level III

| K. Brown, #207902 | Red Onion State Prison | 620-29506 |
|---|---|---|
| Inmate Name and Number | Institution | Log Number |

**Level III:  Deputy Director/Director Response:  (To be completed and mailed within twenty (20) calendar days)**

I have reviewed your grievance appealing the decision of the Publication Review Committee's disapproval of the "The Final Call" publication, Volume 28, #'s 4, 10, 12, 13, 14, 15, & 18.

In accordance with Operating Procedure 803.2, Incoming Publications, Section V, E (6) approval to order or receive a publication or subscription is not a blanket approval of the publication; each issue will be reviewed at the facility prior to delivery to inmates.  The Warden/Superintendent or his designee should disapprove any publication for receipt and possession by inmates, if it is not already on the Disapproved Publication List and it can be documented to contain material that violates Operating Procedure #803.2, as specifically listed in 803.2 Section V (L) and Attachment #1.  Red Onion State Prison determined that the publication might have contained material in violation of Operating Procedure 803.2 and forwarded it to the Publication Review Committee in accordance with policy.

On March 6, 2009, "The Final Call" issues #4, 10, 12, 13, 14, 15, & 18 were reviewed by the Publication Review Committee and it was determined these issues violated Operating Procedure 803.2-Section V (L), Attachment 1, #7 and #12 as follows:

> #7.  Material that promotes or advocates violence, disorder, insurrection or terrorist activities against individuals, groups, organizations, the government, or any of its institutions

> #12.  Material whose content could be detrimental to the security, good-order, discipline of the facility, or offender rehabilitative efforts or the safety or health of offenders, staff, or others

I have considered your appeal of the Committee's decision and have determined that the Publication Review Committee disapproved the publication in accordance with Operating Procedure 803.2, Incoming Publications.  I am upholding the Committee's decision.  Your grievance is **unfounded**.  You have exhausted all administrative remedies.

Date: 6/3/09

_____
J. Jabe, Deputy Director of Operations

RECEIVED
MAY 1... 2009
Deputy Director, Operations

RECEIVED
MAY 06 2009
Deputy Director, Operations

# INMATE GRIEVANCE RESPONSE FORM
## LEVEL I

| K. Brown, 207902 | Red Onion State Prison | 620-29506 |
|---|---|---|
| **Inmate Name and Number** | **Institution** | **Log Number** |

**LEVEL I:  Warden's Response**. (To be completed and mailed within thirty calendar days.)

**Grievance Summary:**  You stated you are grieving the disapproval by the Publication Review Committee of your "Final Call, Vol. 28, #'s 4; 10; 12; 13; 14; 15; and 18.  This notice was dated March 31, 2009.

**Informal Summary:**  Your disapproval notices from the Publication Review Committee is attached.

**Investigation:**  As you were advised by the memorandum dated March 31, 2009, your publication was reviewed and determined to violate Procedure 803.2, #12.  This decision was made by the Publication Review Committee, and Major Fleming was notified of their decision. All books, publications, and tapes are subject to review for compliance with Procedure 803.2 prior to delivery to you. It is only required that the policy number of the violation be noted on your disapproval notice.

**Policy/Procedure:**  OP 803.2 governs this issue.

In accordance with the above information, this grievance is considered to be **UNFOUNDED**, as procedures have been correctly applied.  No further action appears to be necessary at this time.

| _Mul Au_ | _4-30-09_ |
|---|---|
| **Warden** | **Date** |

In accordance with procedure 866.1 governing Inmate Grievance Procedures, if you are dissatisfied with this response you may appeal this decision within five (5) calendar days to:

Deputy Director of Operations,
P. O. Box 26963
Richmond, Virginia 23261-6963

I wish to appeal the LEVEL I Response because:

_SEE Attachment_    →

| _Mr. Kelvin Brown 207902_ | _05/02/09_ |
|---|---|
| NAME AND INMATE NUMBER | DATE |

FT

RECEIVED
MAY 19 2009
Ombudsman Services Unit

RECEIVED
MAY 12 2009
OMBUDSMAN SERVICE UNIT
WESTERN REGION

RECEIVED

MAY 19 2009

Ombudsman Services Unit

RECEIVED

MAY 18 2009

Deputy Director, Operations

Attachments:

## Appeal of Grievance 670-29506

As it Relate to Procedure 803.2 #12, Institutional Major (L. Fleming) claims, (these Religious Newspapers) "are" Material whose content could be detrimental to the security, good order, discipline of the Facility, or Offender Rehabilitative Efforts or the safety or health of offenders, staff, or others."

This publication is approved throughout the VA. D.O.C. I have received it for over 14½ years, prior to coming to Red Onion. In like manner, this publication has been coming into Red Onion since 1998. There has never been an assault, stabbing, riot, escape or any other reported disruption as a result of this publication nor has the institution displayed, reported, or otherwise collected or have data, via an investigation, that a future riot, escape, or planned assault or disruption is imminent.

Procedure 803.2 #12, is also ____ in conjunction with the prior words of: "A publication should be disapproved if it can be reasonably documented contain." Again, in this alleged independent review, no reasonableness has been rendered. Major Fleming has otherwise used his authority to deny, repeatedly, for over 6½ months this publication without due process or offering a "reasonable reason. He uses policy arbitrarily. My personal conversation with him back.

RECEIVED

MAY 12 2009

OMBUDSMAN SERVICE UNIT
WESTERN REGION

Pg. 2

IN APRIL 2009, REVEALS, HE HAS A PERSONAL ISSUE WITH THE philosophical TEACHINGS of THE NATION OF ISLAM. HE OFFERED NO SOUND PROOF OR REASONABLE REASON - AS IT RELATE to DANGER, DISORDER, OR SECURITY THREAT. (I AM NOT A CHRISTIAN, though I RESPECT ALL CHRISTIANS. YET, I do NOT BELIEVE IN MANY of THEIR dogmas, doc-TRINES AND/OR philosophy WHEN IT COMES to JESUS, HELL, OR HEAVEN. THIS should NOT BE ENOUGH to DENY A PERSONS RELIGION MATERIAL BECAUSE you do NOT PERSONALLY AGREE. THIS IS THE MEASURE of CHEATING A substantial burden AND IT'S THE MOST RESTRICTED MEANS. CHAPLAIN DE-PARTMENT DOES NOT PROVIDE/OFFER NATION OF ISLAM RELIGIOUS MATERIAL; VIDEOS SHOWIN OVER CLOSE CIRCUIT TELEVISION ARE old, CUTS OFF HALF WAY THROUGH. AND HAS ONLY SHOWIN TWICE IN THE 12 MONTHS I'VE BEEN AT RED ONION)

