All Forms
of DisApproved
Publications

# MEMORANDUM

**Red Onion State Prison**                    **Warden: Tracy S. Ray**

TO:          Brown  Kelvin   207902    D 313

FROM:       Major L. Fleming, Chief of Security

DATE:        1/27/2009

SUBJECT:    Publication Disapproval

Your publication The Final Call  Vol 28 # 4  has been received and I have reviewed this
publication and determined that it violates Division Operating Procedure 803.2 # 12.
Therefore, I am disapproving possession of this publication, pending review by the
Publication Review Committee.

Your publication will be forwarded to the Publication Review Committee and you will be
notified of their decision.  At that time, if you are dissatisfied with the decision of the
Publication Review Committee, you may appeal through the provisions established in the
Inmate Grievance Procedure.

If you wish to dispose of this publication, in accordance with Division Operating
Procedure 856, instead of having it reviewed by the Publication Review Committee, you
must notify me within **three (3) working days** of how you want to dispose of it.  If you
choose to dispose of the publication, you waive your right to appeal the decision to
disapprove your possession of it.  (DOP 852 Attachment 4, Disapproved Publication
Disposition and Waiver of Appeal Form).

LF/sb

cc:     File

TO:        Brown, K. #207902   D-313

FROM:      Major L. Fleming

DATE:      Jan. 7th, 2009

SUBJECT:   PUBLICATION

Your have received two issues of The Final Call Vol 28 # 5.  You are not allowed to receive duplicate copies of any publication, however you must dispose of this property as established in Operating Procedure 803.2.

Please notify my office within 3 day in order to make arrangements for its disposal.


LF/jo


cc: File

RECEIVED
FEB 17 2009
Deputy Director Operations

# MEMORANDUM

**Red Onion State Prison**                                    **Warden: Tracy S. Ray**

TO:        Brown  Kelvin    207902    D 313

FROM:      Major L. Fleming, Chief of Security

DATE:      1/9/2009

SUBJECT:   Publication Disapproval

Your publication The Final Call  Vol 28 # 5  has been reviewed by PRC and it has been determined that you cannot possess these publications.

This publication has been disapproved due to the violation of Division Operating Procedure 803.2 # 12.  If you are dissatisfied with this decision you may appeal through the provisions established in the Inmate Grievance Procedure within five (5) working days.  Otherwise, in accordance with Division Operating Procedure 856, you must dispose of this property as established in Operating Procedure 856 Attachment G, Property Disposition Form.

LF/sb

 (If the grievance coordinator receives a grievance, then he/she must notify personal property/mailroom to retain publication pending review of grievance at all levels).

cc:     File

RECEIVED
FEB 18 2009
Ombudsman Services Unit

RECEIVED
JAN 13 2009
GRIEVANCE

RECEIVED

FEB 17 2009

Deputy Director, Operations

# MEMORANDUM

**Red Onion State Prison**                                              **Warden: Tracy S. Ray**

TO:        Brown  Kelvin    207902    D 313

FROM:      Major L. Fleming, Chief of Security

DATE:      12/2/2008

SUBJECT:   Publication Disapproval

Your publication <u>the final call</u>  <u>vol 28 # 5</u>  has been received and I have reviewed this publication and determined that it violates Division Operating Procedure <u>803.2 # 12</u>. Therefore, I am disapproving possession of this publication, pending review by the Publication Review Committee.

Your publication will be forwarded to the Publication Review Committee and you will be notified of their decision.  At that time, if you are dissatisfied with the decision of the Publication Review Committee, you may appeal through the provisions established in the Inmate Grievance Procedure.

If you wish to dispose of this publication, in accordance with Division Operating Procedure 856, instead of having it reviewed by the Publication Review Committee, you must notify me within **three (3) working days** of how you want to dispose of it.  If you choose to dispose of the publication, you waive your right to appeal the decision to disapprove your possession of it.  (DOP 852 Attachment 4, Disapproved Publication Disposition and Waiver of Appeal Form).

LF/sb

cc:    File

**RECEIVED**

FEB 18 2009

**Ombudsman Services Unit**

**RECEIVED**

JAN 13 2009

GRIEVANCE

TO:          Brown, K. #207902   D-313

FROM:        Major L. Fleming

DATE:        Jan. 7th, 2009

SUBJECT:     PUBLICATION

Your have received two issues of The Final Call Vol 28 # 6.  You are not allowed to receive duplicate copies of any publication, however you must dispose of this property as established in Operating Procedure 803.2.

Please notify my office within 3 day in order to make arrangements for its disposal.


LF/jo


cc: File

# MEMORANDUM

**Red Onion State Prison**                          **Warden: Tracy S. Ray**

TO:        Brown  Kelvin    207902    D 313

FROM:     Major L. Fleming, Chief of Security

DATE:     12/2/2008

SUBJECT:    Publication Disapproval

Your publication the final call  Vol 28 # 6  has been received and I have reviewed this publication and determined that it violates Division Operating Procedure 803.2 # 12. Therefore, I am disapproving possession of this publication, pending review by the Publication Review Committee.

Your publication will be forwarded to the Publication Review Committee and you will be notified of their decision.  At that time, if you are dissatisfied with the decision of the Publication Review Committee, you may appeal through the provisions established in the Inmate Grievance Procedure.

If you wish to dispose of this publication, in accordance with Division Operating Procedure 856, instead of having it reviewed by the Publication Review Committee, you must notify me within **three (3) working days** of how you want to dispose of it.  If you choose to dispose of the publication, you waive your right to appeal the decision to disapprove your possession of it.  (DOP 852 Attachment 4, Disapproved Publication Disposition and Waiver of Appeal Form).

LF/sb

cc:    File

# MEMORANDUM

**Red Onion State Prison**                    **Warden: Tracy S. Ray**

TO:        Brown  Kelvin    207902    D 313

FROM:      Major L. Fleming, Chief of Security

DATE:      2/23/2009

SUBJECT:   Publication Disapproval

Your publication the final call  Vol 28 # 6  has been reviewed by PRC and it has been determined that you cannot possess these publications.

This publication has been disapproved due to the violation of Division Operating Procedure 803.2 # 12.  If you are dissatisfied with this decision you may appeal through the provisions established in the Inmate Grievance Procedure within five (5) working days.  Otherwise, in accordance with Division Operating Procedure 856, you must dispose of this property as established in Operating Procedure 856 Attachment G, Property Disposition Form.

LF/sb

 (If the grievance coordinator receives a grievance, then he/she must notify personal property/mailroom to retain publication pending review of grievance at all levels).

cc:     File

TO:          Brown, K. #207902    D-313

FROM:       Major L. Fleming

DATE:       Jan. 7th, 2009

SUBJECT:    PUBLICATION

Your have received two issues of The Final Call Vol 28 # 7.  You are not allowed to receive duplicate copies of any publication, however you must dispose of this property as established in Operating Procedure 803.2.

Please notify my office within 3 day in order to make arrangements for its disposal.


LF/jo


cc: File

# MEMORANDUM

**Red Onion State Prison**                              **Warden: Tracy S. Ray**

TO:        Brown  Kelvin    207902    D 313

FROM:      Major L. Fleming, Chief of Security

DATE:      2/23/2009

SUBJECT:   Publication Disapproval

Your publication <u>The Final Call</u>  <u>Vol 28 # 7</u>  has been reviewed by PRC and it has been determined that you cannot possess these publications.

