1)

Ledger

① On 03/11/09 - Wrote Major Fleming regarding reason/page of F.N.I. Call that violates policy

② On 3/12/09 - Wrote Inv. Adams regard problem w/ not receiving mail and magazine denial

③ On 3/12/09 - Wrote Property Control regarding reason/page of F.N.I. Call that violate policy.

④ On 3/12/09 - Filed Complaint Form regarding reason/page of F.N.I. Call that violates policy

⑤ On 3/16/09 Filed Complaint Form regarding Chaplain's neglect on getting back w/ me on this matter.

⑥ On 3/16/09 Filed Follow-up Request to Major Fleming seeking same information on 03/11/09 (what part/portion of F.C.N. violates Policy?)

⑦ On 3/16/09 Filed Request to Property Control, requesting same information asked for on 3/12/09

⑧ On 3/17/09 Filed Complaint regarding no reply from P.R.C. on my Mailroom (Feb. 2009 issue).

⑨ On 3/19/09, Submitted Follow-up Letter to Major Fleming, as it relate to letter on 3/11/09

⑩ On 3/19/09, Submitted Letter to Warden Tracy Ray regarding the denial of publications and not hearing from PRC /violate D.O.P. 802.2/ and I can't Appeal Grieve

⑪ On 3-20-09 Submitted Follow-up to Property Control, seeking same information as on 3/12/09.

⑫ On 3-20-09, Submitted Follow-up to Chaplain, regarding do he provide No-I. material and as to whether he had checked into why they're continuing to deny my publications.

⑬ On 3-20-09 - @ 2:10 p.m. - Spoke to Inv. Adams regarding why my publications are denied; he stated he would look into such. (He has contacted Mailroom; and he plans to review the publications to make a determination. He stated, he did get my correspondent and will respond.)

- Back -

2]

## Ledger

(14) On 3/23/09, Received complaint/Request back from Major Fleming Regarding issues.

(15) On 3/23/09, submitted Grievance Regarding Return complaints from Major Fleming.

(16) Spoke to Major Fleming on 04/03/09, Regarding the concerns with the paper; the concern was with articles that speaks about Blk/wht. issues; these are religious/philosophical issues, not matter of security - directly.

(17) On 3/30/09, Received two Final CARs - Vol 28 #22 & #23 - dated March 10th & 17th.

(18) On 04/03/09 - Submit complaint/Grievance Regarding matter wherein Chaplain Didn't Respond to my Requests/Complaint.

(19) On 1/15/09 - submitted Request Form to Chaplains Office, Requesting any and all (copy) of N.O.I. materials he may have.