DOCUMENTs TO SHow, I'VE dowe All
I Could to Result this mAtter.



VIRGINIA DEPARTMENT OF CORRECTIONS
RED ONION STATE PRISON
Inmate Request For Information/Service

**Implementation Memo for DOP# 866**
**Attachment #2**

# NMATE REQUEST FOR INFORMATION/SERVICE

**INSTRUCTIONS FOR FILING:** If you have a complaint that may result in a formal grievance, you must use the Informal Complaint Form. This form is to be used for requesting general information through specific departments. Please ensure that your topic coincides with the appropriate department.

**Please fill out form & send to (please check one below) and place in the institutional mail:**

| | | |
|---|---|---|
| ☐ Warden | ☐ DCE | ☐ Mailroom |
| ☐ Assistant Warden | ☐ Mental Health | ☐ Inmate Grievance Office |
| ☐ Major (security) | ☐ Medical | ☐ Safety Officer |
| ☐ Treatment/TPS | ☐ Food Service | ☐ Institutional Investigator |
| ☐ Operations Officer | ☐ Dentist | ☐ Buildings & Grounds |
| ☐ Business Office | ☐ Recreation Supervisor | ☐ Laundry _____ |
| ☐ Property Control | ☐ Inmate Records | ☐ Chaplain |
| ☐ Unit Manager, _____ Bldg. | ☐ Disciplinary Hearings Officer | ☐ Other _____ |

RECEIVED
JUN 1 0 2009
ROSP INVESTIGATOR

| K. BROXIN | | 207902 | D | 313 |
|---|---|---|---|---|
| **Inmate's Last Name** | **First Name** | **Number** | **Building** | **Cell Number** |

**PLEASE STATE YOUR QUESTION:** _____

MR. Adams, In Response to your Returned Request Form - back to me Regarding issue I wrote you about, you stated, P.R.C. is Final Say.

Well, before the P.R.C. Reviews the Publication, Major Fleming And/or his Liason makes a Preliminary decision to deny the Publication. Oftentimes, these decisions are Rendered without Just cause or supporting Facts, documentations, or evidence. This is where the problem starts. Prisoners are not provided the facts or documentations used to deny the Publications; only the Recital of a printed policy. (For this matter any and everything can be denied by authorities - with total disregard for a prisoners First Amendment Rights to Free Exercise of Religion and/or freedom to the press.) Those that sit on the P.R.C. are subordinate to Major Fleming, so they're less likely to Rule against him, thereby denying myself and others of Formal due process to a Fair and impartial

**Inmate's Signature:** K. Brown    **Date:** 06/08/69

**STAFF RESPONSE:** PRC does Not have to Answer to Any Major or Anyone other than the Regional Director when the Major sends anything to them it's there decision And he does not Question it — TA

**Respondent's Signature:** T. Adams    **Date:** 6-12-09

Revision Date: October, 2004

VIRGINIA DEPARTMENT OF CORRECTIONS
RED ONION STATE PRISON
Inmate Request For Information/Service

Implementation Memo for DOP# 866
Attachment #2

## INMATE REQUEST FOR INFORMATION/SERVICE

**INSTRUCTIONS FOR FILING:** If you have a complaint that may result in a formal grievance, you must use the Informal Complaint Form. This form is to be used for requesting general information through specific departments. Please ensure that your topic coincides with the appropriate department.

**Please fill out form & send to (please check one below) and place in the institutional mail:**

2 of 2

☐ Warden
☐ Assistant Warden
☐ Major (security)
☐ Treatment/TPS
☐ Operations Officer
☐ Business Office
☐ Property Control
☐ Unit Manager, _____ Bldg.

☐ DCE
☐ Mental Health
☐ Medical
☐ Food Service
☐ Dentist
☐ Recreation Program Dir.
☐ Inmate Records
☐ Disciplinary Hearings Officer

RECEIVED
JUN 1 0 2009
INST. INVESTIGATOR

☐ Mailroom
☐ Inmate Grievance Office
☐ Safety Officer
☑ Institutional Investigator
☐ Buildings & Grounds
☐ Laundry _____
☐ Chaplain
☐ Other _____

| Inmate's Last Name | First Name | Number | Building | Cell Number |
|---|---|---|---|---|
| K. BROWN | | 207902 | D | 313 |

PLEASE STATE YOUR QUESTION:

(cont.) REVIEW - based upon the FACTS, EVIDENCE and/or documentation - As cited in D.O.P. 803.2! MR. Adams, there are major violations taking place. Who is responsible to overlook these violations? I believe it's your office responsibility to "Investigate" these matter. (EVERYTHING isn't cock knick at R.O.S.P - there are numerous violations committed daily!) I believe your response - with all do respect - is a "dodge of responsibility." Who's willing to investigate the staff and/or officers? I'm sure, you're quick to do so upon prisoners. I am Firmly disappointed in your response.

Inmate's Signature: _K. Brown_    Date: 06/08/09

STAFF RESPONSE: _Answered on First page — TA_

Respondent's Signature: _____    Date: 6-12-09



VIRGINIA DEPARTMENT OF CORRECTIONS
RED ONION STATE PRISON
Inmate Request For Information/Service

Implementation Memo for DOP# 86
Attachment #

# INMATE REQUEST FOR INFORMATION/SERVICE

<u>**INSTRUCTIONS FOR FILING:**</u> If you have a complaint that may result in a formal grievance, you must use the Informal Complaint Form. This form is to be used for requesting general information through specific departments. Please ensure that your topic coincides with the appropriate department.

**Please fill out form & send to (please check one below) and place in the institutional mail:**

| | | |
|---|---|---|
| ☐ Warden | ☐ DCE | ☐ Mailroom |
| ☐ Assistant Warden | ☐ Mental Health | ☐ Inmate Grievance Office |
| ☐ Major (security) | ☐ Medical | ☐ Safety Officer |
| ☐ Treatment/TPS | ☐ Food Service | ☐ Institutional Investigator |
| ☐ Operations Officer | ☐ Dentist | ☐ Buildings & Grounds |
| ☐ Business Office | ☐ Recreation Supervisor | ☐ Laundry _____ |
| ☐ Property Control | ☐ Inmate Records | ☐ Chaplain |
| ☐ Unit Manager. _____ Bldg. | ☐ Disciplinary Hearings Officer | ☐ Other _____ |

**RECEIVED**
**JUN 0 5 2009**
**ROSP INVESTIGATOR**

| Inmate's Last Name | First Name | Number | Building | Cell Number |
|---|---|---|---|---|
| K. BROWN | | 207902 | D | 513 |