        I ASKED MAJOR FLEMING, WHAT IS THE THREAT OR DISRUPTIVE ELEMENT of THE PUBLICATION. HE OFFERED NO EXPLANATION. I ASKED, WHAT EVIDENCE DO HE OFFER to SUPPORT THIS CLAIM; HE OFFERED NONE - ONLY WALKING AWAY. THERE HAS NEVER BEEN A REPORTED ASSAULT (physically OR VERBALLY) ON STAFF, OFFICERS, OR PRISONERS AS A RESULT OF THIS PUBLICATION. (RED ONION ALWAYS HAD, AND STILL DO HAVE RACIST OFFICERS WHO WALK AROUND AND VERBA-LIZE THEIR DISLIKE, HATRED, AND bigotry FOR BLACKS, HISPANICS, AND bi-RACIAL PRISONER; THIS INCLUDE THEIR bigotry TOWARDS ISLAM.

RECEIVED

MAY 19 2009

Ombudsman Services Unit

RECEIVED

MAY 18 2009

Deputy Director, Operations

PG. 3

I had Received this publication At Red Onion From Aug. 2008 until Nov. 2008, without have one dissapproved over 12-13 wks. without true Reason, the publication is being Repeatedly denied - EVERY week. Though, this publication is being permitted at other Institutions (that's A FACT).

This is a Religious Publication; it does not Advocate, promote, teach, or Advise gang Activity, terrorism, Insurrection, violence, Civil unrest or Anything Akin to such doctrine. It teaches Just the opposition. QUESTION! IF this publication violates 803.2 #12 - then why Are the books that contain the same teachings Allowed in the institution? YET, no detriment has been committed or Reported?

RECEIVED

MAY 12 2009

OMBUDSMAN SERVICE UNIT
WESTERN REGION

I state, in conclusion, Red Onion has only Quoted policy, offering no substantial proof, Evidence to support their Claim. This is Abuse of Authority And violates my due process Rights to A FAIR and IMPARTIAL hEARIng / REVIEW (The same party that denied my publications, Are the same P.R.C. that REVIEwed them.) No one Reviewed these publications with IMPARTIALITY or FAIRNESS EVIDENCE CLEARLY showes, this publication, IN the past, present, or Future poses A threat to the institution (This is A segregation unit; prisons Are Restricted to 23-24 hrs. Lock-down; All movement to-from ARE IN cuffs and shackles; prisoners ARE not permitted to trade
-BACK-

PG. 5

OR EXCHANGE MATERIALS IN AN OVERALL MANNER, this is the only MEANS FOR me (And others) to obtain NATION OF ISLAM Religious MATERIAL (Chaplain does not provide such). This is the most SECURE PRISON in the VA. D.O.C., WHERE is the SECURE threat or danger? The good order is determined, to control PRISONERS behavior, PREVENT ESCAPES, Assaults, Riots, etc. (NONE of the above has taking place or been Reported, as a Result of that publication. IF it "Could," then where is the proof/evidence? None has been OFFERED) This discipline of RED ONION, is what it is. TO DENY this publication has not made RED ONION SAFER or less safer: charges are still written by different INCIDENCE, however, not at a cost or cause of this publication) I am NOT a SEXUALLY OFFENDER (I'm CONFINED FOR Robbery And gun charge, sent to RED ONION FOR ALLEGING CLOSING a door on a counselor At Augusta, not related to a Rehabilitative MEANS. AND this publication, in NO way poses a danger to the health or well being of the STAFF, OFFICERS, or others

This publication has been Repeatedly denied SINCE NOV. 2008 (7 months), this is AN act of "banning" this publication. THESE denied ISSUES ARE not Listed in "DIS-Approved List Book", NOR have the AUTHORITIES CONTACTED Publisher to NOTIFY them of such (As it's Reported in 803.2). AND, other INSTITUTIONS ARE permitting these SAME ISSUES

RECEIVED
MAY 18 2009
Deputy Director, Operations

PG. 5

Without INCIDENT.

I ASK THAT THERE BE A thorough ANd complete INDEPENDENT REVIEW of "EACH denied ISSUE" of this PUBLICATION, WITH AN IMPARTIAL REVIEW. THAT EVIDENCE BE SUPPORTED, to SUPPORT SUCH CLAIM by AUTHORITIES AT Red ONION. (I STATE, to CITE POLICY WITHOUT PROOF OR EVIDENCE IS AN ARBITRARILY ABUSE of AUTHORITY AND proof of RELIGIOUS AND RACIAL bigotry AND DISCRIMINATION.)

RECEIVED
MAY 12 2009
OMBUDSMAN SERVICE UNIT
WESTERN REGION

AGAIN, this denial does NOT OFFER or STATE OR PENOLOGICAL INTEREST. AS it RELATE TO SECURITY AND ORDERLY operation of Red ONION (THESE has been the SAME PRISON FOR over 10 yrs., SAME CRIMINAL complaint AND ALLEGATIONS.). This denial does CREATE A SUBSTANTIAL BURDEN on prisoners to practice their FAITH AND RELIGION (ESPECIALLY When the INSTITUTION does NOT OFFER NATION of ISLAM RELIGIOUS MATERIAL NOR show VIDEOS of OR by NATION of ISLAM on A REGULAR (weekly) bases.) The FACTS show, this ACT, on behalf of Red ONION AUTHORITIES, IS RELIGIOUS AND RACIAL motivated (I CAN get CHRISTIAN MATERIAL LIKE CLOCK-WORK.).