This publication has been disapproved due to the violation of Division Operating Procedure <u>803.2 # 12</u>.  If you are dissatisfied with this decision you may appeal through the provisions established in the Inmate Grievance Procedure within five (5) working days.  Otherwise, in accordance with Division Operating Procedure 856, you must dispose of this property as established in Operating Procedure 856 Attachment G, Property Disposition Form.

LF/sb

 (If the grievance coordinator receives a grievance, then he/she must notify personal property/mailroom to retain publication pending review of grievance at all levels).

cc:    File

# MEMORANDUM

**Red Onion State Prison**                                    **Warden: Tracy S. Ray**

TO:         Brown  Kelvin    207902    D 313

FROM:       Major L. Fleming, Chief of Security

DATE:       12/5/2008

SUBJECT:    Publication Disapproval

Your publication <u>The Final Call</u>  <u>Vol 28 # 7</u>  has been received and I have reviewed this publication and determined that it violates Division Operating Procedure <u>803.2 # 12</u>. Therefore, I am disapproving possession of this publication, pending review by the Publication Review Committee.

Your publication will be forwarded to the Publication Review Committee and you will be notified of their decision.  At that time, if you are dissatisfied with the decision of the Publication Review Committee, you may appeal through the provisions established in the Inmate Grievance Procedure.

If you wish to dispose of this publication, in accordance with Division Operating Procedure 856, instead of having it reviewed by the Publication Review Committee, you must notify me within **three (3) working days** of how you want to dispose of it.  If you choose to dispose of the publication, you waive your right to appeal the decision to disapprove your possession of it.  (DOP 852 Attachment 4, Disapproved Publication Disposition and Waiver of Appeal Form).

LF/sb

cc:     File

<div style="border:1px solid black; text-align:center;">

# MEMORANDUM

</div>

**Red Onion State Prison**                                    **Warden: Tracy S. Ray**


TO:          Brown  Kelvin    207902    D 313

FROM:        Major L. Fleming, Chief of Security

DATE:        2/23/2009

SUBJECT:     Publication Disapproval


Your publication <u>The Final Call</u>  <u>Vol 28 # 8</u>  has been reviewed by PRC and it has been determined that you cannot possess these publications.

This publication has been disapproved due to the violation of Division Operating Procedure <u>803.2 # 12</u>.  If you are dissatisfied with this decision you may appeal through the provisions established in the Inmate Grievance Procedure within five (5) working days.  Otherwise, in accordance with Division Operating Procedure 856, you must dispose of this property as established in Operating Procedure 856 Attachment G, Property Disposition Form.

LF/sb

 (If the grievance coordinator receives a grievance, then he/she must notify personal property/mailroom to retain publication pending review of grievance at all levels).

cc:     File

# MEMORANDUM

**Red Onion State Prison**                                    **Warden: Tracy S. Ray**

TO:        Brown  Kelvin    207902    D 313

FROM:      Major L. Fleming, Chief of Security

DATE:      1/6/2009

SUBJECT:   Publication Disapproval

Your publication The Final Call  Vol 28 # 8  has been received and I have reviewed this publication and determined that it violates Division Operating Procedure 803.2 # 12. Therefore, I am disapproving possession of this publication, pending review by the Publication Review Committee.

Your publication will be forwarded to the Publication Review Committee and you will be notified of their decision.  At that time, if you are dissatisfied with the decision of the Publication Review Committee, you may appeal through the provisions established in the Inmate Grievance Procedure.

If you wish to dispose of this publication, in accordance with Division Operating Procedure 856, instead of having it reviewed by the Publication Review Committee, you must notify me within **three (3) working days** of how you want to dispose of it.  If you choose to dispose of the publication, you waive your right to appeal the decision to disapprove your possession of it. (DOP 852 Attachment 4, Disapproved Publication Disposition and Waiver of Appeal Form).

LF/sb

cc:    File

---

# MEMORANDUM

---

**Red Onion State Prison**                                **Warden: Tracy S. Ray**


TO:         Brown  Kelvin   207902    D 313

FROM:       Major L. Fleming, Chief of Security

DATE:       2/23/2009

SUBJECT:    Publication Disapproval


Your publication The Final Call  Vol 28 # 9  has been reviewed by PRC and it has been determined that you cannot possess these publications.

This publication has been disapproved due to the violation of Division Operating Procedure 803.2 #12.  If you are dissatisfied with this decision you may appeal through the provisions established in the Inmate Grievance Procedure within five (5) working days.  Otherwise, in accordance with Division Operating Procedure 856, you must dispose of this property as established in Operating Procedure 856 Attachment G, Property Disposition Form.

LF/sb

 (If the grievance coordinator receives a grievance, then he/she must notify personal property/mailroom to retain publication pending review of grievance at all levels).

cc:     File

# MEMORANDUM

**Red Onion State Prison**                    **Warden: Tracy S. Ray**

TO:        Brown  Kelvin   207902    D 313

FROM:      Major L. Fleming, Chief of Security

DATE:      12/22/2008

SUBJECT:   Publication Disapproval

Your publication <u>The Final Call</u>  <u>Vol 28 # 9</u>  has been received and I have reviewed this publication and determined that it violates Division Operating Procedure <u>803.2 #12</u>. Therefore, I am disapproving possession of this publication, pending review by the Publication Review Committee.

Your publication will be forwarded to the Publication Review Committee and you will be notified of their decision.  At that time, if you are dissatisfied with the decision of the Publication Review Committee, you may appeal through the provisions established in the Inmate Grievance Procedure.

If you wish to dispose of this publication, in accordance with Division Operating Procedure 856, instead of having it reviewed by the Publication Review Committee, you must notify me within **three (3) working days** of how you want to dispose of it.  If you choose to dispose of the publication, you waive your right to appeal the decision to disapprove your possession of it.  (DOP 852 Attachment 4, Disapproved Publication Disposition and Waiver of Appeal Form).

LF/sb

cc:    File



**Warden: Tracy S. Ray**

MEMORANDUM

TO:          Brown, K. #207902    D-313

FROM:        Major L. Fleming

DATE:        Jan. 7th, 2009

SUBJECT:     PUBLICATION

Your have received two issues of The Final Call Vol 28 # 10.  You are not allowed to receive duplicate copies of any publication, however you must dispose of this property as established in Operating Procedure 803.2.

Please notify my office within 3 day in order to make arrangements for its disposal.


LF/jo


cc: File

# MEMORANDUM

**Red Onion State Prison**                    **Warden: Tracy S. Ray**

TO:        Brown  Kelvin    207902    D 313

FROM:    Major L. Fleming, Chief of Security

DATE:     1/6/2009

SUBJECT:    Publication Disapproval

Your publication The Final Call  Vol 28 # 10  has been received and I have reviewed this publication and determined that it violates Division Operating Procedure 803.2 # 12. Therefore, I am disapproving possession of this publication, pending review by the Publication Review Committee.

Your publication will be forwarded to the Publication Review Committee and you will be notified of their decision.  At that time, if you are dissatisfied with the decision of the Publication Review Committee, you may appeal through the provisions established in the Inmate Grievance Procedure.

If you wish to dispose of this publication, in accordance with Division Operating Procedure 856, instead of having it reviewed by the Publication Review Committee, you must notify me within **three (3) working days** of how you want to dispose of it.  If you choose to dispose of the publication, you waive your right to appeal the decision to disapprove your possession of it. (DOP 852 Attachment 4, Disapproved Publication Disposition and Waiver of Appeal Form).