**PLEASE STATE YOUR QUESTION:** I, AGAIN, AM WRITING YOU IN REGARDS TO A MULTI-REQUEST FORM EXPRESSING MY CONCERNS ABOUT THE OUTRAGEOUS ABSURD ALLEGATIONS AND REASONS OF DENYING MY RELIGIOUS PUBLICATION. I'VE WRITTEN YOU ABOUT THIS IN THE PAST. YOU TOLD ME, YOU WOULD EXAMINE THE PUBLICATION YOURSELF. NEW CLAIMS, NOW, TO DENY THE PUBLICATION (THE FINAL CALL) IS THAT IT "PROMOTES" AND "ADVOCATE" TERRORISM AND VIOLENCE. MR. ADAMS THIS IS A BOLD FACE LIE AND VERY DISRESPECTFUL TOWARDS A RELIGIOUS COMMUNITY HAS DOES NOT HAVE A HISTORY OF VIOLENCE, HATE CRIME OR ASSOCIATED WITH TERRORISM; TERRORED SPONSOR-SHIP OR PROMOTING/ADVOCATING SUCH. (IF THIS WAS TRUE, I'M SURE THE F.B.I. C.I.A. AND HOMELAND SECURITY WOULD BE INVOLVED.) THE FACTS SHOW: THIS IS AN APPROVED PUBLICATION THROUGHOUT VA. D.O.C. AND THE SAME ISSUES THAT ARE DENIED TO ME, ARE BEING EXCEPTED AT OTHER INSTITUTIONS. MR. ADAMS THESE DENIALS ARE BOGUS, WITH-OUT MERIT AND I'M LED TO BELIEVE IT'S RELIGIOUSLY AND RACIALLY MOTIVATED. I, AGAIN, ASK THAT YOU INVESTIGATE THIS MATTER AND PLEASE RESPOND TO THIS REQUEST. THANK YOU.

Inmate's Signature: *K. Brown*          Date: 2009/JUNE 04th

**STAFF RESPONSE:** *The Publications Review Committy is the Final Say on Publications*

Respondent's Signature: _____          Date: 6-5-09

TO: INVEStigAtor : Adams     TO: Investzgafur : Adams

D3







VIRGINIA DEPARTMENT OF CORRECTIONS
RED ONION STATE PRISON
Inmate Request For Information/Service

Implementation Memo for DOP# 866
Attachment #2

# INMATE REQUEST FOR INFORMATION/SERVICE

**INSTRUCTIONS FOR FILING:** If you have a complaint that may result in a formal grievance, you must use the Informal Complaint Form. This form is to be used for requesting general information through specific departments. Please ensure that your topic coincides with the appropriate department.

**Please fill out form & send to (please check one below) and place in the institutional mail:**

| | | |
|---|---|---|
| ☐ Warden | ☐ DCE | ☑ Mailroom |
| ☐ Assistant Warden | ☐ Mental Health | ☐ Inmate Grievance Office |
| ☐ Major (security) | ☐ Medical | ☐ Safety Officer |
| ☐ Treatment/TPS | ☐ Food Service | ☐ Institutional Investigator |
| ☐ Operations Officer | ☐ Dentist | ☐ Buildings & Grounds |
| ☐ Business Office | ☐ Recreation Supervisor | ☐ Laundry _____ |
| ☐ Property Control | ☐ Inmate Records | ☐ Chaplain |
| ☐ Unit Manager, _____ Bldg. | ☐ Disciplinary Hearings | ☐ Other _____ |

*RECEIVED APR 30 2009 MAIL ROOM*

| K. BROWN | 207902 | D | 313 |
|---|---|---|---|
| **Inmate's Last Name** | **First Name** | **Number** | **Building** | **Cell Number** |

**PLEASE STATE YOUR QUESTION:** I did not Receive my Jet Magazine for the week of APR. 13-17, 2009; I also have not Received my Rolling Stones or ESPN Magazine for the same. Also In concern is my Vibe Magazine (may 2009 issue), my Ebony Magazine (may 2009), my maxim (may 2009) and my Final Call News-paper for the past 2 wks.

**Inmate's Signature:** K. Brown        **Date:** 04/22/09

**STAFF RESPONSE:** Mr. Brown - per records & law you received (2) Jet on 4/27/09. Rolling Stones 4/21/09 & ESPN - (2) on 4/21/09
Vibe - April issue disapproved; Maxim - May - disapproved
Final Call - April 7 - disapproved

**Respondent's Signature:** F. Stanley        **Date:** 4/30/09

**Red Onion State Prison**

# Memo



**To:**     K. Brown #207902

**From:**   Investigator T. Adams/tp

**Date:**   3/24/2009

**Re:**     Mail

---

Mr. Brown;

The mailroom processes all mail daily as it is received as per OP 803.1. Any publication that you have not received has been sent to the PRC for review as per 803.2 in which you have been notified. Attached is a copy of your current approved publication list that will show what has arrived for you in the past week.

The mailroom performs their duties in a professional and timely manner. If you require any type of verification of any mailing you have the choice of sending certified mail with return receipt at your expense.

1

Revised:3/24/2009

NMATE APPROVAL PUBLICATION LIST
RED ONION STATE PRISON

1 of 1

3/24/2009



| Number | NAME | PUBLICATIONS | EXP. | COMMENTS | Approved | Posted | Received |
|--------|------|--------------|------|----------|----------|--------|----------|
| | | | | | | | |

*Forwarded to Mail Room 3-20-09*

**RECEIVED**

**MAR 16 2009**

ROSP INVESTIGATOR

TO: MR. ADAMS, INVESTIGATOR

FROM: MR. K. BROWN # 207902 D/313

DATE: 03-12-09

I submit this letter to you REGARDING problems I'm hav-
ing sending out and receiving my mail.
First of all, I've sent out numerous legal letters and
upon being told by family/friends that they've sent
me mail, I haven't received such, niether have I
heard anything from the courts.
This problems with mail has also included repeated
denial of my Religious Publication (For which I received
for 12-13 consecutive weeks - in Aug. 2008 - Nov. 2008; now
denied since Nov. 2008 - for allege to violate 803.2 #12 -
Yet, others who receive this same publication is being
told, because the publication is in Arabic (B.S.) I've
received this publication for 14½ yrs., NEVER having one
issue denied me, until I arrived at R.O.S.P.) Also,
the volumes that's been denied (Vol. 28 #5 through
Vol. 28 #19), I've only receive notice from P.R.C.
on only one (Vol. 28 #5); I haven't heard anything
regarding the others.
This problem flows over to other publications I re-
ceive: "Rolling Stones" and "Maxim". Rolling Stones
is a premier famous music magazine (named after
the famous music band of the same name.) This
magazine advocates, and promotes music. Yet, my