PLEASE REVIEW this MATTER AND REVIEW it most FAVORABLE to the FACTS, EVIDENCE; WITH IMPARTIALITY AND WITHOUT BIASNESS

RECEIVED
MAY 19 2009
Ombudsman Services Unit

THANK You.
Mr. Kelvin Brown



VIRGINIA DEPARTMENT OF CORRECTIONS
Regular Grievance

Effective Date: November 1, 2007
Operating Procedure #866.1    Attachment #2

**RECEIVED**

MAY 19 2009

**Ombudsman Services Unit**

**REGULAR GRIEVANCE**

**RECEIVED**

MAY 18 2009

Log Number: 29506

620 —

Deputy Director, Operations

| BROWN, K. | | 207902 | D | 313 |
|---|---|---|---|---|
| Last Name | First | Number | Building | Cell/Bed Number |

**WHAT IS YOUR COMPLAINT?** (Provide information from the informal process: Attach Informal Complaint or other documentation of informal process.) Prior to the denial of my Religous Newspaper, I received such for 12-13 vols (Aug.2008 - Nov.2008), since then, the paper has been repeatedly denied - for more than 4 1/2 - 5 mons; for reasons: "detremental to security, orderly operations, etc. Fact be told, this paper has been comeing into the VA. D.O.C. and R.O.S.P. since 1998. There has never been an assault, riot, escape, or disruptive to the order or security of R.O.S.P., nor are there any data/intelligence existing, saying, there are future planning to commit assault, riot, escape, etc. Moreover, to deny the newspaper has not made R.O.S.P. safer nor more disruptive. This repeated, arbatary decision to deny is meritless, it does not serve a penslogical interest; the chaplain dept. does not show Nation of Islam videos (weekly), nor does the dept. provide N.O.I. material/literature. This is violation of my Religous Rights. This volume, nor any other is a threat to R.O.S.P.

**What action do you want taken?** As previously done, and is throught VA. D.O.C., permit the newspaper to all prisoner at R.O.S.P.; there is a segregation unit, how does this publication pses a "detrement" to security? Stop the violations of prisoners Religous Rights. And apologize to all, via memo, for such charanderies and violations.

| Grievant's Signature: | K. Brown | **RECEIVED** Date: 04/01/09 |
|---|---|---|
| Warden/Superintendent's Office: | F. Taylor | MAY 12 2009 |
| Date Received: | 4/3/09 | OMBUDSMAN SERVICE UNIT WESTERN REGION |

**RECEIVED**

APR 03 2009

**Grievance**

Revision Date: 5/29/07



VIRGINIA DEPARTMENT OF CORRECTIONS
**Notification of Publication Review Committee Disapproval**

Effective Date: August 1, 2007
Operating Procedure #803.2  Attachment #2

# MEMORANDUM

**RECEIVED**
MAY 18 2009
Deputy Director, Operations

**Red Onion State Prison**                    **Warden: Tracy S. Ray**

TO:        Brown  Kelvin   207902    D 313

FROM:    Major L. Fleming, Chief of Security

DATE:     3/31/2009

SUBJECT:   Publication Disapproval

Your publication The Final Call   Vol 28 # 4  has been reviewed by PRC and it has been
determined that you cannot possess these publications.

This publication has been disapproved due to the violation of Division Operating
Procedure 803.2, *Incoming Publications, Specific Criteria for Publication Disapproval* 803.2 #
12. If you are dissatisfied with this decision, you may appeal using the Offender
Grievance Procedure within seven days of the date of this letter.  Otherwise, in
accordance with Operating Procedure 802.1, *Offender Property*, you must dispose of this
property using the Property Disposition Form.


LF/sb

 (If the grievance coordinator receives a grievance, then he/she must notify personal
property/mailroom to retain publication pending review of grievance at all levels).

cc:     Grievance Coordinator*      **RECEIVED**
        Mail Room
        File                        MAY 19 2009
                                    **Ombudsman Services Unit**


                    **RECEIVED**          **RECEIVED**
                    MAY 1 2 2009          APR 0 3 2009
                    OMBUDSMAN SERVICE UNIT  **Grievance**
                    WESTERN REGION

                                    *Revision Date: 6/13/06*

VIRGINIA DEPARTMENT OF CORRECTIONS                                    Effective Date: August 1, 2007
Notification of Publication Review Committee Disapproval      Operating Procedure #803.2  Attachment #2

**RECEIVED**

**MEMORANDUM**                                    ᴍᴀʏ 18 2009

Deputy Director, Operations

**Red Onion State Prison**                        **Warden: Tracy S. Ray**


TO:        Brown  Kelvin   207902    D 313

FROM:      Major L. Fleming, Chief of Security

DATE:      3/31/2009

SUBJECT:   Publication Disapproval


Your publication The Final Call  Vol 28 # 10  has been reviewed by PRC and it has been
determined that you cannot possess these publications.

This publication has been disapproved due to the violation of Division Operating
Procedure 803.2, *Incoming Publications, Specific Criteria for Publication Disapproval* 803.2 #
12. If you are dissatisfied with this decision, you may appeal using the Offender
Grievance Procedure within seven days of the date of this letter.  Otherwise, in
accordance with Operating Procedure 802.1, *Offender Property*, you must dispose of this
property using the Property Disposition Form.


LF/sb


 (If the grievance coordinator receives a grievance, then he/she must notify personal
property/mailroom to retain publication pending review of grievance at all levels).

cc:    Grievance Coordinator*                    **RECEIVED**
       Mail Room
       File                                      MAY 19 2009

                                                 Ombudsman Services Unit


                        **RECEIVED**              **RECEIVED**

                        MAY 12 2009               APR 03 2009

                        OMBUDSMAN SERVICE UNIT    **Grievance**
                        WESTERN REGION



VIRGINIA DEPARTMENT OF CORRECTIONS          Effective Date: August 1, 2007
Notification of Publication Review Co      **Disapproval**      Operating Procedure #803.2  Attachment #2

**RECEIVED**

# MEMORANDUM

MAY 18 2009

Deputy Director, Operations

**Red Onion State Prison**                **Warden: Tracy S. Ray**

TO:      Brown  Kelvin  207902  D 313

FROM:    Major L. Fleming, Chief of Security

DATE:    3/31/2009

SUBJECT:   Publication Disapproval

Your publication <u>The Final Call</u>  <u>Vol 28 # 12</u>  has been reviewed by PRC and it has been determined that you cannot possess these publications.

This publication has been disapproved due to the violation of Division Operating Procedure 803.2, *Incoming Publications, Specific Criteria for Publication Disapproval* <u>803.2 # 12</u>. If you are dissatisfied with this decision, you may appeal using the Offender Grievance Procedure within seven days of the date of this letter.  Otherwise, in accordance with Operating Procedure 802.1, *Offender Property*, you must dispose of this property using the Property Disposition Form.