LF/sb

cc:    File

# MEMORANDUM

**Red Onion State Prison**                    **Warden: Tracy S. Ray**


TO:        Brown  Kelvin   207902   D 313

FROM:      Major L. Fleming, Chief of Security

DATE:      3/5/2009

SUBJECT:   Publication Disapproval


Your publication the final call  Vol 28 # 11  has been received and I have reviewed this publication and determined that it violates Division Operating Procedure 803.2 # 12. Therefore, I am disapproving possession of this publication, pending review by the Publication Review Committee.

Your publication will be forwarded to the Publication Review Committee and you will be notified of their decision.  At that time, if you are dissatisfied with the decision of the Publication Review Committee, you may appeal through the provisions established in the Inmate Grievance Procedure.

If you wish to dispose of this publication, in accordance with Division Operating Procedure 856, instead of having it reviewed by the Publication Review Committee, you must notify me within **three (3) working days** of how you want to dispose of it.  If you choose to dispose of the publication, you waive your right to appeal the decision to disapprove your possession of it. (DOP 852 Attachment 4, Disapproved Publication Disposition and Waiver of Appeal Form).


LF/sb

cc:    File

# MEMORANDUM

**Red Onion State Prison**                    **Warden: Tracy S. Ray**

TO:          Brown  Kelvin   207902    D 313

FROM:        Major L. Fleming, Chief of Security

DATE:        1/27/2009

SUBJECT:     Publication Disapproval

Your publication <u>The Final Call</u>  <u>Vol 28 # 12</u>  has been received and I have reviewed this publication and determined that it violates Division Operating Procedure <u>803.2 # 12</u>. Therefore, I am disapproving possession of this publication, pending review by the Publication Review Committee.

Your publication will be forwarded to the Publication Review Committee and you will be notified of their decision.  At that time, if you are dissatisfied with the decision of the Publication Review Committee, you may appeal through the provisions established in the Inmate Grievance Procedure.

If you wish to dispose of this publication, in accordance with Division Operating Procedure 856, instead of having it reviewed by the Publication Review Committee, you must notify me within **three (3) working days** of how you want to dispose of it.  If you choose to dispose of the publication, you waive your right to appeal the decision to disapprove your possession of it.  (DOP 852 Attachment 4, Disapproved Publication Disposition and Waiver of Appeal Form).

LF/sb

cc:     File

# MEMORANDUM

**Red Onion State Prison**                                    **Warden: Tracy S. Ray**

TO:          Brown  Kelvin    207902    D 313

FROM:        Major L. Fleming, Chief of Security

DATE:        1/27/2009

SUBJECT:     Publication Disapproval

Your publication The Final Call  Vol 28 # 13  has been received and I have reviewed this
publication and determined that it violates Division Operating Procedure 803.2 # 12.
Therefore, I am disapproving possession of this publication, pending review by the
Publication Review Committee.

Your publication will be forwarded to the Publication Review Committee and you will be
notified of their decision.  At that time, if you are dissatisfied with the decision of the
Publication Review Committee, you may appeal through the provisions established in the
Inmate Grievance Procedure.

If you wish to dispose of this publication, in accordance with Division Operating
Procedure 856, instead of having it reviewed by the Publication Review Committee, you
must notify me within **three (3) working days** of how you want to dispose of it.  If you
choose to dispose of the publication, you waive your right to appeal the decision to
disapprove your possession of it. (DOP 852 Attachment 4, Disapproved Publication
Disposition and Waiver of Appeal Form).

LF/sb

cc:     File

# MEMORANDUM

**Red Onion State Prison**                                    **Warden: Tracy S. Ray**


TO:          Brown  Kelvin    207902    D 313

FROM:      Major L. Fleming, Chief of Security

DATE:       1/27/2009

SUBJECT:    Publication Disapproval


Your publication <u>The Final call</u>  <u>Vol 28 # 14</u>  has been received and I have reviewed this publication and determined that it violates Division Operating Procedure <u>803.2 # 12</u>. Therefore, I am disapproving possession of this publication, pending review by the Publication Review Committee.

Your publication will be forwarded to the Publication Review Committee and you will be notified of their decision.  At that time, if you are dissatisfied with the decision of the Publication Review Committee, you may appeal through the provisions established in the Inmate Grievance Procedure.

If you wish to dispose of this publication, in accordance with Division Operating Procedure 856, instead of having it reviewed by the Publication Review Committee, you must notify me within **three (3) working days** of how you want to dispose of it.  If you choose to dispose of the publication, you waive your right to appeal the decision to disapprove your possession of it.  (DOP 852 Attachment 4, Disapproved Publication Disposition and Waiver of Appeal Form).


LF/sb

cc:     File

# MEMORANDUM

**Red Onion State Prison**                    **Warden: Tracy S. Ray**


TO:        Brown  Kelvin    207902    D 313

FROM:      Major L. Fleming, Chief of Security

DATE:      2/23/2009

SUBJECT:   Publication Disapproval


Your publication The Final Call  Vol 28 # 15  has been received and I have reviewed this publication and determined that it violates Division Operating Procedure 803.2 # 12. Therefore, I am disapproving possession of this publication, pending review by the Publication Review Committee.

Your publication will be forwarded to the Publication Review Committee and you will be notified of their decision.  At that time, if you are dissatisfied with the decision of the Publication Review Committee, you may appeal through the provisions established in the Inmate Grievance Procedure.

If you wish to dispose of this publication, in accordance with Division Operating Procedure 856, instead of having it reviewed by the Publication Review Committee, you must notify me within **three (3) working days** of how you want to dispose of it.  If you choose to dispose of the publication, you waive your right to appeal the decision to disapprove your possession of it.  (DOP 852 Attachment 4, Disapproved Publication Disposition and Waiver of Appeal Form).


LF/sb

cc:    File

# MEMORANDUM

**Red Onion State Prison**                    **Warden: Tracy S. Ray**

TO:        Brown  Kelvin    207902    D 313

FROM:      Major L. Fleming, Chief of Security

DATE:      3/3/2009

SUBJECT:   Publication Disapproval

Your publication The Final Call  Vol 28 # 16  has been received and I have reviewed this publication and determined that it violates Division Operating Procedure 803.2 # 12. Therefore, I am disapproving possession of this publication, pending review by the Publication Review Committee.

Your publication will be forwarded to the Publication Review Committee and you will be notified of their decision.  At that time, if you are dissatisfied with the decision of the Publication Review Committee, you may appeal through the provisions established in the Inmate Grievance Procedure.

If you wish to dispose of this publication, in accordance with Division Operating Procedure 856, instead of having it reviewed by the Publication Review Committee, you must notify me within **three (3) working days** of how you want to dispose of it.  If you choose to dispose of the publication, you waive your right to appeal the decision to disapprove your possession of it.  (DOP 852 Attachment 4, Disapproved Publication Disposition and Waiver of Appeal Form).

LF/sb

cc:    File

# MEMORANDUM

**Red Onion State Prison**                              **Warden: Tracy S. Ray**


TO:            Brown  Kelvin    207902    D 313

FROM:        Major L. Fleming, Chief of Security

DATE:        2/23/2009

SUBJECT:     Publication Disapproval


Your publication The Final Call  Vol 28 # 17  has been received and I have reviewed this publication and determined that it violates Division Operating Procedure 803.2 # 12. Therefore, I am disapproving possession of this publication, pending review by the Publication Review Committee.