RECEIVED

MAR 1 6 2009

ROSP INVESTIGATOR

Pg. 2

MAGAZINE IS DENIED FOR ALLEGE - THE MAGAZINE "ADVOCATES VIOLENCES, TERRORIST ACTIVITY, AND ATTACKS ON GOVERNMENT INSTITUTIONS". AGAIN, THAT'S B/S. IF THAT WAS THE CASE, NOT ONLY WOULD THIS PUBLICATION BEEN RE-PORTED to your OFFICE AND F.B.I., but ALSO the publisher WOULD HAVE BEEN CONSULTED by HOMELAND SECURITY. THIS CLAIM. "ADVOCATE" HAS BEEN ENTIRELY MISCONTRUED. PERSONALLY, I THINK SOMEONE IS TRYING to PAINT ME AS AN ADVOCACY OF TERRORIST VIEWS. THAT'S FAR FROM the TRUTH. YES, I'm A MUSLIM, but NOT A SUNNI, Nor SHIA'. I'm A MEMBER OF THE NATION OF ISLAM. EVERYONE KNOWS THE N.O.I.; its TEACHINGS; its PHILOSOPHY; AND GOALS/AIM. THE N.O.I., does NOT HAVE A history of VIOLENCE; TERRORIST ACTIVITY; NOT PLOTTING/PLANNING AGAINST GOVERNMENT INTEREST, so THAT ATTEMPT IS WITH-OUT MERIT. (NEITHER do I HAVE AN INSTITUTIONAL RE-CORD THAT SUGGEST THAT I PARTAKE IN SUCH ACTIVITY OR IDEALOGY.)

MOREOVER, my MEN'S MAGAZINE "MAXIM" WAS DENIED because of CLAIMS, it could be detrimental to SECURITY OR THE ORDERLY OPERATIONS" AGAIN, this IS Fruitless CLAIMS. (I HAVEN'T HEARD Anything FROM P.R.C.)

I AM ASKING you; HAS my NAME BEEN ADDED to SOME LIST to HAVE my MAIL DENIED, CONFISCATED, And/or CENSORED? This IS A problem! I do understand, there's Rules, Regulations, And polices

PG. 3

to protect, both, the interest of the state and the
prisoner; however, it clearly appears - in this case-
the prisoner is being violated; As I Relate to
D.O.P. 803.2 And 803.1.

I have Filed complaints (grievances - All being barred
And ignored - Cronyism is in Full effect. I have
Consulted the Major Fleming (who hasn't been
truthfully And Abiding by policies) And Mailroom
Supervisor; Ms. Pease (who's an agent for Major
Fleming). I don't know what more to do, even
though I do understand I have a liberty interest
of the First Amendment.

I humbly Ask, can you please look into this matter;
Especially, me not Receiving legal mail or my
legal mail not Reaching the Courts. (And the
bogus claims to deny my Religious Publication and maga-
zines).

If you need more information, please contact me,
or come by my cell.

Thank you, And I look forward to hearing from you.


Truly Yours,

M. K. Brown

RECEIVED

MAR 1 6 2009

ROSP INVESTIGATOR



VIRGINIA DEPARTMENT OF CORRECTIONS
RED ONION STATE PRISON
Inmate Request For Information/Service

Implementation Memo for DOP# 866
Attachment #2

# INMATE REQUEST FOR INFORMATION/SERVICE

**INSTRUCTIONS FOR FILING:** If you have a complaint that may result in a formal grievance, you must use the Informal Complaint Form. This form is to be used for requesting general information through specific departments. Please ensure that your topic coincides with the appropriate department.

## Please fill out form & send to (please check one below) and place in the institutional mail:

- ☐ Warden
- ☐ Assistant Warden
- ☐ Major (security)
- ☐ Treatment/TPS
- ☐ Operations Officer
- ☐ Business Office
- ☐ Property Control
- ☐ Unit Manager, _____ Bldg.

- ☐ DCE
- ☐ Mental Health
- ☐ Medical
- ☐ Food Service
- ☐ Dentist
- ☐ R... ...pervisor
- ☐ ... ...ings Officer

- ☐ Mailroom
- ☐ Inmate Grievance Office
- ☐ Safety Officer
- ☐ Institutional Investigator
- ☐ Buildings & Grounds
- ☐ Laundry _____
- ☐ Chaplain
- ☐ Other _____

RECEIVED MAR 2 0 2009 ROSP Major

**Inmate's Last Name:** MR. K. BROWN  **First Name:**  **Number:** 20/902  **Building:**  **Cell Number:**

**PLEASE STATE YOUR QUESTION:**

I AM submitting this Following-up Request, Regarding a Letter I sent to you wherein I sought information in conjunction with D.O.P. 863.2 (G)(5)(A); seeking to know what part/portion of my Repeatedly denied Religious Publication: THE Final Call Newspaper - violates policy

I asked for the information, as it is listed on "Disapproved Publication Log"- to include: Name of Publication; date Received; volume/issue/date; page number(s); and paragraph(s).

All Publications that have been denied to me (vol. 28 #5 - through vol. 28 #26), I have not been told what part/portion (page (paragraph) violates policy.

Please respond.
THANK you.

**Inmate's Signature:** K. Brown  **Date:** 03/19/09

**STAFF RESPONSE:** Per the Policy, This information is provided to the Publication Review Committee, not you. I sent you the letter that you are required to get. It list what section of Policy this violates.

**Respondent's Signature:**  **Date:** 3/20/09

*Revision Date: October, 2004*

20490



VIRGINIA DEPARTMENT OF CORRECTIONS
RED ONION STATE PRISON
Inmate Request For Information/Service

Implementation Memo for DOP# 866
Attachment #2

## INMATE REQUEST FOR INFORMATION/SERVICE

**INSTRUCTIONS FOR FILING:** If you have a complaint that may result in a formal grievance, you must use the Informal Complaint Form. This form is to be used for requesting general information through specific departments. Please ensure that your topic coincides with the appropriate department.

**Please fill out form & send to (please check one below) and place in the institutional mail:**

| | | |
|---|---|---|
| ☐ Warden | ☐ DCE | ☐ Mailroom |
| ☐ Assistant Warden | ☐ Mental Health | ☐ Inmate Grievance Office |
| ☑ Major (security) FLEMING | ☐ Medical | ☐ Safety Officer |
| ☐ Treatment/TPS | ☐ Food Service | ☐ Institutional Investigator |
| ☐ Operations Officer | ☐ Dentist | ☐ Buildings & Grounds |
| ☐ Business Office | ☐ Recreation Supervisor | ☐ Laundry _____ |
| ☐ Property Control | ☐ Inmate Records | ☐ Chaplain |
| ☐ Unit Manager, _____ Bldg. | ☐ Disciplinary Hearings Officer | ☐ Other _____ |

*(stamp)* RECEIVED MAR 1 7 2009 ROSP Major

| K. BROWN | 207902 | ~~████████~~ | |
|---|---|---|---|
| **Inmate's Last Name** | **First Name** | **Number** | **Building** | **Cell Number** |

**PLEASE STATE YOUR QUESTION:**

SIR, I AM submitting this follow-up Request to a letter I submitted to your office - over a week ago - inquiring about - what part/portion of my Religious Publication (THE FINAL CALL NEWSpaper - Vol. 28 # 5 through Vol. 28 # 19) that violate D.O.P. 803.2 #12.     I Requested this matter, in conjunction with D.O.P. 803.2 G (5)(A): Attachment # 1 - "Disapproved Publication log", listing the date Received; issue/volume/date; page number(s); and paragraph(s).