LF/sb

 (If the grievance coordinator receives a grievance, then he/she must notify personal property/mailroom to retain publication pending review of grievance at all levels).

cc:    Grievance Coordinator*
       Mail Room
       File

**RECEIVED**

MAY 19 2009

Ombudsman Services Unit

**RECEIVED**

MAY 12 2009

OMBUDSMAN SERVICE UNIT
WESTERN REGION

**RECEIVED**

APR 03 2009

Grievance

*Revision Date: 6/13/06*



VIRGINIA DEPARTMENT OF CORRECTIONS
**Regular Grievance**

Effective Date: November 1, 2007
**Operating Procedure #866.1    Attachment #2**

**REGULAR GRIEVANCE** RECEIVED

MAY 18 2009 Number: _____

Deputy Director, Operations

| BROKIN, K. | | 20792 | D | 313 |
|---|---|---|---|---|
| **Last Name** | **First** | **Number** | **Building** | **Cell/Bed Number** |

**WHAT IS YOUR COMPLAINT?** (Provide information from the informal process: Attach Informal Complaint or other documentation of informal process.) Prior to the repeated denial of my Religious Newspaper, I had received it for 12-13 wks (consecutively), since then, it has been denied for 4½-5 mons. There's no evidence to suggest nor support that the denial of this publication makes R.O.S.P. safer or less safer. There has been no assaults, beats, escape, etc., at the hand of this publication. Again, this is a Religious Publication. Red onion is a segregation unit, 95% of pp/bus locked behind the door, 23-24hrs a days. This denial of this Religious Publication does not pose a threat to R.O.S.P., it's security or staff, and, it does not serve a state or penological interest, however, it does violate prisoners Religious Rights. Chaplain service does not provide Nation of Islam material, nor show video (N.O.I.) weekly.

**What action do you want taken?** As done Previously, And is throughout VA-D.O.C., permit ALL Prisoners to Receive the publication; stop the Religious Rights Violators, And Apologize, via memo.

RECEIVED

MAY 19 2009

Ombudsman Services Unit

**Grievant's Signature:** _K. Brown_    **Date:** 04/01/09

**Warden/Superintendent's Office:** RECEIVED

**Date Received:** _APR 03 2009_

RECEIVED
MAY 12 2009
OMBUDSMAN SERVICE UNIT
WESTERN REGION

Grievance

VIRGINIA DEPARTMENT OF CORRECTIONS
Notification of Publication Review Committee Disapproval

Effective Date: August 1, 2007
Operating Procedure #803.2  Attachment #2

**RECEIVED**

MAY 18 2009

Deputy Director, Operations

# MEMORANDUM

**Red Onion State Prison**                    **Warden: Tracy S. Ray**

TO:       Brown  Kelvin   207902    D 313

FROM:     Major L. Fleming, Chief of Security

DATE:     3/31/2009

SUBJECT:  Publication Disapproval

Your publication The Final Call   Vol 28 # 13  has been reviewed by PRC and it has been determined that you cannot possess these publications.

This publication has been disapproved due to the violation of Division Operating Procedure 803.2, *Incoming Publications, Specific Criteria for Publication Disapproval* 803.2 # 12. If you are dissatisfied with this decision, you may appeal using the Offender Grievance Procedure within seven days of the date of this letter.  Otherwise, in accordance with Operating Procedure 802.1, *Offender Property*, you must dispose of this property using the Property Disposition Form.

LF/sb

 (If the grievance coordinator receives a grievance, then he/she must notify personal property/mailroom to retain publication pending review of grievance at all levels).

cc:    Grievance Coordinator*
       Mail Room
       File

**RECEIVED**

MAY 19 2009

Ombudsman Services Unit

**RECEIVED**

APR 03 2009

**Grievance**

**RECEIVED**

MAY 12 2009

OMBUDSMAN SERVICE UNIT
WESTERN REGION

*Revision Date: 6/13/06*



VIRGINIA DEPARTMENT OF CORRECTIONS
RED ONION STATE PRISON
Inmate Request For Information/Service

Implementation Memo for DOP# 866
Attachment #2

# INMATE REQUEST FOR INFORMATION/SERVICE

**INSTRUCTIONS FOR FILING:** If you have a complaint that may result in a formal grievance, you must use the Informal Complaint Form. This form is to be used for requesting general information through specific departments. Please ensure that your topic coincides with the appropriate department.

**Please fill out form & send to (please check one below) and place in the institutional mail:**

- ☐ Warden
- ☐ Assistant Warden
- ☑ Major (security)
- ☐ Treatment/TPS
- ☐ Operations Officer
- ☐ Business Office
- ☐ Property Control
- ☐ Unit Manager, _____ Bldg.

- ☐ DCE
- ☐ Mental Health
- ☐ Medical
- ☐ Food Service
- ☐ Dentist
- ☐ Recreation Supervisor
- ☐ Inmate Records
- ☐ Disciplinary Hearings Officer

- ☐ Mailroom
- ☐ Inmate Grievance Office
- ☐ Safety Officer
- ☐ Institutional Investigator
- ☐ Buildings & Grounds
- ☐ Laundry _____
- ☐ Chaplain _____
- ☐ Other _____

*(stamp:)* RECEIVED JUN 0 4 2009 ROSP Major

| Inmate's Last Name | First Name | Number | Building | Cell Number |
|---|---|---|---|---|
| K. BROWN | | 207902 | D | 313 |

**PLEASE STATE YOUR QUESTION:** I submit this Request to you, Regarding a Letter I sent to you - sum two weeks ago, wherein I voiced my concern to you as the next alleged Reason to deny my Religious Newspaper: The Final Call. The next allegation - as I'm sure you know - has changed from D.O.P. 803.2 #12, to now 803.2 #7- wherein, claims that the Final Call Newspaper, "promotes" "advocate" and espouses violence against individuals, groups, the government and brings individuals. I must say, these allegations are false, racist, and illustrate your and your peers Religious bigotry; to use policy to enforce such bigotry. I shared with you: if these claims, which appears you believe were true- have you contacted the local F.B.I? The office of Homeland Security? Your Institutional Investigator? You make these claims, but show no evidence to support such. The Nation of Islam has never taught, espoused, advocated, or promote violence. I'm sure you know that the F.B.I does also furthermore. It's very distasteful and unprofessional to allege these claims without evidence/proof; this is just bigotry. I am Requesting a meeting or an opportunity to speak with you or to see the facts, that's that you stand upon. Thank you.