Your publication will be forwarded to the Publication Review Committee and you will be notified of their decision.  At that time, if you are dissatisfied with the decision of the Publication Review Committee, you may appeal through the provisions established in the Inmate Grievance Procedure.

If you wish to dispose of this publication, in accordance with Division Operating Procedure 856, instead of having it reviewed by the Publication Review Committee, you must notify me within **three (3) working days** of how you want to dispose of it.  If you choose to dispose of the publication, you waive your right to appeal the decision to disapprove your possession of it.  (DOP 852 Attachment 4, Disapproved Publication Disposition and Waiver of Appeal Form).


LF/sb

cc:      File

# MEMORANDUM

**Red Onion State Prison**                    **Warden: Tracy S. Ray**


TO:         Brown  Kelvin   207902    D 313

FROM:       Major L. Fleming, Chief of Security

DATE:       3/3/2009

SUBJECT:    Publication Disapproval


Your publication <u>The Final Call</u>  <u>Vol 28 # 18</u>  has been received and I have reviewed this publication and determined that it violates Division Operating Procedure <u>803.2 # 12</u>. Therefore, I am disapproving possession of this publication, pending review by the Publication Review Committee.

Your publication will be forwarded to the Publication Review Committee and you will be notified of their decision.  At that time, if you are dissatisfied with the decision of the Publication Review Committee, you may appeal through the provisions established in the Inmate Grievance Procedure.

If you wish to dispose of this publication, in accordance with Division Operating Procedure 856, instead of having it reviewed by the Publication Review Committee, you must notify me within **three (3) working days** of how you want to dispose of it.  If you choose to dispose of the publication, you waive your right to appeal the decision to disapprove your possession of it.  (DOP 852 Attachment 4, Disapproved Publication Disposition and Waiver of Appeal Form).


LF/sb

cc:     File

# MEMORANDUM

**Red Onion State Prison**                                      **Warden: Tracy S. Ray**

TO:          Brown  Kelvin    207902    D 313

FROM:        Major L. Fleming, Chief of Security

DATE:        3/5/2009

SUBJECT:     Publication Disapproval

Your publication the final call  Vol 28 # 19  has been received and I have reviewed this publication and determined that it violates Division Operating Procedure 803.2 # 12. Therefore, I am disapproving possession of this publication, pending review by the Publication Review Committee.

Your publication will be forwarded to the Publication Review Committee and you will be notified of their decision.  At that time, if you are dissatisfied with the decision of the Publication Review Committee, you may appeal through the provisions established in the Inmate Grievance Procedure.

If you wish to dispose of this publication, in accordance with Division Operating Procedure 856, instead of having it reviewed by the Publication Review Committee, you must notify me within **three (3) working days** of how you want to dispose of it.  If you choose to dispose of the publication, you waive your right to appeal the decision to disapprove your possession of it.  (DOP 852 Attachment 4, Disapproved Publication Disposition and Waiver of Appeal Form).

LF/sb

cc:      File

VIRGINIA DEPARTMENT OF CORRECTIONS
Notification of Publication Review Committee Disapproval

Effective Date: August 1, 2007
Operating Procedure #803.2  Attachment #2

# MEMORANDUM

**Red Onion State Prison**                                    **Warden: Tracy S. Ray**

TO:          Brown  Kelvin    207902    D 313

FROM:      Major L. Fleming, Chief of Security

DATE:       3/16/2009

SUBJECT:   Publication Disapproval

Your publication <u>The Final Call</u>  <u>Vol 28 # 20</u>  has been received and I have reviewed this publication and determined that it violates Division Operating Procedure <u>803.2 # 12</u>. Therefore, I am disapproving possession of this publication, pending review by the Publication Review Committee.

Your publication will be forwarded to the Publication Review Committee and you will be notified of their decision.  At that time, if you are dissatisfied with the decision of the Publication Review Committee, you may appeal through the Offender Grievance Procedure.

If you wish to dispose of this publication, in accordance with Operating Procedure 802.1, *Offender Property*, instead of having it reviewed by the Publication Review Committee, you must notify me within seven days of how you want to dispose of it using the attached *Disapproved Publication Disposition and Waiver of Appeal*.  If you choose to dispose of the publication, you waive your right to appeal the decision to disapprove your possession of it.

cc:     File
cc:     Mail Room*

* (A copy of this letter will be attached to the publication and forwarded to the Publication Review Committee)

LF/sb

VIRGINIA DEPARTMENT OF CORRECTIONS
Notification of Publication Review Committee Disapproval

Effective Date: August 1, 2007
Operating Procedure #803.2  Attachment #2

---

# MEMORANDUM

**Red Onion State Prison**                                **Warden: Tracy S. Ray**


TO:        Brown  Kelvin    207902    D 313

FROM:      Major L. Fleming, Chief of Security

DATE:      3/30/2009

SUBJECT:   Publication Disapproval


Your publication the final call  mar,24,2009  has been received and I have reviewed this publication and determined that it violates Division Operating Procedure 803.2 #12. Therefore, I am disapproving possession of this publication, pending review by the Publication Review Committee.

Your publication will be forwarded to the Publication Review Committee and you will be notified of their decision.  At that time, if you are dissatisfied with the decision of the Publication Review Committee, you may appeal through the Offender Grievance Procedure.

If you wish to dispose of this publication, in accordance with Operating Procedure 802.1, *Offender Property*, instead of having it reviewed by the Publication Review Committee, you must notify me within seven days of how you want to dispose of it using the attached *Disapproved Publication Disposition and Waiver of Appeal*.  If you choose to dispose of the publication, you waive your right to appeal the decision to disapprove your possession of it.


cc:    File
cc:    Mail Room*

* (A copy of this letter will be attached to the publication and forwarded to the Publication Review Committee)


LF/sb

---

VIRGINIA DEPARTMENT OF CORRECTIONS                          Effective Date: August 1, 2007
Notification of Publication Review Committee Disapproval    Operating Procedure #803.2 Attachment #2

# MEMORANDUM

**Red Onion State Prison**                          **Warden: Tracy S. Ray**


TO:        Brown  Kelvin   207902    D 313

FROM:      Major L. Fleming, Chief of Security

DATE:      4/15/2009

SUBJECT:   Publication Disapproval


Your publication The Final Call  Vol 28 # 25  has been received and I have reviewed this
publication and determined that it violates Division Operating Procedure 803.2 # 12.
Therefore, I am disapproving possession of this publication, pending review by the
Publication Review Committee.

Your publication will be forwarded to the Publication Review Committee and you will be
notified of their decision.  At that time, if you are dissatisfied with the decision of the
Publication Review Committee, you may appeal through the Offender Grievance
Procedure.

If you wish to dispose of this publication, in accordance with Operating Procedure 802.1,
*Offender Property*, instead of having it reviewed by the Publication Review Committee,
you must notify me within seven days of how you want to dispose of it using the attached
*Disapproved Publication Disposition and Waiver of Appeal*.  If you choose to dispose of
the publication, you waive your right to appeal the decision to disapprove your
possession of it.


cc:    File
cc:    Mail Room*

* (A copy of this letter will be attached to the publication and forwarded to the
Publication Review Committee)


LF/sb

VIRGINIA DEPARTMENT OF CORRECTIONS                                    Effective Date: August 1, 2007
Notification of Publication Review Committee Disapproval          Operating Procedure #803.2  Attachment #2

# MEMORANDUM

**Red Onion State Prison**                                    **Warden: Tracy S. Ray**

TO:           Brown  Kelvin   207902    D 313

FROM:       Major L. Fleming, Chief of Security

DATE:        5/6/2009

SUBJECT:    Publication Disapproval

Your publication The Final Call  Vol 28 # 26  has been received and I have reviewed this
publication and determined that it violates Division Operating Procedure 803.2 # 7.
Therefore, I am disapproving possession of this publication, pending review by the
Publication Review Committee.