As of this day, I have not heard from or about Final Call Newspaper vol. 28 # 6 through Vol. 28 # 19. I have not Received notice from P.R.C. Regarding their decision. This has dated back to Dec. 2, 2008 - And currently denying me due process to grieve and/or appeal these matters. (This fact Remains true for this Magazine taking from - "Rolling Stone" Feb. 2009 And Maxim" Feb. 2009 issue. Again, policy is being violated with your name on it, yet, you are Chief of Security, and of upholding policy, Rule, and Regulations.

I ask that you please Respond to this matter, finely

Inmate's Signature: *K. Brown*    Date: 03/16/09

**STAFF RESPONSE:** MR Brown, I have Recvd This complaint and the freedom. This Procedure has been followed. The P.R.C. has Responded to you concerning Rolling's 5/6/ 7,8, 9. We are waiting on the answer of the Remaining

Respondent's Signature: *(signature)*    Date: 3/18/05

**Red Onion State Prison**

# Memo

| | |
|---|---|
| **To:** | **K. Brown #207902** |
| **From:** | **Major L. Fleming** |
| **CC:** | **File** |
| **Date:** | **3/19/2009** |
| **Re:** | **Letter of Concern Dated March 09, 2009** |

**K. Brown,**

    **I have read and reviewed the attached letter.**

**1. The Publication review committee has notified you on issues 5,6,7,8 & 9. We have sent the other disapproved issues to PRC and are waiting on there notification to us on whether they have approved or disapproved the issues.**

**2. You have requested that we tell you what actually violates the policy. Per OP 803.2 we send you a memo and it tells you what section of the policy that the publication violates.**

1

TO: MAJOR L. FLEMING; CHIEF OF SECURITY
FROM: MR. KELVIN BROWN #207902 D/313
DATE: MARCH 09, 2009
         RE: LETTER OF CONCERN

**RECEIVED**
MAR 1 2 2009
**ROSP**
**Major**

I submit this LETTER OF CONCERN to you REGARDING
the REPEATED denial of my RELIGIOUS publication; to
wit: "THE FINAL CALL NEWSPAPER;" the FAILURE of
the PUBLICATION REVIEW COMMITTEE to NOTIFY ME
OF THEIR DECISION ON NUMEROUS ISSUES OF this
publication - dating back to DECEMBER 2, 2008; And
that the publisher has stated, they HAVE NOT BEEN
NOTIFIED OF ANY ISSUES OF this publication BEING
denied; And my NEED to Know what part of the
publication VIOLATES D.O.P. 803.2 #12.

STARTING IN NOV. 2008, AFTER RECEIVING the FINAL
CALL NEWSPAPER FOR 12-13 CONSECUTIVE WEEKS, I WAS
NOTIFIED this publication NOW VIOLATES D.O.P. 803.
2 #12. I WAS FIRST NOTIFIED AFTER INQUIR-
ING About why I WASN'T RECEIVING MY PAPERS.
FIRST NOTIFICATION FROM your OFFICE came on/about
DEC. 2, 2008 - WHEREIN NUMEROUS ISSUES WERE CITED
AS VIOLATING POLICY. SINCE NOV. 2008, MORE THAN
14-16 ISSUES HAVE BEEN denied; ALLEGING the
SAME VIOLATION.

-BACK-

PG. 2

IN the time since Dec. 2, 2008, I have only been notified of only one issue that the P.R.C. has disapproved - (Vol. 28 No. 5), though numerous have been denied by your office. It's been more than four months since I've heard anything regarding volumes, No. - Vol. 28 # 6 through Vol. 28 # 18 and Vol. 28 # 19. According to D.O.P. 803.2, I should have been notified within ten (10) days of the decision to deny, and the local P.R.C. has at least 90 days (meets quarterly) to notify me of their decision. This has not happen in this matter.

Not only has the local P.R.C. - or person(s) making decision to deny publications. Failed to notify me via "Publication Review Committee Disapproval Form" - Attachment # 2" but also, has failed to notify Publisher (THE FINAL CALL NEWSPAPER, INC.) - via "Notification to Publisher of Publication Disapproval" - Attachment # 5" (This was made known to my family member and minister on February 17, 2009.)

Sir, I have repeatedly appealed to you, inquiring, "In what true fashion does this publication violate D.O.P. 803.2 #12. I've written you regarding this matter, and I've spoken to you verbally. In all regards, you have utterly ignored my solicitation.

I hereby, again, request this information - in accord with D.O.P. 803.2 G (5)(A) - "wherein it states; "MAKE A complete written record of the

PG. 3

REASON(S) FOR DISAPPROVING the PUBLICATION INCLUDING SPECIFIC PAGE NUMBER, A NOTATION DESCRIBING the DIS-APPROVED MATERIAL AND the APPLICABLE PARAGRAPH NUMBER(S) OF SPECIFIC CRITERIA FOR PUBLICATION DIS-APPROVAL on the DISAPPROVED PUBLICATION LOG, AND FOR-WARD the PUBLICATION AND the LOG to the PUBLICATION REVIEW COMMITTEE."

ON EACH OF THE FINAL CALL NEWSPAPERS (VOL. 28 #6 - through VOL. 28 #19), I AM REQUESTING what, IN PARTICULAR, VIOLATES D.O.P. 803.2 #12; AS IT RELATES to D.O.P. 803.2 ATTACHMENT #1: NAME; DATE/RECEIVED; PUBLICATION; VOLUME/ISSUE/DATE; REASON FOR DISAPPROVAL; AND PAGE NUMBER (ALONG WITH PARAGRAPH). NO WHERE, IN ANY NOTIFICATION HAVE I BEEN INFORMED IN WHAT PART/PORTION OF THE PUBLICATION VIOLATES D.O.P. 803.2 #12 (NOTE: THE SAME APPLY'S to A "ROLLING STONE" MAGA-ZINE (NOV. 2008/ISSUE 1065), AND "MAXIM" MAGAZINE (FEB 2009 - VIOLATING D.O.P. 803.2 #7); AND "ROLLING STONE" MAZAGINE (FEB 2009).

I CONCLUDE BY STATING, I HUMBLY REQUEST this INFORMATION IN ACCORD WITH RULES, REGULATIONS AND POLIC-IES OUTLINED IN D.O.P. 803.2 (G)(5)(A). I ASK that you UPHOLD YOUR RESPONSIBILITY, AS A SWORN AGENT OF the GOVERNMENT AND STATE OF VIRGINIA.