**Inmate's Signature:** K. Brown    **Date:** 06.02.09

**STAFF RESPONSE:** When these Publications are received if they are dis approved they are sent to the Review Committee for their Review. If they Agree or Disagree they will Contact us.

**Respondent's Signature:** *(signature)*    **Date:** 6-8-09

*Revision Date: October. 2004*



VIRGINIA DEPARTMENT OF CORRECTIONS
RED ONION STATE PRISON
Inmate Request For Information/Service

Implementation Memo for DOP# 866
Attachment #2

## INMATE REQUEST FOR INFORMATION/SERVICE

**INSTRUCTIONS FOR FILING:** If you have a complaint that may result in a formal grievance, you must use the Informal Complaint Form. This form is to be used for requesting general information through specific departments. Please ensure that your topic coincides with the appropriate department.

**Please fill out form & send to (please check one below) and place in the institutional mail:**

RECEIVED
JUN 0 8 2009
ROSP
Major
Bldg.

RECEIVED
JUN 0 2 2009
ROSP INVESTIGATOR

- ☐ Warden
- ☐ Assistant Warden
- ☐ Major (security)
- ☐ Treatment/TPS
- ☐ Operations Officer
- ☐ Business Office
- ☐ Property Control
- ☐ Unit Manager

- ☐ DCE
- ☐ Mental Health
- ☐ Medical
- ☐ Food Service
- ☐ Dentist
- ☐ Recreation Supervisor
- ☐ Inmate Records
- ☐ Disciplinary Hearings Officer

- ☐ Mailroom
- ☐ Inmate Grievance Office
- ☐ Safety Officer
- ☐ Institutional Investigator Adams
- ☐ Buildings & Grounds
- ☐ Laundry _____
- ☐ Chaplain
- ☐ Other _____

| Inmate's Last Name | First Name | Number | Building | Cell Number |
|---|---|---|---|---|
| K. BROWN | | 207902 | D | 313 |

**PLEASE STATE YOUR QUESTION:**

I submit this follow-up request to you, regarding a request/letter I sent to your office, sum 1½ weeks ago. In such correspondence, I was explaining the repeated denial of my religious publication by Major Fleming / and/or his reason for outrageous and bogus allegations.

I wanted to know, as investigator of matters relating to prisoners, but also officers and staff, that you look into this matter. Currently I'm told, my religious faith community and publication "advocate" and "promote" terrorist activities. Etc. This is religious bigotry and a far cry from the truth. I have received only 2 newspapers in approx. 8 months of a weekly publication, prior to Nov 2008. I received them every week. I do believe Major Fleming's decision deny publication is racially and religiously motivated, which violates policy. He has yet to present any facts to support his claims. So, I turn to you, asking ya to review this matter. Please respond. Thank you.

**Inmate's Signature:** K. Brown      **Date:** 06·01·09

**STAFF RESPONSE:** Forwarded to Major 6-2-09

The denial of your Publication is simply violation of Policy. I have no personal feelings in what you receive. It must comply with Policy.

**Respondent's Signature:** _____      **Date:** 6-8-0

*Revision Date: October, 2004*

207902

VIRGINIA DEPARTMENT OF CORRECTIONS
**Notification of Publication Review Committee Disapproval**

Effective Date: August 1, 2007
Operating Procedure #803.2  Attachment #2

## MEMORANDUM

RECEIVED

MAY 18 2009

Deputy Director Operations

**Red Onion State Prison**                    **Warden: Tracy S. Ray**

TO:        Brown  Kelvin   207902    D 313

FROM:    Major L. Fleming, Chief of Security

DATE:     3/31/2009

SUBJECT:   Publication Disapproval

Your publication The Final call  Vol 28 # 14  has been reviewed by PRC and it has been determined that you cannot possess these publications.

This publication has been disapproved due to the violation of Division Operating Procedure 803.2, *Incoming Publications, Specific Criteria for Publication Disapproval* 803.2 # 12. If you are dissatisfied with this decision, you may appeal using the Offender Grievance Procedure within seven days of the date of this letter.  Otherwise, in accordance with Operating Procedure 802.1, *Offender Property*, you must dispose of this property using the Property Disposition Form.


LF/sb

 (If the grievance coordinator receives a grievance, then he/she must notify personal property/mailroom to retain publication pending review of grievance at all levels).

cc:    Grievance Coordinator*
       Mail Room
       File

**RECEIVED**

MAY 19 2009

**Ombudsman Services Unit**

**RECEIVED**

MAY 1 2 2009

OMBUDSMAN SERVICE UNIT
WESTERN REGION

**RECEIVED**

APR 0 3 2009

**Grievance**

*Revision Date: 6/13/06*

VIRGINIA DEPARTMENT OF CORRECTION                    Effective Date: August 1, 2007
Notification of Publication Review Committee Disapproval    Operating Procedure #803.2  Attachment #2

# MEMORANDUM

RECEIVED
MAY 18 2009
Deputy Director, Operations

**Red Onion State Prison**                    **Warden: Tracy S. Ray**

TO:        Brown  Kelvin    207902    D 313

FROM:      Major L. Fleming, Chief of Security

DATE:      3/31/2009

SUBJECT:   Publication Disapproval

Your publication The Final Call  Vol 28 # 15  has been reviewed by PRC and it has been
determined that you cannot possess these publications.

This publication has been disapproved due to the violation of Division Operating
Procedure 803.2, *Incoming Publications, Specific Criteria for Publication Disapproval* 803.2 #
12. If you are dissatisfied with this decision, you may appeal using the Offender
Grievance Procedure within seven days of the date of this letter.  Otherwise, in
accordance with Operating Procedure 802.1, *Offender Property*, you must dispose of this
property using the Property Disposition Form.