Your publication will be forwarded to the Publication Review Committee and you will be
notified of their decision.  At that time, if you are dissatisfied with the decision of the
Publication Review Committee, you may appeal through the Offender Grievance
Procedure.

If you wish to dispose of this publication, in accordance with Operating Procedure 802.1,
*Offender Property*, instead of having it reviewed by the Publication Review Committee,
you must notify me within seven days of how you want to dispose of it using the attached
*Disapproved Publication Disposition and Waiver of Appeal*.  If you choose to dispose of
the publication, you waive your right to appeal the decision to disapprove your
possession of it.

cc:     File
cc:     Mail Room*

* (A copy of this letter will be attached to the publication and forwarded to the
Publication Review Committee)

LF/sb

*Revision Date: 6/13/06*

VIRGINIA DEPARTMENT OF CORRECTIONS
Notification of Publication Review Committee Disapproval

Effective Date: August 1, 2007
Operating Procedure #803.2 Attachment #2

# MEMORANDUM

**Red Onion State Prison**                    **Warden: Tracy S. Ray**

TO:         Brown  Kelvin  207902      ,١٣

FROM:    Major L. Fleming, Chief of Security

DATE:     5/6/2009

SUBJECT:    Publication Disapproval

Your publication <u>The Final Call</u>  Vol 28 # 27  has been received and I have reviewed this publication and determined that it violates Division Operating Procedure <u>803.2 # 7</u>. Therefore, I am disapproving possession of this publication, pending review by the Publication Review Committee.

Your publication will be forwarded to the Publication Review Committee and you will be notified of their decision.  At that time, if you are dissatisfied with the decision of the Publication Review Committee, you may appeal through the Offender Grievance Procedure.

If you wish to dispose of this publication, in accordance with Operating Procedure 802.1, *Offender Property*, instead of having it reviewed by the Publication Review Committee, you must notify me within seven days of how you want to dispose of it using the attached *Disapproved Publication Disposition and Waiver of Appeal*.  If you choose to dispose of the publication, you waive your right to appeal the decision to disapprove your possession of it.


cc:     File
cc:     Mail Room*

* (A copy of this letter will be attached to the publication and forwarded to the Publication Review Committee)


LF/sb

VIRGINIA DEPARTMENT OF CORRECTIONS                                         Effective Date: August 1, 2007
Notification of Publication Review Committee Disapproval            Operating Procedure #803.2  Attachment #2

---

# MEMORANDUM

**Red Onion State Prison**                                **Warden: Tracy S. Ray**

TO:          Brown  Kelvin   20790.    D 313

FROM:      Major L. Fleming, Chief of Security

DATE:       5/6/2009

SUBJECT:   Publication Disapproval

Your publication The Final Call  Vol 28 # 28  has been received and I have reviewed this publication and determined that it violates Division Operating Procedure 803.2 # 7. Therefore, I am disapproving possession of this publication, pending review by the Publication Review Committee.

Your publication will be forwarded to the Publication Review Committee and you will be notified of their decision.  At that time, if you are dissatisfied with the decision of the Publication Review Committee, you may appeal through the Offender Grievance Procedure.

If you wish to dispose of this publication, in accordance with Operating Procedure 802.1, *Offender Property*, instead of having it reviewed by the Publication Review Committee, you must notify me within seven days of how you want to dispose of it using the attached *Disapproved Publication Disposition and Waiver of Appeal*.  If you choose to dispose of the publication, you waive your right to appeal the decision to disapprove your possession of it.


cc:     File
cc:     Mail Room*

* (A copy of this letter will be attached to the publication and forwarded to the Publication Review Committee)


LF/sb

---

VIRGINIA DEPARTMENT OF CORRECTIONS                     Effective Date: August 1, 2007
Notification of Publication Review Committee Disapproval      Operating Procedure #803.2  Attachment #2

# MEMORANDUM

**Red Onion State Prison**                                    **Warden: Tracy S. Ray**

TO:        Brown  Kelvin  207902

FROM:      Major L. Fleming, Chief of Security

DATE:      5/6/2009

SUBJECT:   Publication Disapproval

Your publication <u>The Final Call</u>  <u>Vol 28 # 29</u>  has been received and I have reviewed this publication and determined that it violates Division Operating Procedure <u>803.2 # 7</u>. Therefore, I am disapproving possession of this publication, pending review by the Publication Review Committee.

Your publication will be forwarded to the Publication Review Committee and you will be notified of their decision.  At that time, if you are dissatisfied with the decision of the Publication Review Committee, you may appeal through the Offender Grievance Procedure.

If you wish to dispose of this publication, in accordance with Operating Procedure 802.1, *Offender Property*, instead of having it reviewed by the Publication Review Committee, you must notify me within seven days of how you want to dispose of it using the attached *Disapproved Publication Disposition and Waiver of Appeal*.  If you choose to dispose of the publication, you waive your right to appeal the decision to disapprove your possession of it.

cc:    File
cc:    Mail Room*

* (A copy of this letter will be attached to the publication and forwarded to the Publication Review Committee)

LF/sb

VIRGINIA DEPARTMENT OF CORRECTIONS                              Effective Date: August 1, 2007
Notification of Publication Review Committee Disapproval        Operating Procedure #803.2  Attachment #2

# MEMORANDUM

**Red Onion State Prison**                              **Warden: Tracy S. Ray**

TO:         Brown  Kelvin   207902    D 313

FROM:       Major L. Fleming, Chief of Security

DATE:       6/1/2009

SUBJECT:    Publication Disapproval

Your publication <u>The Final Call</u>  <u>Vol 28 # 30</u>  has been received and I have reviewed this publication and determined that it violates Division Operating Procedure <u>803.2 # 7</u>. Therefore, I am disapproving possession of this publication, pending review by the Publication Review Committee.

Your publication will be forwarded to the Publication Review Committee and you will be notified of their decision.  At that time, if you are dissatisfied with the decision of the Publication Review Committee, you may appeal through the Offender Grievance Procedure.

If you wish to dispose of this publication, in accordance with Operating Procedure 802.1, *Offender Property*, instead of having it reviewed by the Publication Review Committee, you must notify me within seven days of how you want to dispose of it using the attached *Disapproved Publication Disposition and Waiver of Appeal*.  If you choose to dispose of the publication, you waive your right to appeal the decision to disapprove your possession of it.

cc:    File
cc:    Mail Room*

* (A copy of this letter will be attached to the publication and forwarded to the Publication Review Committee)

LF/sb

VIRGINIA DEPARTMENT OF CORRECTIONS
Notification of Publication Review Committee Disapproval

Effective Date: August 1, 2007
Operating Procedure #803.2  Attachment #2

# MEMORANDUM

**Red Onion State Prison**                              **Warden: Tracy S. Ray**

TO:        Brown  Kelvin    207902    L ɔ ı 3

FROM:     Major L. Fleming, Chief of Security

DATE:      6/1/2009

SUBJECT:   Publication Disapproval

Your publication The final call  Vol 28 # 31  has been received and I have reviewed this
publication and determined that it violates Division Operating Procedure 803.2 # 7.
Therefore, I am disapproving possession of this publication, pending review by the
Publication Review Committee.