-BACK-

g. 4                                          D-313

I thANk you, And LooK FoRward to hEARing FroM you in the NEAR of days.


RespectFully,

Mr. Kelvin Brown

# INMATE REQUEST FOR INFORMATION/SERVICE

**INSTRUCTIONS FOR FILING:** If you have a complaint that may result in a formal grievance, you must use the Informal Complaint Form. This form is to be used for requesting general information through specific departments. Please ensure that your topic coincides with the appropriate department.

**Please fill out form & send to (please check one below) and place in the institutional mail:**

| | | |
|---|---|---|
| ☐ Warden | ☐ DCE | ☑ Mailroom |
| ☐ Assistant Warden | ☐ Mental Health | ☐ Inmate Grievance Office |
| ☐ Major (security) | ☐ Medical | ☐ Safety Officer |
| ☐ Treatment/TPS | ☐ Food Service | ☐ Institutional Investigator |
| ☐ Operations Officer | ☐ Dentist | ☐ Buildings & Grounds |
| ☐ Business Office | ☐ Recreation Supervisor | ☐ Laundry _____ |
| ☐ Property Control | ☐ Inmate Records | ☐ Chaplain |
| ☐ Unit Manager _____ Bldg. | ☐ Disciplinary Hearings Officer | ☐ Other _____ |

| | | | |
|---|---|---|---|
| K. BROWN | 207902 | D | 3/3 |
| **Inmate's Last Name    First Name** | **Number** | **Building** | **Cell Number** |

**PLEASE STATE YOUR QUESTION:** IN ACCORDANCE WITH D.O.P 803.2 G(5)(A), I AM SEEKING TO KNOW - FOR WHAT REASON MY BELZEBUS PUBLICATION - THE FINAL CALL NEWSPAPER - IS BEING REPEATEDLY DENIED; AFTER RECEIVING IT FOR 12-13 CONSECUTIVE WEEKS?

THIS should include NAME; date RECEIVED; Publication; Volume/Issue/date; REASON FOR disapproval; PAGE NUMBER(S); PARAGRAPH. As should be listed on "DISAPProved Publication Log - ATTACHMENT #4" I'VE NEVER been told what EXACT part/portion violate policy. THANK YOU - AND PLEASE RESPOND

**Inmate's Signature:** K. Brown    **Date:** 03/10/09

**STAFF RESPONSE:** To my knowledge Mr. Brown this would be something you will have to ask the PRC.

RECEIVED
MAR 11 2009
ROSP
Mailroom

**Respondent's Signature:** J. Pease    **Date:** 3-11-09

*Revision Date: October, 2004*



# COMMONWEALTH of VIRGINIA

GENE JOHNSON
DIRECTOR

*Department of Corrections*

P. O. BOX 26963
RICHMOND, VIRGINIA 23261
(804) 674-3000

February 23, 2009

Mr. Shaheed Omar
1219 Loudon Ave NW
Roanoke, VA 24017-5735

Dear Mr. Omar:

We are in receipt of your letter of concern dated February 12, 2009. In your letter you questioned the banning of *The Final Call* newsletter. As publications are received into the Department of Corrections, they are reviewed to determine if they violate provisions set forth in Operating Procedure 803.2, Incoming Publications. Those publications that are determined to violate this policy are disapproved at the facility and the material is forwarded to the Publication Review Committee for review. The offender is also notified at the time that the material is being sent to the Publication Review Committee. All materials are reviewed on an individual basis as they are received at the facility. A review of materials sent to the Publication Review Committee indicates that the facilities denoted in your letter are not the only facilities that have sent *The Final Call* to the committee for review.

In addition to the offender's right to file a grievance in regard to the banning of publications, the publisher may also file a grievance. From review of your letter, it does not appear that you are the publisher of this material. Furthermore, your letter contains numerous slanderous allegations and threatening statements. I can assure you that the material was reviewed and disapproved based upon criteria cited in 803.2 and not racially motivated as you claim.

Sincerely,

B Wright

Ben Wright, Chairman
Publications Review Committee

Cc:     J. Jabe, Deputy Director
        W. P. Rogers, Asst. Deputy Director

 VIRGINIA DEPARTMENT OF CORRECTIONS
RED ONION STATE PRISON
Inmate Request For Information/Service

Implementation Memo for Compliance 
FEB 17 2009
Deputy Director, Operations

# INMATE REQUEST FOR INFORMATION/SERVICE

**INSTRUCTIONS FOR FILING:** If you have a complaint that may result in a formal grievance, you must use the Informal Complaint Form. This form is to be used for requesting general information through specific departments. Please ensure that your topic coincides with the appropriate department.

**Please fill out form & send to (please check one below) and place in the institutional mail:**

| | | |
|---|---|---|
| ☐ Warden | ☐ DCE | ☐ Mailroom |
| ☐ Assistant Warden | ☐ Mental Health | ☐ Inmate Grievance Office |
| ☑ Major (security) FLEMING | ☐ Medical | ☐ Safety Officer |
| ☐ Treatment/TPS | ☐ Food Service | ☐ Institutional Investigator |
| ☐ Operations Officer | ☐ Dentist | ☐ Buildings & Grounds |
| ☐ Business Office | ☐ Recreation Supervisor | ☐ Laundry _____ |
| ☐ Property Control | ☐ Inmate Records | ☐ Chaplain |
| ☐ Unit Manager, _____ Bldg. | ☐ Disciplinary Hearings Officer | ☐ Other _____ |

RECEIVED
DEC 0 5 2008
ROSP
Major

| MR. K. BROWN | 207902 | D | 3/3 |
|---|---|---|---|
| **Inmate's Last Name** | **First Name** **Number** | **Building** | **Cell Number** |

**PLEASE STATE YOUR QUESTION:** I filed numerous requests to the mailroom, inquiring, all the month of Nov. 2008 - why I wasn't receiving my papers. First I was told, no paper has arrived. Then on 12/03/08, I was told, I received a paper on Nov. 18 2008. I responded back to the mailroom, I did not receive a paper on Nov. 18 2008. Then Ms. Pease - mailroom- responded on ~~did~~ 12/03/08, that my paper dated 11/11/08 and 11/18/08 was denied by you. (For what, I do not know.)

To this day, sum 2½ wks. later, I've yet to receive any notification that my mail was denied. This violates Operating Procedure 803.1 Attachment #2. (I've been receiving this publication for 14 yrs. I've never had one dis- approved. This is a religious orientated newspaper and it should not, does not, and has not promoted or published anything that should cause it to be disapproved. Why did you dis-approve my paper? Please Respond.