LF/sb

 (If the grievance coordinator receives a grievance, then he/she must notify personal
property/mailroom to retain publication pending review of grievance at all levels).

cc:    Grievance Coordinator*
       Mail Room
       File

RECEIVED
MAY 19 2009
Ombudsman Services Unit

RECEIVED
MAY 1 2 2009
OMBUDSMAN SERVICE UNIT
WESTERN REGION

RECEIVED
APR 03 2009
Grievance

*Revision Date: 6/13/06*

VIRGINIA DEPARTMENT OF CORRECT    Effective Date: August 1, 2007
**Notification of Publication Review Committee Disapproval**    Operating Procedure 803.2, Attachment #2

**RECEIVED**

---

# MEMORANDUM

MAY 18 2009
Deputy Director, Operations

**Red Onion State Prison**                    **Warden: Tracy S. Ray**

TO:        Brown  Kelvin    207902    D 313

FROM:      Major L. Fleming, Chief of Security

DATE:      3/31/2009

SUBJECT:   Publication Disapproval

Your publication The Final Call  Vol 28 # 18  has been reviewed by PRC and it has been
determined that you cannot possess these publications.

This publication has been disapproved due to the violation of Division Operating
Procedure 803.2, *Incoming Publications, Specific Criteria for Publication Disapproval* 803.2 #
12. If you are dissatisfied with this decision, you may appeal using the Offender
Grievance Procedure within seven days of the date of this letter.  Otherwise, in
accordance with Operating Procedure 802.1, *Offender Property*, you must dispose of this
property using the Property Disposition Form.


LF/sb

 (If the grievance coordinator receives a grievance, then he/she must notify personal
property/mailroom to retain publication pending review of grievance at all levels).

cc:    Grievance Coordinator*
       Mail Room                              **RECEIVED**
       File
                                              MAY 19 2009
                                              Ombudsman Services Unit


          **RECEIVED**              **RECEIVED**

          MAY 1 ? 2009              APR 03 2009
        OMBUDSMAN SERVICE UNIT      **Grievance**
           WESTERN REGION

*Revision Date: 6/13/06*



VIRGINIA DEPARTMENT OF CORRECTIONS
**Regular Grievance**

Effective Date: November 1, 2007
**Operating Procedure #866.1    Attachment #2**

# REGULAR GRIEVANCE

**RECEIVED**

MAY 18 2009

Log Number: _____

**Deputy Director, Operations**

| Last Name | First | Number | Building | Cell/Bed Number |
|-----------|-------|--------|----------|-----------------|
| Brown, K. | | 207902 | D | 313 |

**WHAT IS YOUR COMPLAINT?** (Provide information from the informal process: Attach Informal Complaint or other documentation of informal process.) Prior to the denial of my Religious Newspaper, I received such for 12-13 wks. (Aug. 2008 - Nov. 2008), since then, the paper has been repeatedly denied - for more than 4½ - 5 mons - for reasons of: "detrimental to security, orderly operation; etc. Fact be told, this publication has been coming into VA-D.O.C. and R.O.S.P. since 1998. There has never been an assault, escape, riot, or disruption to order or security of R.O.S.P., nor are there any data/intelligence existing, saying, there are future planned assaults, escape, riot, etc. Moreover, to deny the newspaper has not made R.O.S.P. more safer or less. This repeated, arbitrary decision to deny is w/o merit, it does not serve a penological interest; the chaplain dept. does not show Nation of Islam videos (weekly), nor does the dept. provide N.O.I. material/literature (He does even make funds). This volume does not pose a threat to security nor its orderly operation. It does violate prisoner Religious Rights.

**What action do you want taken?** As previously done, and is throughout VA-D.O.C., permit the newspaper to all prisoners at R.O.S.P.; this is a segregation unit, how does this publication pose a threat to R.O.S.P.? Stop the violations of prisoners Religious Rights and apologize to all, via memo, for such chicaneries and violations

**Grievant's Signature:** K. Brown

**Date:** 04/01/09

**RECEIVED**

**Warden/Superintendent's Office:** _____

**Date Received:** _____

**RECEIVED**
MAY 19 2009
vance
Ombudsman Services Unit

2 03 2009

**RECEIVED**
MAY 12 2009
OMBUDSMAN SERVICE UNIT
WESTERN REGION

Revision Date: 5/29/07



VIRGINIA DEPARTMENT OF CORRECTIONS
**Regular Grievance**

Effective Date: November 1, 2007
Operating Procedure #866.1    Attachment #2

## REGULAR GRIEVANCE

RECEIVED

MAY 18 2009

Log Number:_____

Deputy Director, Operations

| BROWN, K. | | 207902 | D | 313 |
|---|---|---|---|---|
| **Last Name** | **First** | **Number** | **Building** | **Cell/Bed Number** |

**WHAT IS YOUR COMPLAINT?** (Provide information from the informal process: Attach Informal Complaint or other documentation of informal process.) Prior to the denial of my Religious Publication - THE FINAL CALL NEWSPAPER - I received it for 12-13 consecutive weeks (Aug. 2008 - Nov. 2008), since then, the paper has been repeatedly denied - for more than 4½ - 5 months - for alledge reasons. "detrimental to security, orderly operation, etc. Fact be told, this newspaper has been coming into the VA-D.O.C. AND R.O.S.P since 1998. There has never been an assault, riot, escape, or disruption to order or security of R.O.S.P, nor are there any data/intelligence existing, saying, there are future planned assaults, riots, escapes, etc. Moreover, to deny the newspaper has not made R.O.S.P. safer nor more disruptive. This repeated, arbitrary decision to deny is not with merit, it does not serve a penological interest; the chaplain dep't does not show nation of Islam videos (weekly) nor does that dep't provide N.O.I. Material/Literature. This is violation of my Rights.

**What action do you want taken?** As previously done, and is throughout VA-D.O.C., permit the NEWSPAPER to All prisoners at R.O.S.P; this is a segregation Unit, how does this publication truly poses a "detriment" to security? Stop the violation of Prisoners Religious Rights. And Apologize to All, via memo, for such Chicaneries and violations.