Your publication will be forwarded to the Publication Review Committee and you will be
notified of their decision.  At that time, if you are dissatisfied with the decision of the
Publication Review Committee, you may appeal through the Offender Grievance
Procedure.

If you wish to dispose of this publication, in accordance with Operating Procedure 802.1,
*Offender Property*, instead of having it reviewed by the Publication Review Committee,
you must notify me within seven days of how you want to dispose of it using the attached
*Disapproved Publication Disposition and Waiver of Appeal*.  If you choose to dispose of
the publication, you waive your right to appeal the decision to disapprove your
possession of it.

cc:    File
cc:    Mail Room*

* (A copy of this letter will be attached to the publication and forwarded to the
Publication Review Committee)

LF/sb

VIRGINIA DEPARTMENT OF CORRECTIONS
**Notification of Publication Review Committee Disapproval**

Effective Date: August 1, 2007
**Operating Procedure #803.2  Attachment #2**

# MEMORANDUM

**Red Onion State Prison**                    **Warden: Tracy S. Ray**

TO:       Brown  Kelvin    207902    L

FROM:     Major L. Fleming, Chief of Security

DATE:     6/1/2009

SUBJECT:  Publication Disapproval

Your publication The Final Call  Vol 28 # 32  has been received and I have reviewed this publication and determined that it violates Division Operating Procedure 803.2 # 7. Therefore, I am disapproving possession of this publication, pending review by the Publication Review Committee.

Your publication will be forwarded to the Publication Review Committee and you will be notified of their decision.  At that time, if you are dissatisfied with the decision of the Publication Review Committee, you may appeal through the Offender Grievance Procedure.

If you wish to dispose of this publication, in accordance with Operating Procedure 802.1, *Offender Property*, instead of having it reviewed by the Publication Review Committee, you must notify me within seven days of how you want to dispose of it using the attached *Disapproved Publication Disposition and Waiver of Appeal*.  If you choose to dispose of the publication, you waive your right to appeal the decision to disapprove your possession of it.


cc:    File
cc:    Mail Room*

* (A copy of this letter will be attached to the publication and forwarded to the Publication Review Committee)


LF/sb

VIRGINIA DEPARTMENT OF CORRECTIONS                                  Effective Date: August 1, 2007
**Notification of Publication Review Committee Disapproval**        Operating Procedure #803.2  Attachment #2

---

## MEMORANDUM

**Red Onion State Prison**                          **Warden: Tracy S. Ray**


TO:          Brown  Kelvin   207902    D 313

FROM:        Major L. Fleming, Chief of Security

DATE:        6/8/2009

SUBJECT:     Publication Disapproval


Your publication <u>The Final Call</u>  <u>Vol 28 # 33</u>  has been received and I have reviewed this publication and determined that it violates Division Operating Procedure <u>803.2 # 7</u>. Therefore, I am disapproving possession of this publication, pending review by the Publication Review Committee.

Your publication will be forwarded to the Publication Review Committee and you will be notified of their decision.  At that time, if you are dissatisfied with the decision of the Publication Review Committee, you may appeal through the Offender Grievance Procedure.

If you wish to dispose of this publication, in accordance with Operating Procedure 802.1, *Offender Property*, instead of having it reviewed by the Publication Review Committee, you must notify me within seven days of how you want to dispose of it using the attached *Disapproved Publication Disposition and Waiver of Appeal*.  If you choose to dispose of the publication, you waive your right to appeal the decision to disapprove your possession of it.


cc:    File
cc:    Mail Room*

* (A copy of this letter will be attached to the publication and forwarded to the Publication Review Committee)


LF/sb

---

VIRGINIA DEPARTMENT OF CORRECTIONS
Notification of Publication Review Committee Disapproval

Effective Date: August 1, 2007
Operating Procedure #803.2 Attachment #2

# MEMORANDUM

**Red Onion State Prison**                    **Warden: Tracy S. Ray**

TO:        Brown  Kelvin   207902    D 313

FROM:     Major L. Fleming, Chief of Security

DATE:     6/9/2009

SUBJECT:   Publication Disapproval

Your publication the final call  Vol 28 # 34  has been received and I have reviewed this publication and determined that it violates Division Operating Procedure 803.2 # 7. Therefore, I am disapproving possession of this publication, pending review by the Publication Review Committee.

Your publication will be forwarded to the Publication Review Committee and you will be notified of their decision.  At that time, if you are dissatisfied with the decision of the Publication Review Committee, you may appeal through the Offender Grievance Procedure.

If you wish to dispose of this publication, in accordance with Operating Procedure 802.1, *Offender Property*, instead of having it reviewed by the Publication Review Committee, you must notify me within seven days of how you want to dispose of it using the attached *Disapproved Publication Disposition and Waiver of Appeal*.  If you choose to dispose of the publication, you waive your right to appeal the decision to disapprove your possession of it.

cc:     File
cc:     Mail Room*

* (A copy of this letter will be attached to the publication and forwarded to the Publication Review Committee)

LF/sb

VIRGINIA DEPARTMENT OF CORRECTIONS
Notification of Publication Review Committee Disapproval

Effective Date: August 1, 2007
Operating Procedure #803.2  Attachment #2

# MEMORANDUM

**Red Onion State Prison**                    **Warden: Tracy S. Ray**

TO:        Brown  Kelvin    207902    D 313

FROM:      Major L. Fleming, Chief of Security

DATE:      6/17/2009

SUBJECT:   Publication Disapproval

Your publication The Final Call  Vol 28 # 35  has been received and I have reviewed this publication and determined that it violates Division Operating Procedure 803.2 # 7. Therefore, I am disapproving possession of this publication, pending review by the Publication Review Committee.

Your publication will be forwarded to the Publication Review Committee and you will be notified of their decision.  At that time, if you are dissatisfied with the decision of the Publication Review Committee, you may appeal through the Offender Grievance Procedure.

If you wish to dispose of this publication, in accordance with Operating Procedure 802.1, *Offender Property*, instead of having it reviewed by the Publication Review Committee, you must notify me within seven days of how you want to dispose of it using the attached *Disapproved Publication Disposition and Waiver of Appeal*.  If you choose to dispose of the publication, you waive your right to appeal the decision to disapprove your possession of it.


cc:    File
cc:    Mail Room*

* (A copy of this letter will be attached to the publication and forwarded to the Publication Review Committee)


LF/sb

VIRGINIA DEPARTMENT OF CORRECTIONS
Notification of Publication Review Committee Disapproval

Effective Date: August 1, 2007
Operating Procedure #803.2 Attachment #2

# MEMORANDUM

**Red Onion State Prison**                    **Warden: Tracy S. Ray**

TO:        Brown  Kelvin    207902    D 313

FROM:     Major L. Fleming, Chief of Security

DATE:      6/29/2009

SUBJECT:   Publication Disapproval

Your publication The Final Call  Vol 28 # 36  has been received and I have reviewed this publication and determined that it violates Division Operating Procedure 803.2 # 7. Therefore, I am disapproving possession of this publication, pending review by the Publication Review Committee.

Your publication will be forwarded to the Publication Review Committee and you will be notified of their decision.  At that time, if you are dissatisfied with the decision of the Publication Review Committee, you may appeal through the Offender Grievance Procedure.