Inmate's Signature: _____    Date: 12/03/08

**STAFF RESPONSE:** _____

**RECEIVED**
FEB 18 2009
Ombudsman Services Unit

| Respondent's Signature: | Date: |
|---|---|

*Revision Date:  October, 2004*



VIRGINIA DEPARTMENT OF CORRECTIONS
RED ONION STATE PRISON
Inmate Request For Information/Service

**RECEIVED**
FEB 1 7 2009
Deputy Director, Operations

Implementation Memo for DOP# 866
Attachment #2

# INMATE REQUEST FOR INFORMATION/SERVICE

<u>**INSTRUCTIONS FOR FILING:**</u>  If you have a complaint that may result in a formal grievance, you must use the Informal Complaint Form. This form is to be used for requesting general information through specific departments.  Please ensure that your topic coincides with the appropriate department.

**Please fill out form & send to (please check one below) and place in the institutional mail:**

| | | |
|---|---|---|
| ☐ Warden | ☐ DCE | ⊠ Mailroom |
| ☐ Assistant Warden | ☐ Mental Health | ☐ Inmate Grievance Office |
| ☐ Major (security) | ☐ Med | ☐ Safety Officer |
| ☐ Treatment/TPS | ☐ Foo | ☐ Institutional Investigator |
| ☐ Operations Officer | ☐ De | ☐ Buildings & Grounds |
| ☐ Business Office | ☐ Re____ervisor | ☐ Laundry _____ |
| ☐ Property Control | ☐ Inm____ds | ☐ Chaplain |
| ☐ Unit Manager, _____ Bldg. | ☐ Disci____arings Officer | ☐ Other _____ |

| K. BROWN | 2__ 7902 | D | 313 |
|---|---|---|---|
| Inmate's Last Name    First Name | Number | Building | Cell Number |

**PLEASE STATE YOUR QUESTION:** I have not received my Final Call Newspaper since the 1st week of December the issues of Dec. 11, 28, + 25th were denied.

I still have not received my papers for the weeks of Dec. 1st–5th and Dec. 8–12th

My family did call publisher, stated papers are being mailed. My publications have not been banded therefore, I should still be receiving my papers, and/or receiving notice that there being denied.

P.S. Its ashame whats taking place.

**RECEIVED**
FEB 18 2009
Ombudsman Services Unit

Please Respond
Thank You

Inmate's Signature: _K Brown_    Date: _12/15/08_

**STAFF RESPONSE:**

Mr. Brown:

The Dec 2 + Dec 9 issues has been disapproved by the major. You will receive your notice from personal property.

**RECEIVED**
DEC 1 9 2008
ROSP
Mailroom

Respondent's Signature: _J Pease_    Date: _12-19-08_



# COMMONWEALTH of VIRGINIA

GENE M. JOHNSON
DIRECTOR

*Department of Corrections*

P. O. BOX 26963
RICHMOND, VIRGINIA 23261
(804) 674-3000

Ombudsman Services Unit

February 4, 2009

Mr. K. Brown, #207902
Red Onion State Prison
P.O. Box 1900
Pound, VA 24279

Dear Mr. Brown:

I am in receipt of your correspondence sent to the Publication Review Committee. Your information has been forward to this office for review and handling.

A review of the grievance log revealed that you have filed a grievance pertaining to your publication being denied. Grievance log #620-29039 was received at Level I on 1/13/09. A response to your concerns will be addressed during the grievance process.

I trust that this issue will be of assistance.

Sincerely,

G. Robinson, Manager
Ombudsman Services Unit

cc: file

MR. KELVIN BROWN #207902
RED ONION STATE PRISON D/313
P.O. BOX 1900
POUND, VIRGINIA 24279


PUBLICATION REVIEW COMMITTEE
P.O. BOX 26963
RICHMOND, VIRGINIA 23261-6963


JANUARY 29, 2009

**RECEIVED**

FEB 0 4 2009

**Ombudsman Services Unit**

DEAR P.R.C;

MAY this LETTER OF CONCERN FIND each of you
WELL AND SAFE.

I submit this LETTER OF CONCERN to you RE-
gARDING the REPEATED DENIAL of my RELIGIOUS
PUBLICATIONS, HERE At RED ONION STATE PRISON.

I ARRIVED, HERE At R.O.S.P. IN JUNE 2008. Afte
CLEARING the PROPER PAPERWORK AND Address
CHANGE with PUBLISHER, I WAS APPROVED by
R.O.S.P. to RECEIVE THE FINAL CALL NEWS-
PAPER. IN August 2008.


- BACK -

PG. 2

AFTER RECEIVING this publication, HERE At R.O.S.P, FOR OVER 12-13 WEEKS, I WAS told the second WEEK OF NOV. 2008, that the publication NOW VIOATES D.O.P. 803.2 #12. I RESEARCHED this ALLEGATION, ANd FOUND NO VALIDITY to this claim.

This publication, I'VE been RECEIVING IN the VA. D.O.C. FOR OVER 14½ yRS, NEVER hAVING ONE ISSUE DENIED. This publication does NOT tEACH, ADVOCATE, promote OR IN ANY WAY ADVISE gANG ACtIVITY, tERRORIST ACtIVITY, VIOLENCE, CIVIL UN-REST. I does NOT CONtRIbUTE to NOR ENCOURAGE dISORDER / dISObEDIENCE to pRISON RULES, AUthORITY OR REGULATIONS.

IN FACT, this publication does tEACH - posse-ssing co INTENT - pROMOTE ANd ADVOCATE good MAN-NERS, obEy God, EXCEPTING RESPONSIbILIty, bEING good pARENTS, Abiding by ANd hONORING the LAWS of this GREAT NATION of AMERICA.

This publication hAS NOT bEEN LINKED to oR A FOUNDING CONtRIbUTOR OF ANY RIOTS, ASSAULts, ESCAPES, dISORDER OR ANY other UNCIVIL Act WITHIN R.O.S.P. OR VA. D.O.C. { MINd you - this publication hAS bEEN COMING INTO the VA. D.O.C. FOR MANY MANY YEARS, ANd IS AN APPROVED publication - pER P.R.C. IN Richmond's

RECEIVED
FEB 0 4 2009
Ombudsman Services Unit

PG. 3

I AM NOT A GANG MEMBER! I do not teach, Advocate, promote nor advise violence or civil dis- obedience. Though I am at R.O.S.P., I've only had one infraction in approximately 10 yrs. The current charge that placed me at R.O.S.P. did not imply any violence, weapons, threats, contacts, injuries, physical Restraints, nor was there ever a stand-off that wantoned a demain from or to security or administration. (I was accused of closing a door on a counselor.) I state the above to Justify my position. I am not a pro- blematic OFFENDER!

I submit this matter to your office be- cause, treatment at R.O.S.P. is unfair and deny's me the Right to practice my Religion. This prison does not provide Islamic materials, an Imam, nor any nation of Islam material. I've received this papers 12-13 weeks prior to this claim in Nov. 2008. (No evidence exist that suggest this publication or its content is "detrimental to the security, good order, discipline of the facility, or offenders Rehabilitation (tive efforts or the safety or health of offenders, staff, or others." There's no data/intelligence that exist, via investigator's office, of a future Riot, escape, Attack, Assault or any other disobedient or uncivil act.