Grievant's Signature: _K. Brown_    Date: 04/01/09

RECEIVED    RECEIVED

Warden/Superintendent's Office:    MAY 19 2009    MAY 12 2009

RECEIVED

Date Received:    APR 03 2009    Ombudsman Services Unit    OMBUDSMAN SERVICE UNIT
WESTERN REGION

Grievance

VIRGINIA DEPARTMENT OF CORRECTIONS
Regular Grievance

Effective Date: November 1, 2007
Operating Procedure #866.1    Attachment #2

## REGULAR GRIEVANCE

**RECEIVED**

MAY 18 2009 Log Number: _____

Deputy Director, Operations

| Last Name | First | Number | Building | Cell/Bed Number |
|---|---|---|---|---|
| BROWN, K | | 207902 | D | 313 |

**WHAT IS YOUR COMPLAINT?** (Provide information from the informal process: Attach Informal Complaint or other documentation of informal process.) BEFORE the REPEATED denial of my Religious Newspaper, I had RECEIVED such for 12-13 consecutive weeks (Aug. 2008 - Nov. 2008), since then it has been Repeatedly denied for 4½ - 5 mons. There has never been an assault, escape, Riot or any other desRuption at R.O.S.P., as a Result of this publication; there's no existing data/intelligence that suggest there are any in the future. The denial of this publication has not made R.O.S.P. safer or less. This is a segregation unit, wherein 95% - 98% of it's populus are behind that doors 23-24hrs. a day, therefore, this publication cannot and does not pose a threat to the security, orderly operation etc. of R.O.S.P. This publication has been approved throughout the VA. D.O.C. since 1988, and R.O.S.P., since 1998 - wherein there's been no problems. The Chaplain Dept. does Not show Nation of Islam videos (weekly) nor does it provide N.O.I. Religious material. This is a violation of my Religious Rights.

**What action do you want taken?** As previously done, and is throughout VA. D.O.C., permit all prisoner Receive the publication w/o hinderance or suppression; stop the chicaneries and violations of prisoner Rights and apologize to all VA. Members and stop the violation of prisoner's Religious Rights

| Grievant's Signature: | K. Brown | Date: | 04/01/09 |
|---|---|---|---|

**RECEIVED**

Warden/Superintendent's Office: _____ APR 03 2009

Date Received: _____

Grievance

**RECEIVED**

MAY 19 2009

Ombudsman Services Unit

**RECEIVED**

MAY 12 2009

OMBUDSMAN SERVICE UNIT
WESTERN REGION

Revision Date: 5/29/07



VIRGINIA DEPARTMENT OF CORRECTIONS
**Regular Grievance**

Effective Date: November 1, 2007
Operating Procedure #866.1    Attachment #2

## REGULAR GRIEVANCE

**RECEIVED**

MAY 18 2009

Log Number: _____

**Deputy Director, Operations**

| BROWN, K. | | 207902 | D | 313 |
|---|---|---|---|---|
| **Last Name** | **First** | **Number** | **Building** | **Cell/Bed Number** |

**WHAT IS YOUR COMPLAINT?** (Provide information from the informal process: Attach Informal Complaint or other documentation of informal process.) Prior to the Repeated denial of my Religious Publication, I had Received such for 12-13 wks. (Aug. 2008 - Nov. 2009). Since then, it has been denied for 4½-5 mons. There's not Existing data/Intelligence that suggest this publication - which is approved throughout VA-D.O.C. - poses a threat to security, orderly operation, etc. of R.O.S.P. Because of this publication, there has never been a Reported Assault, Escape, Riot, etc. nor are there any Report plans For such, At the hand of this publication. This is a Religious publication! Because, or as a Result of its denial, it has not made R.O.S.P., safer or less. This is a segregated unit, wherein over 95% of the populous are Locked behind a door 23-24 hrs; the Chaplain Dept. does not provide /offer Nation of Islam material, nor show N.O.I. Religious videos (weekly). This Repeated denial is Religious bigotry and violates my Religious Rights.

**What action do you want taken?** As previous-before, and as throughout VA-D.O.L., permit all prisoners to Receive publications w/o hinderance or oppression; stop the Religious Right violations and apologize to all, via Memo.

**RECEIVED**

MAY 1? 2009

OMBUDSMAN SERVICE UNIT
WESTERN REGION

Grievant's Signature: _K. Brown_    Date: 04/01/09

Warden/Superintendent's Office: _____

**RECEIVED**

APR 03 2009

**Grievance**

Date Received: _____

**RECEIVED**

MAY 19 2009

**Ombudsman Services Unit**

Revision Date: 5/29/07



VIRGINIA DEPARTMENT OF CORRECTIONS
Regular Grievance

Effective Date: November 1, 2007
Operating Procedure #866.1    Attachment #2

## REGULAR GRIEVANCE

RECEIVED

MAY 18 2009

Log Number: _____

Deputy Director, Operations

| BROWN, K. | 207902 | D | 313 |
|-----------|--------|---|-----|
| **Last Name**   First | **Number** | **Building** | **Cell/Bed Number** |

**WHAT IS YOUR COMPLAINT?** (Provide information from the informal process: Attach Informal Complaint or other documentation of informal process.) Prior to the Repeated denial of my Religious Newspaper, I had Received it for 12-13 consecutive weeks- Since then, it has been Repeatedly denied Since Nov. 2008. There has been no supporting evidence, data or intelligence that suggest, Red Onion is safer or less. As a Result of denying this publication. There has been no assaults, Riots, escape, etc., as a Result of this publication. This is a segregation UNIT prison; 95% or more of the populous are Locked behind the door 23-24 hrs a day. The chaplain service does not provide/offer nature of Islam material/literature, nor shows N.O.I. videos (weekly). R.O.S.P. is a most secure prison in Virginia, and it's not because of the denial of this publi-cation. The arbitrary decision to deny this newspaper is w/o merit and violates my Religious Right.

**What action do you want taken?** As previously done, and is throughout VA-D.O.C., permit all prisoners to Receive the paper; stop the Religious Right violators, and Apologize to all, A via memo.

RECEIVED

MAY 12 2009

OMBUDSMAN SE____
WESTERN____

**Grievant's Signature:** K. Brown    **Date:** 04/01/09

RECEIVED

**Warden/Superintendent's Office:** _____

**Date Received:** _____    APR 03 2009

Grievance

RECEIVED

MAY 19 2009

Ombudsman _____

Revision Date: 10/29/07

P313

# INMATE GRIEVANCE RESPONSE FORM
## LEVEL I

| Brown, K.    207902 | Red Onion State Prison | 620-29520 |
|---|---|---|
| **Inmate Name and Number** | **Institution** | **Log Number** |

**LEVEL I:  Warden's Response**. (To be completed and mailed within thirty calendar days.)

**Grievance Summary:**  You stated Chaplain Mitchell has been negligent in his responsibilities to counsel and offer spiritual assistance to you.  Your written requests to his office have gone unanswered. You did not get a response to informal complaint #11630 which was due on April 1, 2009. You have only seen the Chaplain once in the 10 months you have been here.  He did not get back with you as he said he would concerning your religious rights violation.  You also requested Nation of Islam materials which he has not provided.  The Chaplain should be making weekly rounds in each pod to address religious concerns.