If you wish to dispose of this publication, in accordance with Operating Procedure 802.1, *Offender Property*, instead of having it reviewed by the Publication Review Committee, you must notify me within seven days of how you want to dispose of it using the attached *Disapproved Publication Disposition and Waiver of Appeal*.  If you choose to dispose of the publication, you waive your right to appeal the decision to disapprove your possession of it.

cc:    File
cc:    Mail Room*

* (A copy of this letter will be attached to the publication and forwarded to the Publication Review Committee)

LF/sb

*Revision Date: 6/13/06*

VIRGINIA DEPARTMENT OF CORRECTIONS                          Effective Date: August 1, 2007
Notification of Publication Review Committee Disapproval    Operating Procedure #803.2 Attachment #2

---

# MEMORANDUM

**Red Onion State Prison**                          **Warden: Tracy S. Ray**


TO:          Brown Kelvin   2( /)02    D 313

FROM:        Major L. Fleming, Chief of Security

DATE:        7/8/2009

SUBJECT:     Publication Disapproval


Your publication The Final Call  Vol 28 # 38  has been received and I have reviewed this
publication and determined that it violates Division Operating Procedure 803.2 # 7.
Therefore, I am disapproving possession of this publication, pending review by the
Publication Review Committee.

Your publication will be forwarded to the Publication Review Committee and you will be
notified of their decision.  At that time, if you are dissatisfied with the decision of the
Publication Review Committee, you may appeal through the Offender Grievance
Procedure.

If you wish to dispose of this publication, in accordance with Operating Procedure 802.1,
*Offender Property*, instead of having it reviewed by the Publication Review Committee,
you must notify me within seven days of how you want to dispose of it using the attached
*Disapproved Publication Disposition and Waiver of Appeal*.  If you choose to dispose of
the publication, you waive your right to appeal the decision to disapprove your
possession of it.


cc:    File
cc:    Mail Room*

* (A copy of this letter will be attached to the publication and forwarded to the
Publication Review Committee)


LF/sb

---

VIRGINIA DEPARTMENT OF CORRECTIONS
Notification of Publication Review Committee Disapproval

Effective Date: August 1, 2007
Operating Procedure #803.2  Attachment #2

---

# MEMORANDUM

**Red Onion State Prison**                                    **Warden: Tracy S. Ray**

TO:           Brown  Kelvin   207902    ᴸ 313

FROM:        Major L. Fleming, Chief of Security

DATE:         7/8/2009

SUBJECT:     Publication Disapproval

Your publication <u>The Final Call</u>  <u>Vol 28 # 38</u>  has been received and I have reviewed this publication and determined that it violates Division Operating Procedure <u>803.2 # 7</u>. Therefore, I am disapproving possession of this publication, pending review by the Publication Review Committee.

Your publication will be forwarded to the Publication Review Committee and you will be notified of their decision.  At that time, if you are dissatisfied with the decision of the Publication Review Committee, you may appeal through the Offender Grievance Procedure.

If you wish to dispose of this publication, in accordance with Operating Procedure 802.1, *Offender Property*, instead of having it reviewed by the Publication Review Committee, you must notify me within seven days of how you want to dispose of it using the attached *Disapproved Publication Disposition and Waiver of Appeal*.  If you choose to dispose of the publication, you waive your right to appeal the decision to disapprove your possession of it.

cc:      File
cc:      Mail Room*

* (A copy of this letter will be attached to the publication and forwarded to the Publication Review Committee)

LF/sb

VIRGINIA DEPARTMENT OF CORRECTIONS    Effective Date: August 1, 2007
Notification of Publication Review Committee Disapproval    Operating Procedure #803.2 Attachment #2

# MEMORANDUM

**Red Onion State Prison**                              **Warden: Tracy S. Ray**

TO:         Brown  Kelvin   207902    D 313

FROM:       Major L. Fleming, Chief of Security

DATE:       7/15/2009

SUBJECT:    Publication Disapproval

Your publication <u>The Final Call</u>  <u>Vol 28 # 39</u>  has been received and I have reviewed this publication and determined that it violates Division Operating Procedure <u>803.2 # 7</u>. Therefore, I am disapproving possession of this publication, pending review by the Publication Review Committee.

Your publication will be forwarded to the Publication Review Committee and you will be notified of their decision.  At that time, if you are dissatisfied with the decision of the Publication Review Committee, you may appeal through the Offender Grievance Procedure.

If you wish to dispose of this publication, in accordance with Operating Procedure 802.1, *Offender Property*, instead of having it reviewed by the Publication Review Committee, you must notify me within seven days of how you want to dispose of it using the attached *Disapproved Publication Disposition and Waiver of Appeal*.  If you choose to dispose of the publication, you waive your right to appeal the decision to disapprove your possession of it.

cc:    File
cc:    Mail Room*

* (A copy of this letter will be attached to the publication and forwarded to the Publication Review Committee)

LF/sb

VIRGINIA DEPARTMENT OF CORRECTIONS                                    Effective Date: August 1, 2007
Notification of Publication Review Committee Disapproval    Operating Procedure #803.2  Attachment #2

---

# MEMORANDUM

**Red Onion State Prison**                                    **Warden: Tracy S. Ray**


TO:        Brown  Kelvin   20/9 ⸱2   D 313

FROM:      Major L. Fleming, Chief of Security

DATE:      7/23/2009

SUBJECT:   Publication Disapproval


Your publication The Final Call  Vol 28 # 40  has been received and I have reviewed this publication and determined that it violates Division Operating Procedure 803.2 # 7. Therefore, I am disapproving possession of this publication, pending review by the Publication Review Committee.

Your publication will be forwarded to the Publication Review Committee and you will be notified of their decision.  At that time, if you are dissatisfied with the decision of the Publication Review Committee, you may appeal through the Offender Grievance Procedure.

If you wish to dispose of this publication, in accordance with Operating Procedure 802.1, *Offender Property*, instead of having it reviewed by the Publication Review Committee, you must notify me within seven days of how you want to dispose of it using the attached *Disapproved Publication Disposition and Waiver of Appeal*.  If you choose to dispose of the publication, you waive your right to appeal the decision to disapprove your possession of it.


cc:    File
cc:    Mail Room*

\* (A copy of this letter will be attached to the publication and forwarded to the Publication Review Committee)


LF/sb

---

*Revision Date: 6/13/06*

VIRGINIA DEPARTMENT OF CORRECTIONS
Notification of Publication Review Committee Disapproval

Effective Date: August 1, 2007
Operating Procedure #803.2 Attachment #2

# MEMORANDUM

**Red Onion State Prison**                    **Warden: Tracy S. Ray**

TO:        Brown  Kelvin    20⁻9(⁻    D 313

FROM:      Major L. Fleming, Chief of Security

DATE:      8/7/2009

SUBJECT:   Publication Disapproval

Your publication The Final Call  Vol 28 # 41  has been received and I have reviewed this publication and determined that it violates Division Operating Procedure 803.2 # 7. Therefore, I am disapproving possession of this publication, pending review by the Publication Review Committee.

Your publication will be forwarded to the Publication Review Committee and you will be notified of their decision.  At that time, if you are dissatisfied with the decision of the Publication Review Committee, you may appeal through the Offender Grievance Procedure.