- BACK -

Pg. 4

D.O.P. 803.2 does state, "A publication should be disapproved IF it can be documented...." No evidence exist that proves or suggest that it poses a threat to the institution; offenders', staff; or others.

I close by asking you to address this matter. This publication is a Religious publication, and has been previously approved by P.R.C. - in Richmond. (I could understand if one issue was denied, but every issue is being denied - repeatedly for over 14 weeks - it's a weekly publication). This treatment is unfair and claims are unfounded.

I look forward to hearing from you in the near of days.


Very Truly Yours

Mr. Kelvin Brown



# COMMONWEALTH of VIRGINIA

GENE M. JOHNSON
DIRECTOR

*Department of Corrections*

P. O. BOX 26963
RICHMOND, VIRGINIA 23261
(804) 674-3000

Ombudsman Services Unit

February 2, 2009

Mr. K. Brown, #207902
Red Onion State Prison
P.O. Box 970
Pound, VA 24279

Dear Mr. Brown:

I am in receipt of your correspondence. During a review of your correspondence and the grievance log, I did not find any evidence that your issue has been processed through the institutional level of the Grievance Procedure.

Please understand that the Grievance Procedure does not provide for a review of issues at this level that were not properly processed at the Unit Level and/or Regional Level. **If you are still within the 30-day time frame for filing a grievance, you may wish to utilize the Grievance Procedure as outlined in Operating Procedure 866.1.**

The procedure requires that you attempt to resolve your complaint informally prior to submitting a grievance. If you are not satisfied with the informal attempt to have your complaint resolved, then you may utilize the formal Grievance Procedure to have your complaint addressed. This formal grievance must be processed at the unit level. If you are not satisfied with the response that you receive on your grievance, you may appeal it to the next level of appeal that is available to you.

I encourage you to follow the guidelines set forth in Operating Procedure 866.1 to address your concerns.

Sincerely,

G. Robinson, Manager
Ombudsman Services Unit

cc: File

MR. KELVIN BROWN #207902
RED ONION STATE PRISON D/313
P.O. BOX 1900
POUND, VIRGINIA 24279


CHIEF OF OPERATIONS
PUBLICATION REVIEW COMMITTEE
P.O. BOX 26963
RICHMOND, VIRGINIA 23261-6963

RECEIVED
FEB 02 2009
Ombudsman Services Unit

JAN. 19, 2009


TO WHOM IT MAY CONCERN:

I AM SUBMITTING THIS LETTER OF COMPLAINT TO
YOU REGARDING DENIAL OF MY PUBLICATION(S)
(THE FINAL CALL NEWSPAPER) THAT I RECEIVE AT
RED ONION STATE PRISON (R.O.S.P.)
I'VE BEEN AT R.O.S.P. SINCE JUNE 2008. I
STARTED RECEIVING "THE FINAL CALL NEWSPAPER"
IN AUGUST 2008; AFTER COMPLETING AN ADDRESS
CHANGE WITH PUBLISHER AND CLEARING APPROVAL
WITH R.O.S.P. PROPERTY DEPARTMENT. AFTER
RECEIVING THIS PUBLICATION, WEEKLY, FOR APPROXI-
MATELY 12-13 ISSUES, IN NOVEMBER 2008, I WAS
DENIED FINAL CALL VOL.28. No.5 (AND EVERY ISSUE
-BACK-

PG. 2

thereafter.

This is an approved publication by Publication Review Committee - per Richmond. I've received this publication for over 14 years, never having one issue denied. Red Onion's Major; MR. L. Fleming, alleged, this publication violates D.O.P 803.2 #12. After 28 or so days, on December 2, 2008, I was notified, my publication has been denied (I'm now being denied every issue, after receiving 12-13 issues while at R.O.S.P.).

Major Fleming offered no "Reasonably documentation" or evidence that suggest, proves or otherwise verify that this publication (and it's content) has in the past, currently or that it poses a threat in the future to the orderly operations, safety or health of R.O.S.P, it's staff, population, or others. This is a Religious publication (Islamic) that does not, in no way form or fashion advocate, promote, teaching, or advise terrorist activity, gang activity, lawlessness, violence, and/or insurrection or disobedience to laws and law enforcement. To the opposite, this publication (and it's content) teach, advocate, and promotes self-responsibility, respect for others, manliness, and obedience to the laws of this great nation. It condemns gang activity, terrorism, and all forms of civil-unrest.

FEB 02 2009
Ombudsman Services Unit

PG 3

Though, one issue (vol. 28 no. 5) has been denied, currently, every weekly issue that comes through the mail to me has been denied. Major Fleming has treated this publication, since Nov. 2008, as a "banned publication" (mind you, I've been receiving this publication from Aug. 2008 - Nov. 2008, without incident). Again, no evidence exist that suggest that this publication violates 803.2 #12, there's been no past incidents, nor has been there any data/intelligence that evidence - via institution investigator Mr. Adams - that states that this publication (and its content) is the reason for a future attack, riot, escape, or disorder. There has been no institutional infraction written, based upon this publication (and its contents); whether it's an assault, flooding, disobeying a direct order, tampering with security device, etc. Nothing; no evidence (evidences) exist that suggest this publication "could" poses a threat to the security of R.O.S.P, it's safety or health of its staff, offenders, or others. (This is a Religious publication and doesn't teach violence.)

I am of the belief, this is Racially and Religiously motivated; to deny my Religious publication. One, the Chaplain Department at R.O.S.P, does not provide or offer Nation of Islam literature; no Holy Quran's, let alone basic Islamic literature Secondly, there's a high level of Racial bigotry at R.O.S.P, that suggest, this is done in the wake of mass Islamic phobia that propropagated through the media,

- BACK -

PG. 4

AND SERVED DOWN THROUGH POLICIES AND PRACTICES WITHIN the D.O.C., ESPECIALLY, HERE AT R.O.S.P. AGAIN, NO EVIDENCE EXIST THAT SUGGEST THAT THIS PUBLICATION (AND IT'S CONTENT) IS "MATERIAL WHOSE CONTENT COULD BE DETRIMENTAL to the SECURITY, GOOD OR ORDER, DISCIPLINE OF THE FACILITY, OR OFFENDER REHABILITATIVE EFFORTS OR THE SAFETY OR HEALTH OF OFFENDERS, STAFF, OR OTHERS (MAJOR FLEMING HAS OFFERED NO "REASONABLY DOCUMENTS" THAT SUGGEST THIS PUBLICATION POSES A THREAT to the ABOVE.) MAJOR FLEMING SHOULD NOT be LEFT WITH THE ARBITRARY DUTY OF DENYING PUBLICATION JUST BECAUSE HE MAY NOT PERSONALLY AGREE WITH IT'S DOGMA, DOCTRINE, PHILOSOPHY AND/OR RELIGIOUS VIEWS.