**Informal Summary:**  You did not get a response to informal complaint #11630.

A face-to-face meeting was conducted for this grievance.  Counselor Tiller discussed this issue with you on April 7, 2009.

**Investigation:**  Chaplain Mitchell advised that he has visited you on several occasions to discuss your issues. He has documented that materials have been sent to you through the institutional mail also. Religious materials are donated and are distributed as they become available. Chaplain Mitchell cannot help you with your concern of being denied material when it violates policy. All material is subject to review for compliance with Operating Procedure 803.2 prior to delivery to you. This is done on a case-by-case basis. This is an issue you will need to address with Major Fleming and Property Department, not Chaplain Mitchell. Chaplain Mitchell completes his job duties as required and responds to requests and concerns in a timely manner.

Chaplain Mitchell did not receive informal complaint #11630 according to his records, therefore you did not get a response. It appears to have been misplaced or lost, therefore this grievance is founded. Policy has been violated since you did not get a response to your informal complaint.

**Policy/Procedure:**  Operating Procedure 866.1 and 841.3 govern this issue.

This grievance is **FOUNDED,** as there has been incorrectly applied procedure of this policy.  The informal complaint was lost or misplaced in transit.  Every effort will be made to ensure this does not occur again.

| _____ | 5-5-09 |
|---|---|
| **Warden** | **Date** |

In accordance with procedure 866 governing Inmate Grievance Procedures, if you are dissatisfied with this response you may appeal this decision within five (5) calendar days to:

Regional Director
Western Regional Office
5427 Peters Creek Road, Suite 250
Roanoke, Virginia 24019-3896

Brown, K.   207902
Grievance #620-29520
Page 2


I wish to appeal the LEVEL I Response because:

_____
_____
_____

_____        _____
NAME AND INMATE NUMBER                                    DATE


rm



VIRGINIA DEPARTMENT OF CORRECTIONS
**Regular Grievance**

Effective Date: November 1, 2007
**Operating Procedure #866.1    Attachment #2**

## REGULAR GRIEVANCE 2

Log Number: 620-29520

| Brown, K. | 207902 | D | 3/3 |
|---|---|---|---|
| **Last Name          First** | **Number** | **Building** | **Cell/Bed Number** |

**WHAT IS YOUR COMPLAINT?  (Provide information from the informal process:  Attach Informal Complaint or other documentation of informal process.)** In Conjunction with Information contained within Complaint form: I've Repeatedly written the chaplain, Requesting his service to intervene Regarding my Religious Rights Violation, As it Relate to D.O.P. 841.3, AND 803.2 Chaplain has been Negligent in his Responsibilities to counsel and offer spiritual Assistance to those confined At R.O.S.P. My Repeated And Numerous Requests to his offices Regarding this matter has gone unanswered. In the 10 months I've been At R.O.S.P., I've only seen the chaplain once. In that engagement, he verbally told me, he would investigate my matter and he would get back with me. He has failed to do so. I also Repeatedly Requested from his office, Nation of Islam materials/Literature. I haven't Received Any. The chaplain has negated his duties– D.O.P. 841.3

**What action do you want taken?** THAT the chaplain make weekly (or bi-weekly) Rounds to each pod; Address the spiritual and Religious concerns of prisoners at R.O.S.P.; offer Nation of Islam materials/Literature; obtain N.O.I. videos to be shown weekly on close-circuit television; AND Address the concerns of the Repeated denial of Prisoners Religious Publications. Apologize to all for his Negligence in duty.

| Grievant's Signature: | K. Brown    R. Mullins | Date: 04/02/09 |
|---|---|---|

**Warden/Superintendent's Office:** R. Mullins

**Date Received:** 4/6/09

**RECEIVED**

APR 0 6 2009

GRIEVANCE

*Revision Date: 5/29/07*

D313

VIRGINIA DEPARTMENT OF CORRECTIONS
**Informal Complaint**

Effective Date: November 1, 2007
**Operating Procedure #866.1    Attachment #9**

# Informal Complaint

**INSTRUCTIONS FOR FILING:** Briefly write your issue in the space provided on the Informal Complaint form, preferably in ink. Only one issue per Informal Complaint. Place your complaint in the designated area at your facility. A receipt is issued within 2 working days from the date received if the informal complaint is not returned during intake. If no response is received within 15 calendar days, you may proceed in filing a regular grievance. You may utilize your receipt as evidence of your attempt to resolve your complaint.

K Brown                    # 207902              313
Offender Name              Offender Number        Housing Assignment

☐ Unit Manager/Supervisor    ☐ Food Service        ☐ Treatment Program Supervisor
☐ Personal Property          ☐ Commissary          ☐ Mailroom
☐ Medical Administrator      ☑ Other (Please Specify):  Chaplain

Briefly explain the nature of your complaint (be specific):

I submit this complaint Regarding the gross negligence of institutional Chaplains duty to counsel and assist in the spiritual needs of offender confined at R.O.S.P. As a Result to DOP 841.3 I have Repeatedly written the chaplain Regarding violation of my First amendment Rights and denial of my Religious observances. I spoke with him on 3 week ago. He told me he will address the matter after him one week. That week has elapsed and no answer from Chaplain This is neglect thereby violating DOP 841.3

Offender Signature ___K Brown___    Date __03/16/09__

**Offenders - Do Not Write Below This Line**

**Date Received:** 3/17/09                    **Tracking #** 11030

**Response Due:** 4/1/09    **Assigned to:** Chaplin

Action Taken/Response:

RECEIVED
APR 06 2009
GRIEVANCE

Respondent Signature              Printed Name and Title              Date

Original – Offender              First Copy – File              Second Copy – Offender as Intake Receipt

*Revision Date: 7/13/07*