If you wish to dispose of this publication, in accordance with Operating Procedure 802.1, *Offender Property*, instead of having it reviewed by the Publication Review Committee, you must notify me within seven days of how you want to dispose of it using the attached *Disapproved Publication Disposition and Waiver of Appeal*.  If you choose to dispose of the publication, you waive your right to appeal the decision to disapprove your possession of it.

cc:    File
cc:    Mail Room*

* (A copy of this letter will be attached to the publication and forwarded to the Publication Review Committee)

LF/sb

VIRGINIA DEPARTMENT OF CORRECTIONS
Notification of Publication Review Committee Disapproval

Effective Date: August 1, 2007
Operating Procedure #803.2  Attachment #2

# MEMORANDUM

**Red Onion State Prison**                    **Warden: Tracy S. Ray**

TO:        Brown  Kelvin   20' 02   D 313

FROM:    Major L. Fleming, Chief of Security

DATE:     8/7/2009

SUBJECT:    Publication Disapproval

Your publication The Final Call  Vol 28 # 42  has been received and I have reviewed this publication and determined that it violates Division Operating Procedure 803.2 # 7. Therefore, I am disapproving possession of this publication, pending review by the Publication Review Committee.

Your publication will be forwarded to the Publication Review Committee and you will be notified of their decision.  At that time, if you are dissatisfied with the decision of the Publication Review Committee, you may appeal through the Offender Grievance Procedure.

If you wish to dispose of this publication, in accordance with Operating Procedure 802.1, *Offender Property*, instead of having it reviewed by the Publication Review Committee, you must notify me within seven days of how you want to dispose of it using the attached *Disapproved Publication Disposition and Waiver of Appeal*.  If you choose to dispose of the publication, you waive your right to appeal the decision to disapprove your possession of it.

cc:    File
cc:    Mail Room*

* (A copy of this letter will be attached to the publication and forwarded to the Publication Review Committee)

LF/sb

VIRGINIA DEPARTMENT OF CORRECTIONS
Notification of Publication Review Committee Disapproval

Effective Date: August 1, 2007
Operating Procedure #803.2  Attachment #2

# MEMORANDUM

**Red Onion State Prison**                                    **Warden: Tracy S. Ray**

TO:          Brown  Kelvin   207902    D 313

FROM:        Major L. Fleming, Chief of Security

DATE:        8/19/2009

SUBJECT:     Publication Disapproval

Your publication The Final Call  Vol 28 # 43  has been received and I have reviewed this publication and determined that it violates Division Operating Procedure 803.2 # 7. Therefore, I am disapproving possession of this publication, pending review by the Publication Review Committee.

Your publication will be forwarded to the Publication Review Committee and you will be notified of their decision.  At that time, if you are dissatisfied with the decision of the Publication Review Committee, you may appeal through the Offender Grievance Procedure.

If you wish to dispose of this publication, in accordance with Operating Procedure 802.1, *Offender Property*, instead of having it reviewed by the Publication Review Committee, you must notify me within seven days of how you want to dispose of it using the attached *Disapproved Publication Disposition and Waiver of Appeal*.  If you choose to dispose of the publication, you waive your right to appeal the decision to disapprove your possession of it.

cc:     File
cc:     Mail Room*

* (A copy of this letter will be attached to the publication and forwarded to the Publication Review Committee)

LF/sb

VIRGINIA DEPARTMENT OF CORRECTIONS                                    Effective Date: August 1, 2007
Notification of Publication Review Committee Disapproval          Operating Procedure #803.2  Attachment #2

# MEMORANDUM

**Red Onion State Prison**                                    **Warden: Tracy S. Ray**

TO:        Brown  Kelvin   207 02    D 313

FROM:    Major L. Fleming, Chief of Security

DATE:     8/19/2009

SUBJECT:   Publication Disapproval

Your publication <u>The Final Call</u>  <u>Vol 28 # 44</u>  has been received and I have reviewed this publication and determined that it violates Division Operating Procedure <u>803.2 # 7</u>. Therefore, I am disapproving possession of this publication, pending review by the Publication Review Committee.

Your publication will be forwarded to the Publication Review Committee and you will be notified of their decision.  At that time, if you are dissatisfied with the decision of the Publication Review Committee, you may appeal through the Offender Grievance Procedure.

If you wish to dispose of this publication, in accordance with Operating Procedure 802.1, *Offender Property*, instead of having it reviewed by the Publication Review Committee, you must notify me within seven days of how you want to dispose of it using the attached *Disapproved Publication Disposition and Waiver of Appeal*.  If you choose to dispose of the publication, you waive your right to appeal the decision to disapprove your possession of it.

cc:     File
cc:     Mail Room*

* (A copy of this letter will be attached to the publication and forwarded to the Publication Review Committee)

LF/sb

*Revision Date: 6/13/06*

VIRGINIA DEPARTMENT OF CORRECTIONS
Notification of Publication Review Committee Disapproval

Effective Date: August 1, 2007
Operating Procedure #803.2  Attachment #2

# MEMORANDUM

**Red Onion State Prison**                    **Warden: Tracy S. Ray**

TO:        Brown  Kelvin    207902    D 313

FROM:      Major L. Fleming, Chief of Security

DATE:      8/27/2009

SUBJECT:   Publication Disapproval

Your publication The Final Call  Vol 28 # 45  has been received and I have reviewed this publication and determined that it violates Division Operating Procedure 803.2 # 7. Therefore, I am disapproving possession of this publication, pending review by the Publication Review Committee.

Your publication will be forwarded to the Publication Review Committee and you will be notified of their decision.  At that time, if you are dissatisfied with the decision of the Publication Review Committee, you may appeal through the Offender Grievance Procedure.

If you wish to dispose of this publication, in accordance with Operating Procedure 802.1, *Offender Property*, instead of having it reviewed by the Publication Review Committee, you must notify me within seven days of how you want to dispose of it using the attached *Disapproved Publication Disposition and Waiver of Appeal*.  If you choose to dispose of the publication, you waive your right to appeal the decision to disapprove your possession of it.

cc:     File
cc:     Mail Room*

* (A copy of this letter will be attached to the publication and forwarded to the Publication Review Committee)

LF/sb

VIRGINIA DEPARTMENT OF CORRECTIONS                                          Effective Date: August 1, 2007
Notification of Publication Review Committee Disapproval              Operating Procedure #803.2  Attachment #2

# M          RANDUM

**Red Onion State Prison**                                    **Warden: Tracy S. Ray**

TO:        Brown  Kelvin   207902    D 3ι3

FROM:      Major L. Fleming, Chief of Security

DATE:      9/2/2009

SUBJECT:   Publication Disapproval

Your publication <u>The Final Call</u>  <u>Vol 28 # 46</u>  has been received and I have reviewed this
publication and determined that it violates Division Operating Procedure <u>803.2 # 7</u>.
Therefore, I am disapproving possession of this publication, pending review by the
Publication Review Committee.

Your publication will be forwarded to the Publication Review Committee and you will be
notified of their decision.  At that time, if you are dissatisfied with the decision of the
Publication Review Committee, you may appeal through the Offender Grievance
Procedure.

If you wish to dispose of this publication, in accordance with Operating Procedure 802.1,
*Offender Property*, instead of having it reviewed by the Publication Review Committee,
you must notify me within seven days of how you want to dispose of it using the attached
*Disapproved Publication Disposition and Waiver of Appeal*.  If you choose to dispose of
the publication, you waive your right to appeal the decision to disapprove your
possession of it.

cc:     File
cc:     Mail Room*

* (A copy of this letter will be attached to the publication and forwarded to the
Publication Review Committee)

LF/sb

*Revision Date: 6/13/06*