I AM NOT A CHRISTIAN, HOWEVER, THIS DOESN'T JUSTIFY ME MISTREATING OR ABUSING THE RIGHTS OF those THAT ARE.

SIR, I AM NOT A PROBLEM OFFENDER. THOUGH I AM AT R.O.S.P., I WAS SENT HERE FOR ONE CHARGE - ALLEGE TO HAVE CLOSED THE DOOR ON A COUNSELOR BACK IN MAY 2008. NO VIOLENCE, NO WEAPONS, NO ASSAULTS, NO CONTACTS, NO INSTITUTIONAL DISORDER OR DISRUPTION. THIS WAS MY FIRST INFRACTION IN APPROXIMATELY 9 YRS. I do NOT CAUSE TROUBLE AT R.O.S.P. MY RECORD SHOWS, I'VE MADE GREAT IMPROVEMENTS. THIS IS A CONTRIBUTING FACTOR OF THIS PUBLICATION - THE FINAL CALL NEWSPAPER.

Final Call Newspaper

JUN 02 2009

RECEIVED

PG 5.

I close by say and Requesting; this publica-
tion, since being permitted to enter the D.O.C. -
in the late 1980 - has never been at the meat of
a Riot, gang activity, assault, escape, civil unrest,
or a direct disrespect of the governing rules, polic-
ies, and regulations of that which is of the D.O.C.
Though many may not personal embrace the tenants
or teachings of the Nation of Islam, one must personal
Agree, since the birth of the N.O.I. in the 1930's,
we've been a respectful group of people who've strived
to clean our lives up, abandon drugs, Alcohol, violence, crime
and have embraced love of self, God, our fellow man, and
have become clean Law-Abiding citizens - respecting
the laws that make the land of America great. This
is the teaching of The Nation of Islam. We've never
been Apart of, or Aken to any Alleged gang - activity,
terrorist activity or civil-unrest. That's not what
we're taught.

   I humbly ask that you please look into this
matter and respond back in a timely manner.

   THANK you, And i look forward to hearing
from you in the near of days.



   Sincerely,

   M. Kelvin Brown

RECEIVED
FEB 02 2009
Ombudsman Services Unit



VIRGINIA DEPARTMENT OF CORRECTIONS
RED ONION STATE PRISON
Inmate Request For Information/Service

Implementation Memo for DOP# 866
RECEIVED

FEB 17 2009

Deputy Director, Operations

# INMATE REQUEST FOR INFORMATION/SERVICE

**INSTRUCTIONS FOR FILING:** If you have a complaint that may result in a formal grievance, you must use the Informal Complaint Form. This form is to be used for requesting general information through specific departments. Please ensure that your topic coincides with the appropriate department.

**Please fill out form & send to (please check one        ow) and place in the institutional mail:**

| | | |
|---|---|---|
| ☐ Warden | ☐ DCE | ☑ Mailroom |
| ☐ Assistant Warden | ☐ Mental Health | ☐ Inmate Grievance Office |
| ☐ Major (security) | ☐ Medical | ☐ Safety Officer |
| ☐ Treatment/TPS | ☐ Food Service | ☐ Institutional Investigator |
| ☐ Operations Officer | ☐ Dentist | ☐ Buildings & Grounds |
| ☐ Business Office | ☐ Recreation Supervisor | ☐ Laundry _____ |
| ☐ Property Control | ☐ Inmate Records | ☐ Chaplain |
| ☐ Unit Manager, _____ Bldg. | ☐ Disciplinary Hearings Officer | ☐ Other _____ |

| Inmate's Last Name | First Name | Number | Building | Cell Number |
|---|---|---|---|---|
| K. BROWN | | 207902 | D | 3/3 |

**PLEASE STATE YOUR QUESTION:** I AM WRITING INQUIRYING WHY HAVEN'T I RECEIVED MY NEWSPAPER (FINAL CALL) FOR THE WEEKS OF DEC. 15-19th, 2008, AND DEC. 22-26, 2008

PLEASE RESPOND.

RECEIVED

FEB 18 2009

Ombudsman Services Unit

Inmate's Signature: K. Brown            Date: 12/29/08

**STAFF RESPONSE:** Mr. Brown.
They are being Processed as they are received.
When they arrive you will be Notified.

RECEIVED
JAN 0 6 2009
ROSP
Mailroom

Respondent's Signature: J. Pease            Date: 1-06-09

Revision Date: October, 2004



VIRGINIA DEPARTMENT OF CORRECTIONS
RED ONION STATE PRISON
Inmate Request For Information/Service

Implementation Memo for DOP# 866
Attachment #2

09-292

RECEIVED
FEB 17 2009

## INMATE REQUEST FOR INFORMATION/SERVICE

RECEIVED
JAN 2 7 2009
ROSP Warden's
Center

**INSTRUCTIONS FOR FILING:** If you have a complaint that may result in a formal grievance, you must use the Informal Complaint Form. This form is to be used for requesting general information through specific departments. Please ensure that your topic coincides with the appropriate department.

JAN 2 7 2009
Deputy Director Operations

**Please fill out form & send to (please check one below) and place in the institutional mail:**

| | | |
|---|---|---|
| ☑ Warden | ☐ DCE | ☐ Mailroom |
| ☐ Assistant Warden | ☐ Mental Health | ☐ Inmate Grievance Office |
| ☑ Major (security) | ☐ Medical | ☐ Safety Officer |
| ☐ Treatment/TPS | ☐ Food Service | ☐ Institutional Investigator |
| ☐ Operations Officer | ☐ Dentist | ☐ Buildings & Grounds |
| ☐ Business Office | ☐ Recreation Supervisor | ☑ Laundry |
| ☐ Property Control | ☐ Inmate Records | ☐ Chaplain |
| ☐ Unit Manager, _____ Bldg. | ☐ Disciplinary Hearings Officer | ☐ Other _____ |

RECEIVED
JAN 2 8 2009
ROSP
Major

| Inmate's Last Name | First Name | Number | Building | Cell Number |
|---|---|---|---|---|
| K. BROWN | | 207902 | | |

**PLEASE STATE YOUR QUESTION:** PlEASE FZNd AttAchEd, lEttER of CoNcERN

**Inmate's Signature:** K. Brown    **Date:** 01/26/09

**STAFF RESPONSE:** This was Review Ad there is Contents that was felt to Uvilotes Polesy + t. Hoss Been tarnind to the Problem in Reeu Committee for Their Option

RECEIVED
FEB 18 2009
Ombudsman Services Unit

**Respondent's Signature:** _____    **Date:** 1/28/09

Revision Date: October. 2004