RECEIVED

FEB 1 8 2009

Ombudsman Services Unit

TO: WARDEN TRACY S. RAY
FROM: MR. K. BROWN 207902 D/313
DATE: 01/26/09
      RE: DENIAL OF RELIGIOUS PUBLICATION


I submit this LETTER OF CONCERN to you REGARD-
ING the REPEATED DENIAL of my RELIGIOUS PUBLI-
CATION.
I ARRIVED At R.O.S.P., JUNE 2008. AFTER COMPLET-
ING NECESSARY PAPERWORK, I STARTED RECEIVING
THE FINAL CALL NEWSPAPER I RECEIVED this
PUBLICATION FOR 14 1/2 yRs, INCLUDING 3 months
HERE AT R.O.S.P.
AFTER RECEIVING 12 ISSUES, MAJOR FLEMING
MIRACIOUSLY stated, this publication violates
D.O.P. 803.2 #12 Though this is AN Approved
publication, per P.R.C. in Richmond, I have
BEEN DENIED EVERY ISSUE SINE Nov. 2008.


This publication does not ADVOCATE, teach,
promote, Advocate or Advise VIOLENCE, gang
Activity, terrorist Activity, INSURRECTION,
CIVIL UNREST OR disobedience to LAW/LAW
ENFORCEMENT.
THERE HAS BEEN No VIOLENCE, Attacks, ASSAULTs,
riots, ESCAPES OR other VIOLATIONS of RULES/
policies At R.O.S.P. As A direct Result
OF this publication. THERE IS No CURRENT
              -BACK-

Pg. 2

dated data / Intelligence that exist, that
suggest a future attack, assault, Riot,
escape, or any other violation of policies/
Rules as a direct Result of this publica-
tion. This publication, in no way threatens
this institution, staff, offenders, or others
(This publication is allowed all over the
D.O.C., for yrs..)

I submit this letter to you, seeking your
assistance. I don't know why, for what
good Reason, I'm being denied. (No
Evidence exist that suggest this
Religious publication violates 803.2 #12.)

Please Respond to this letter of concern.
Thank you.


Very truly yours,

Robert Brown



VIRGINIA DEPARTMENT OF CORRECTIONS
RED ONION STATE PRISON
Inmate Request For Information/Service

Implementation Memo for DOP# 866
Attachment #2

# INMATE REQUEST FOR INFORMATION/SERVICE

**INSTRUCTIONS FOR FILING:** If you have a complaint that may result in a formal grievance, you must use the Informal Complaint Form. This form is to be used for requesting general information through specific departments. Please ensure that your topic coincides with the appropriate department.

**Please fill out form & send to (please check one below) and place in the institutional mail:**

| | | |
|---|---|---|
| ☐ Warden | ☐ DCE | ☐ Mailroom |
| ☐ Assistant Warden | ☐ Mental Health | ☐ Inmate Grievance Office |
| ☐ Major (security) | ☐ Medical | ☐ Safety Officer |
| ☐ Treatment/TPS | ☐ Food Service | ☐ Institutional Investigator |
| ☐ Operations Officer | ☐ Dentist | ☐ Buildings & Grounds |
| ☐ Business Office | ☐ Recreation Supervisor | ☐ Laundry _____ |
| ☐ Property Control | ☐ Inmate Records | ☐ Chaplain |
| ☐ Unit Manager, _____ Bldg. | ☐ Disciplinary Hearings Officer | ☐ Other _____ |

| K. BROWN | | 207902 | D | 313 |
|---|---|---|---|---|
| **Inmate's Last Name** | **First Name** | **Number** | **Building** | **Cell Number** |

**PLEASE STATE YOUR QUESTION:** I AM WRITING, IN CONCERN OF MY NEWS-PAPER - THE FINAL CALL - THAT I HAVE NOT RECEIVED this month. THIS IS A WEEKLY - APPROVED PUBLICATION-, IT COMES EVERY WEEK. I HAVE NOT BEEN ADVISED As to the Status of my PAPER.
THIS IS AN APPROVED Publication, FOR which I'VE RECEIVED 10 PRIOR WEEKS BEFORE A DECISION WAS RENDERED to DENY my ISSUE IN NOV. 2008. P.R.C. HAS APPROVED this PUBLICATION. THIS IS A RELIGIOUS TEXT, AND must BE VIEWED As such. WHAT'S THE ISSUE WITH MY PAPER? You Still must ABIDE by D.O.P. 802.2.

PLEASE Respond

**Inmate's Signature:** K. Brown   **Date:** 01/23/09

RECEIVED
FEB 18 2009
Ombudsman Services Unit

**STAFF RESPONSE:** Mr. Brown,
Each issue that has arrived and been denied has been sent to personal property.
They sent you a Notice of them being sent to the P.R.C.

**Respondent's Signature:** Pease   **Date:** 1-29-09

RECEIVED
JAN 2 0 2009
Mailroom



VIRGINIA DEPARTMENT OF CORRECTIONS
RED ONION STATE PRISON
Inmate Request For Information/Service

Implementation Memo for DOP# 866
Attachment #2

## INMATE REQUEST FOR INFORMATION/SERVICE

**INSTRUCTIONS FOR FILING:** If you have a complaint that may result in a formal grievance, you must use the Informal Complaint Form. This form is to be used for requesting general information through specific departments. Please ensure that your topic coincides with the appropriate department.

**Please fill out form & send to (please check one below) and place in the institutional mail:**

- ☐ Warden
- ☐ Assistant Warden
- ☐ Major (security)
- ☐ Treatment/TPS
- ☐ Operations Officer
- ☐ Business Office
- ☐ Property Control
- ☐ Unit Manager, _____ Bldg.

- ☐ DCE
- ☐ Mental Health
- ☐ Medical
- ☐ Food Service
- ☐ Dentist
- ☐ Recreation Supervisor
- ☐ Inmate Records
- ☐ Disciplinary Hearings Officer

*RECEIVED JAN 2 6 2009 ROSP Major*

- ☐ Mailroom
- ☐ Inmate Grievance Office
- ☐ Safety Officer
- ☐ Institutional Investigator
- ☐ Buildings & Grounds
- ☐ Laundry
- ☐ Chaplain
- ☐ Other _____

| Inmate's Last Name | First Name | Number | Building | Cell Number |
|---|---|---|---|---|
| K. BROWN | | 207902 | | |

**PLEASE STATE YOUR QUESTION:** I spoke with you last week, when you made ad rounds in H.U. D/300 pod. I spoke to you regarding a continous denial of my religious publication - to wit: THE FINAL CALL NEWSPAPER. I shared with you, since the second week of Nov. 2008, I have not received my 'religious publication.' I further stated, this is an approved publication, per P.B.C. in Richmond. This publication is now be treated as though it's banned. I've been receiving this publication for over 14 yrs. 4 different prisons, never having one denied. Prior to you denying my publication, I had received over 10 issues out of blind, you chose to deny my publication, and every issue since Nov. 2008. It appears, you're alleging the same issue with each issue of the paper. This publication does not teach, advocate, promote or advise violence, gang activity, terrorist activity, insurrection or in any way promote disobedience to laws, laws enforcement or the civil order of person for this matter, it does not violate D.O.P. 803.2 #12. You have no data/intelligence to suggest that this publication or it's content creates disorder or a threat to ther prison-every prison in D.O.C. approved ther publication, yet you have a personal problem with it. That's not legal. Please let me know what the problem is.)

Inmate's Signature: *K. Brown*     Date: 01/23/09

**STAFF RESPONSE:** These Publication was Banned And is my opinon violation Policy. They have Been Sent to P.B.C. for their opinion

*RECEIVED FEB 1 8 2009 Ombudsman Services Unit*

Respondent's Signature: _____     Date: 1/26/08

RECEIVED

FEB 18 2009

Ombudsman Services Unit

RECEIVED
JAN 1 5 2009
ROSP
Major

TO: MAJOR L. FLEMING
FROM: K. BROWN #207902 D/313
DATE: 01/14/09

I submit this letter to you, in regards to a conversation I held with you on Jan. 13, 2009, within, we discussed: why my publication(s) (THE FINAL CALL NEWSPAPER) was being denied.

I shared with you, this is a religious publication. It doesn't advocate, teach, nor promote violence, lawlessness, insurrection, gang activity, nor terrorist activity. It neither teaches, nor advise misbehavior towards law or law enforcement/establishments.

My publication has been REPEATEDLY denied since November 2008 (more than 10 issues: It's a weekly publication). This is an Approved publication from Richmond. I've been receiving this publication since 1994, and never had one disapproved.

Moreover, there has NEVER been an incident of violence, attacks, especially assaults, escapes, terrorist plot, or gang activity at the hands
(BACK)

of this publication. This publication has been a source of Rehabilitation, spiritual teachings, and hope for those who Read and embrace it's views.

I conclude by saying, I firmly believe, after being at R.O.S.P. for over 7 months and Receiving this publication for 3 months prior to Nov. 2008, that it's clear by authorities, this publication does not - in no form or fashion - pose a threat to R.O.S.P., it's staff, it's officers, nor it's security or general/segregation population. Again, the information contained in this population is good for the population. (There has been no evidences to prove otherwise. Because it's Islamic in nature should not be enough to deter, deny or Refuse me or others this publication. It's no different than those who disapprove of Christian views, but that's not enough to deny, deter, or Refuse the population it's content.)

I humbly ask you to look into this matter; that include, why my publication is being denied every week, every issue - when it's an approved publication - per Richmond. (I've been Receiving it for over

PG. 3

14 YEARS. Truthfully, this publication is not a
threat to R.O.S.P., especially when over 88%-
95% of the population is locked behind a door
23 hrs. a days- sometimes 24 hrs. a day

I ASK THAT you pLEASE INFORM ME AS to what,
within this publication that IMPEDES UPON
D.O.P. 803.2 #12.

THANK you, AND I look FORWARD to HEARING
FROM you.

SINCERELY,

Mr. Kelvin Brown

CC/ MAJOR FLEMING
    WARDEN T.S. RAY
    John SABE

**RECEIVED**

FEB 18 2009

**Ombudsman Services Unit**

VIRGINIA DEPARTMENT OF CORRECTIONS
RED ONION STATE PRISON
Inmate Request For Information/Service

Implementation Memo for DOP# 866
Attachment #3

**RECEIVED**

FEB 17 2009

Deputy Director, Operations

# INMATE REQUEST FOR INFORMATION/SERVICE

**INSTRUCTIONS FOR FILING:** If you have a complaint that may result in a formal grievance, you must use the Informal Complaint Form. This form is to be used for requesting general information through specific departments. Please ensure that your topic coincides with the appropriate department.

**Please fill out form & send to (please check one below) and place in the institutional mail:**

- ☐ Warden
- ☐ Assistant Warden
- ☐ Major (security)
- ☐ Treatment/TPS
- ☐ Operations Officer
- ☐ Business Office
- ☐ Property Control
- ☐ Unit Manager, _____ Bldg.

- ☐ DCE
- ☐ Mental Health
- ☐ Medical
- ☐ Food Service
- ☐ Dentist
- ☐ Recreation Supervisor
- ☐ Inmate Records
- ☐ Disciplinary Hearings Officer

- ☑ Mailroom
- ☐ Inmate Grievance Office
- ☐ Safety Officer
- ☐ Institutional Investigator
- ☐ Buildings & Grounds
- ☐ Laundry _____
- ☐ Chaplain
- ☐ Other _____

| Inmate's Last Name | First Name | Number | Building | Cell Number |
|---|---|---|---|---|
| K. BROWN | | 267902 | D | 313 |

**PLEASE STATE YOUR QUESTION:** I AM WRITING, IN CONCERNED OF MY NEWSPAPER; the Final Call Newspaper. I haven't received an issue, since the issues in November were denied I haven't received an issue during the month of December 2008. Will I receive my papers? Why haven't I been notified that my publications are being denied, as outlined in 6.1.#802-1? Please Respond. Thank ya.

**RECEIVED**

FEB 18 2009

Ombudsman Services Unit

**Inmate's Signature:** K. Brown          **Date:** 12/17/08

**STAFF RESPONSE:** See attached.

**Respondent's Signature:** _____          **Date:** _____

*Revision Date: October, 2004*



VIRGINIA DEPARTMENT OF CORRECTIONS                                    Implementation Memo for DOP# 866
RED ONION STATE PRISON                                                 ~~Attachment #2~~
Inmate Request For Information/Service                                 **RECEIVED**

                                                                       FEB 17 2009
## INMATE REQUEST FOR INFORMATION/SERVICE
                                                                       Deputy Director, Operations

**INSTRUCTIONS FOR FILING:** If you have a complaint that may result in a formal grievance, you must use the Informal Complaint Form.
This form is to be used for requesting general information through specific departments. Please ensure that your topic coincides with the appropriate department.

**Please fill out form & send to (please check one below) and place in the institutional mail:**

| | | |
|---|---|---|
| ☐ Warden | ☐ DCE | ☐ Mailroom |
| ☐ Assistant Warden | ☐ Mental Health | ☐ Inmate Grievance Office |
| ☑ Major (security) FLEMING | ☐ Medical | ☐ Safety Officer |
| ☐ Treatment/TPS | ☐ Food Service | ☐ Institutional Investigator |
| ☐ Operations Officer | ☐ Dentist | ☐ Buildings & Grounds |
| ☐ Business Office | ☐ Recreation Supervisor | ☐ Laundry _____ |
| ☐ Property Control | ☐ Inmate Records | ☐ Chaplain |
| ☐ Unit Manager, _____ Bldg. | ☐ Disciplinary Hearings Officer | ☐ Other _____ |

*(stamp:)* RECEIVED  DEC 0 8 2008  ROSP Major

| Inmate's Last Name | First Name | Number | Building | Cell Number |
|---|---|---|---|---|
| K. BROWN | | 207902 | ■■■■■■ | |

PLEASE STATE YOUR QUESTION: I'VE BEEN told, via REQUEST, by the MAILRoom
that you have disapproved two of my FINAL CALL NEWSPAPER (Nov. 11. 208 3
Nov. 18, 2008). I'VE COMPLAINED to Ms. PEASE stating I have only RECEIVED ONE
OF MY WEEKLY FINAL CALLS IN OVER 5 WKS (LAST being the WK. of Nov.6, 2008.)
I was told, on 12/03/08, that you disapproved my NEWS-
PAPER. IN the 14½ yrs. I'VE BEEN RECEIVING this publication I'VE NEVER had one
its approved. This is a RELIGIOUS ORIENTATED NEWSPAPER. It does not promote, Advocate,
nor (promote) ADVERTISE VIOLENCE, INSURRECTION gang Activity or Anything that poses a
THREAT to R.O.S.P / D.O.C. And/or STAFF or PRISONERS.
            Also, According to OPERATING PROCEDURE 803.1, I should have been
NOTIFIED that my mail was disapproved. As to this day, I've yet to RECEIVE Any type
of NOTIFICATION. You suppose to be a man of POLICY / REGULATION, And you've straight
VIOLATED me. CURRENTLY, my MAIL is stolen.
            SIR, I'm not A problem to you or your INSTITUTION. I'm not trying
to be. I only want the MAIL I pay for. In over A month, I haven't RECEIVED my PAPER. Why
was it disapproved? And why haven't I been notified? Will they continue to be denied?

Inmate's Signature: K. Brown            Date: 12/05/08

STAFF RESPONSE: While Reviewing this Paper it was
Determined that it violated op 803.2 section 12
_____
_____

                    **RECEIVED**
                    FEB 18 2009
              Ombudsman Services Unit

*(vertical stamp right:)* RECEIVED GRIEVANCE JAN 13 2009
*(vertical stamp:)* GRIEVANCE

Respondent's Signature: MD            Date: 12/12/08

VIRGINIA DEPARTMENT OF CORRECTIONS
RED ONION STATE PRISON
Inmate Request For Information/Service

Implementation Memo for DOP# 866
Attachment #2

RECEIVED

## INMATE REQUEST FOR INFORMATION/SERVICE

FEB 1 7 2009

Deputy Director, Operations

**INSTRUCTIONS FOR FILING:** If you have a complaint that may r___lt in a formal grievance, you must use the Informal Complaint Form. This form is to be used for requesting general information through spec___ departments. Please ensure that your topic coincides with the appropriate department.

**Please fill out form & send to (please check one be___ ___ and place in the institutional mail:**

- ☐ Warden
- ☐ Assistant Warden
- ☐ Major (security)
- ☐ Treatment/TPS
- ☐ Operations Officer
- ☐ Business Office
- ☐ Property Control
- ☐ Unit Manager,_____ Bldg.

- ☐ DCE
- ☐ Menta___
- ☐ Medic___
- ☐ Food S___
- ☐ Dentist
- ☐ Recrea___ ___upervisor
- ☐ Inmate ___rds
- ☐ Discipli___ Hearings Officer

- ☑ Mailroom *PEASE*
- ☐ Inmate Grievance Office
- ☐ Safety Officer
- ☐ Institutional Investigator
- ☐ Buildings & Grounds
- ☐ Laundry_____
- ☐ Chaplain
- ☐ Other_____

| Inmate's Last Name | First Name | Number | Building | Cell Number |
|---|---|---|---|---|
| MR. K. BROWN | | 204902 | D | 313 |

PLEASE STATE YOUR QUESTION:

I AM, AGAIN, INQUIRING About my FINAL CALL NEWSPAPER. I did not get my PAPER LAst WEEK - the WEEK of DEC. 1-5th.

WILL I EVER RECEIVE my PAPER? IS my Publication being dENIED - ALL together?! If so LET mE KNOW so I CAN have my FAMILY Contact publisher.

Though an ALREAdy APPROVED publication is to bE dENIED - All together - without PRIOR APPROVAL.

PLEASE RESPond
THANK you.

Inmate's Signature: _Mr. K. Brown_    Date: _12/08/08_

**STAFF RESPONSE:**

This week issue Dec 1 - Dec 5 has not arrived yet. If the major doesn't disapprove them they will be sent to c___

RECEIVED
FEB 18 2009
Ombudsman Services Unit

al Health
al
ervice
___tion Su
Reco
___ary

Respondent's Signature: _J. Pease_    Date: _12-09-08_

RECEIVED
JAN 13 2009
GRIEVANCE

RECEIVED
DEC _ _ 2008
ROSP
MAILROOM

*Revision Date: October, 2004*



VIRGINIA DEPARTMENT OF CORRECTIONS
RED ONION STATE PRISON
Inmate Request For Information/Service

Implementation Memo for DOP# 866

**RECEIVED**

FEB 1 7 2009

Deputy Director, Operations

## INMATE REQUEST FOR INFORMATION/SERVICE

**INSTRUCTIONS FOR FILING:** If you have a complaint that may result in a formal grievance, you must use the Informal Complaint Form. This form is to be used for requesting general information through specific departments. Please ensure that your topic coincides with the appropriate department.

**Please fill out form & send to (please check one below) and place in the institutional mail:**

- ☐ Warden
- ☐ Assistant Warden
- ☐ Major (security)
- ☐ Treatment/TPS
- ☐ Operations Officer
- ☐ Business Office
- ☐ Property Control
- ☐ Unit Manager,_____ Bldg.

- ☐ DCE
- ☐ Mental He...
- ☐ Medical
- ☐ Food Serv...
- ☐ Dentist
- ☐ Recreation ...visor
- ☐ Inmate R... ...
- ☐ Disciplinar... ...earings Officer

- ☑ Mailroom
- ☐ Inmate Grievance Office
- ☐ Safety Officer
- ☐ Institutional Investigator
- ☐ Buildings & Grounds
- ☐ Laundry _____
- ☐ Chaplain
- ☐ Other _____

| Inmate's Last Name | First Name | Number | Building | Cell Number |
|---|---|---|---|---|
| K. BROWN | 207902 | D | 313 |

**PLEASE STATE YOUR QUESTION:** Ms. PEASE, I'm still Not Receiving my papers Besides the issues of 11/11/08, 11/18/08, I still haven't received my paper from Last week, or this week. My family contacted Publisher And they've stated my papers are IN fact being delivered.

Also, why hasn't someone giving me Notification, as outlined in 803.1, that my papers are be denied? And, what was his reason for disapproving it? I'm sure you gave it to him; or someone in the mailroom. Currently, my mail has been stolen.

Please Respond.

**Inmate's Signature:** Mr. K. Brown    **RECEIVED** Date: 12/05/08

FEB 1 8 2009

Ombudsman Services Unit

RECEIVED JAN 13 2009 GRIEVANCE

**STAFF RESPONSE:** Mr. Brown.

The Final Call Vol. 28 Nov. 25-08 also has been disapproved.

Your notification of these disapprovals are sent from personal property. You should contact them

RECEIVED DEC 05 2008 ROSP Mailroom

313



VIRGINIA DEPARTMENT OF CORRECTIONS
RED ONION STATE PRISON
Inmate Request For Information/Service

Implementation Memo for DOP# 866
Attachment #2

~~RECEIVED~~

## INMATE REQUEST FOR INFORMATION/SERVICE

FEB 1 7 2009

Deputy Director, Operations

**INSTRUCTIONS FOR FILING:** If you have a complaint that may result in a formal grievance, you must use the Informal Complaint Form. This form is to be used for requesting general information through specific departments. Please ensure that your topic coincides with the appropriate department.

**Please fill out form & send to (please check one below) and place in the institutional mail:**

| | | |
|---|---|---|
| ☐ Warden | ☐ DCE | ☑ Mailroom MS. PEASE |
| ☐ Assistant Warden | ☐ Mental Health | ☐ Inmate Grievance Office |
| ☐ Major (security) | ☐ Medical | ☐ Safety Officer |
| ☐ Treatment/TPS | ☐ Food Service | ☐ Institutional Investigator |
| ☐ Operations Officer | ☐ Dentist | ☐ Buildings & Grounds |
| ☐ Business Office | ☐ Recreation Supervisor | ☐ Laundry _____ |
| ☐ Property Control | ☐ Inmate Re___ s | ☐ Chaplain _____ |
| ☐ Unit Manager, _____ Bldg. | ☐ Disciplinar __earings Officer | ☐ Other _____ |

| MR. K. BROWN | | 207902 | D | 313 |
|---|---|---|---|---|
| **Inmate's Last Name** | **First Name** | **Number** | **Building** | **Cell Number** |

**PLEASE STATE YOUR QUESTION:** I was gravely disappointed to hear that my paper was disapproved. I've been receiving this publication for 14½ years. I've never had a paper disapproved. This is a religious oriented publication. It doesn't advocate violence, gang activity, insurrection, nor anything of such nature; only truth and righteousness.

For what received reason could the paper be denied? I'm sure those two issues dealt with Barak Obama winning the elect of the President of the United States. When with vie as citizens of a great nature advance from the ignominious thinking of those of the past. Even still, it does not advocate anything that circumvents the security of R.O.S.P. and/or the safety of anyone. Why? For what reason? Then, it took me to complain a whole month. And I was denied due process to be notified and to appeal the decision. This violates Operating Procedure 803.1 Attachment #2. Also, I still didn't get the paper of the week of Nov. 25, 2008. Thats 11/11/08; 11/18/08; And 11/25/08. Man, when will the violations stop? I still haven't received any notification that my mail has been disapproved. Violations!

**Inmate's Signature:** _(signature)_    **Date:** 12/03/08

---

**STAFF RESPONSE:**

Mr. Brown,
Major Fleming has reviewed these issue's and determined them unauthorized they will be sent to the IRC. There has been his decision.

RECEIVED
FEB 1 8 2009
~~Ombudsman Services Unit~~

**Respondent's Signature:** _(signature)_ J. Pease    **Date:** 12-04-08

_(stamps on right side:)_ RECEIVED DEC 1 1 2008 Grievance

_(stamp:)_ RECEIVED DEC 0 8 2008 GRIEVANCE

_(circular stamp:)_ RECEIVED DEC 0 4 2008 ROSP Mailroom

Revision Date: October 2004



VIRGINIA DEPARTMENT OF CORRECTIONS
RED ONION STATE PRISON
Inmate Request For Information/Service

Implementation Memo for DOP# 866
Attachment #2

**RECEIVED**

## INMATE REQUEST FOR INFORM/ ON/SERVICE

FEB 1 7 2009

Deputy Director, Operations

**INSTRUCTIONS FOR FILING:** If you have a complaint that may result in a formal ... nce, you must use the Informal Complaint Form. This form is to be used for requesting general information through specific departments. ... e ensure that your topic coincides with the appropriate department.

**Please fill out form & send to (please check one below) and plac ... he institutional mail:**

| | | |
|---|---|---|
| ☐ Warden | ☐ DCE | ☑ Mailroom |
| ☐ Assistant Warden | ☐ Mental Health | ☐ Inmate Grievance Office |
| ☐ Major (security) | ☐ Medical | ☐ Safety Officer |
| ☐ Treatment/TPS | ☐ Food Service | ☐ Institutional Investigator |
| ☐ Operations Officer | ☐ Dentist | ☐ Buildings & Grounds |
| ☐ Business Office | ☐ Recreation Supervis... | ☐ Laundry _____ |
| ☐ Property Control | ☐ Inmate Records | ☐ Chaplain |
| ☐ Unit Manager, _____ Bldg. | ☐ Disciplinary Hearings ...icer | ☐ Other _____ |

| MR. BROWN, K. | | 307902 | D | 3/3 |
|---|---|---|---|---|
| **Inmate's Last Name** | **First Name** | **Number** | **Building** | **Cell Number** |

**PLEASE STATE YOUR QUESTION:**

IN your latest RESPONSE to my INQUIRY REGARD-ING ME Not RECEIVING my FINAL Call NEWSPAPER, you stated, I RECEIVED A FINAL Call on 11/18/08. This is not CORRECT. I've only RECEIVED ONE FINAL Call during the month of NOVEMBER 2008. That was stamped NOVEMBER 6, 2008. I've written your office EVERY WEEK, there-AFTER, complaining that I haven't RECEIVED my FINAL Call. IF you have me slatted as RECEIVING a FINAL Call on Nov. 18th, I NEVER RECEIVED it! (LIKE I wrote on my PREVIOUS (REsponded) REQUEST, I haven't RECEIVED A PAPER IN 3 wks, now 4 wks. Something is wrong! THE FINAL Call has told my family (and written me, that my papers are being mailed.)

Please Respond. THANK You.

**Inmate's Signature:** Mr. K. Brown        **Date:** 12/02/08

**STAFF RESPONSE:**

My Brown, The Final Call issue 11-18-08 and Nov. 11-08 was disapproved by the Major. If young had arrived you should receive a letter from his office stating it is being sent to the PRC.

RECEIVED
FEB 1 8 2009
Ombudsman Services Unit

RECEIVED
GRIEVANCE
DEC 0 8 2008

Grievance
RECEIVED
DEC 1 1 2008

RECEIVED
DEC 0 ? 2008
ROSP
Mailroom

**Respondent's Signature:** J. Pease        **Date:** 12-03-08.

*Revision Date: October, 2004*



VIRGINIA DEPARTMENT OF CORRECTIONS
RED ONION STATE PRISON
Inmate Request For Information/Service

Implementation Memo for DOP# 866
Attachment #2

**RECEIVED**
FEB 17 2009
Deputy Director, Operations

## INMATE REQUEST FOR INFORMATION/SERVICE

**INSTRUCTIONS FOR FILING:** If you have a complaint that may result in a formal grievance, you must use the Inmate Grievance Form. This form is to be used for requesting general information through specific departments. Please ensure that your topic coincides with the appropriate department.

**Please fill out form & send to (please check one below) and place in the institutional mail:**

- ☐ Warden
- ☐ Assistant Warden
- ☐ Major (security)
- ☐ Treatment/TPS
- ☐ Operations Officer
- ☐ Business Office
- ☐ Property Control
- ☐ Unit Manager, _____ Bldg.

- ☐ DCE
- ☐ Mental Health
- ☐ Medical
- ☐ Food Service
- ☐ Dentist
- ☐ Recreation Supervisor
- ☐ Inmate Records
- ☐ Disciplinary Hearings Officer

- ☑ Mailroom
- ☐ Inmate Grievance Office
- ☐ Safety Officer
- ☐ Institutional Investigator
- ☐ Buildings & Grounds
- ☐ Laundry _____
- ☐ Chaplain
- ☐ Other _____

| MR. K. BROWN | 207902 | D | 313 |
|---|---|---|---|
| **Inmate's Last Name     First Name** | **Number** | **Building** | **Cell Number** |

**PLEASE STATE YOUR QUESTION:** I AM CONCERN About my "FINAL CALL NEWSPAPER" I HAVEN'T RECEIVED my PAPER IN 3 WEEKS. CAN you tell ME, what the PRObLEM IS: HAS my PAPER COME IN? PLEASE RESPOND. THANK YOU.

**RECEIVED**
FEB 18 2009
Ombudsman Services Unit

**RECEIVED**
DEC 01 2008
MAIL ROOM

**Inmate's Signature:** _Mr. K. Brown_     **Date:** 11/26/08

**STAFF RESPONSE:** Mr. Brown — our records show you received Final Call on 11/18/08. All mail is processed as received.

**RECEIVED**
DEC 11 2008
Grievance

**RECEIVED**
DEC 08 2008
GRIEVANCE

**Respondent's Signature:** _F. Stanley_     **Date:** 12/1/08

*Revision Date: October, 2004*



# COMMONWEALTH of VIRGINIA

GENE M. JOHNSON
DIRECTOR

*Department of Corrections*

P. O. BOX 26963
RICHMOND, VIRGINIA 23261
(804) 674-3000

Ombudsman Services Unit

March 3, 2009

Mr. K. Brown, #207902
Red Onion State Prison
P.O. Box 1900
Pound, VA 24279

Dear Mr. Brown:

I am in receipt of your correspondence.  During a review of your correspondence and the grievance log, I did not find any evidence that your issue has been processed through the institutional level of the Grievance Procedure.

Please understand that the Grievance Procedure does not provide for a review of issues at this level that were not properly processed at the Unit Level and/or Regional Level.  **If you are still within the 30-day time frame for filing a grievance, you may wish to utilize the Grievance Procedure as outlined in Operating Procedure 866.1.**

The procedure requires that you attempt to resolve your complaint informally prior to submitting a grievance.  If you are not satisfied with the informal attempt to have your complaint resolved, then you may utilize the formal Grievance Procedure to have your complaint addressed.  This formal grievance must be processed at the unit level.  If you are not satisfied with the response that you receive on your grievance, you may appeal it to the next level of appeal that is available to you.

I encourage you to follow the guidelines set forth in Operating Procedure 866.1 to address your concerns.

Sincerely,

G. Robinson, Manager
Ombudsman Services Unit

cc: File

MR. KELVIN BROWN #207902
RED ONION STATE PRISON D-313
P.O. BOX 1900
POUND, VIRGINIA 24279


MR. BEN WRIGHT, CHAIRMAN
PUBLICATION REVIEW COMMITTEE
P.O. BOX 26963
RICHMOND, VIRGINIA 23261

FEBRUARY 23, 2009

**RECEIVED**

MAR 0 3 2009

**Ombudsman Services Unit**

DEAR MR. WRIGHT;

I AM SUBMITTING THIS LETTER TO, IN WAKE OF
FORWARDING YOU A SECOND LEVEL GRIEVANCE RE
GARDING THE REPEATED DENIAL OF MY RELIGIOUS
PUBLICATION, HERE AT RED ONION; AFTER RECEIV-
ING SUCH PUBLICATION FOR WELL OVER 3 MONTHS,
HERE AT RED ONION.

SIR, I FILE THIS LETTER TO YOU, IN SUPPORT
OF MY GRIEVANCE, DUE TO AUTHORIZES AT
RED ONION REPEATEDLY DENYING MY RELIGIOUS
PUBLICATION, YET SHOWS A VIDEO TO THE POPULA-
TION, VIA INSTITUTIONAL CHANNEL BY THE
HONORABLE MINISTER LOUIS FARRAKHAN, ON

- BACK -

PG. 2

FEBRUARY 20, 2009

THE FINAL CALL NEWSPAPER HAS BEEN A MEDIUM that promotes civil duty, the teachings of islam. As taught by THE MOST HONORABLE ELIJAH MUHAMMAD, And now by the HONORABLE MINISTER LOUIS FARRAKHAN. It has never advocated, nor promoted violence, terrorism, nor gang violence, or any form of insurrection or rebellion against government or institutional establishments.

LIKEWISE, this video shown on FEB. 20, 2009 displays the message And teachings of those printed in the FINAL CALL NEWSPAPER (NOTHING HAS CHANGED. REGARDING this publication in the 20 plus years of this publication.) It was truly a "slap in the face" to deny the publication of THE NATION OF ISLAM, but show a video that espouses the same message, by the same same.

ALSO MR. WRIGHT, I don't, within the Laws of (EXERCISE) FREE EXERCISE CLAUSE, THAT any person at any institution should have the authority to say what's applicable, As it Relate to a Religious Belief. (I AM NOT A CHRISTIAN. DO NOT THINK it's right for CHRISTIANS to say (believe), ALL NON-believers are going to hell; or ALL unbelievers in having Jesus As their LORD And savior, Are going to hell YET, this doesn't And shouldn't justify denying a CHRISTIAN his/her Religious Rights; so Long As it doesn't infringe on the Religious Rights of others.)

PG. 3

I FIRMLY BELIEVE AUTHORITY AT RED ONION, ARE TRYING to DETERMINE RELIGIOUS BELIEVES (BELIEFS), AS they DEEM APPROPRIATE. THIS VIOLENCE POLICY (D.O.P. 803.2, AND 841.3) AND FREE EXERCISE CLAUSE, AND displays CLEAR RELIGIOUS bigotry.

As it RELATES to my publicATION (THE FINAL CALL NEWSPAPER), this PAPER does NOT opPose A threAT to the SECURITY, AdministrATION, AND/or OFFENDERS AT Red ONION; NEVER HAS, EVEN beFore I ARRIVED AT Red ONION, this PublicATION WAS NOT ONLY permitted AT RED ONION, but throughout the ENTIRE D.O.C.

I HAVE ENCLOSED A REQUEST FORM, displAYING theIR bigotry AND ARBITRARILY DECISION MAKING, AS it RELATE to this PAPER (denIAL of EVERY ISSUE SINCE NOV. 2008 - WELL over 16-18 ISSUES).

RECEIVED

MAR 0 3 2009

Ombudsman Services Unit

I AM submitTING such informATION AND FActs to you, prAYING thAT you MAKE the RIGHT DECISION IN REGARD to this importAnt mATTer; which could END up IN FEDERAL Court. (THIS IS the ONLY place IN D.O.C thAT this publicATION IS beING DENIED.)

I ASK thAT you VIEW this mATTer most FAVOR-ABLE to POLICY AND FREE EXERCISE CLAUSE, INSTITUTIONAL-IZATION Act, ConstitutION AMENDMENT I; AND to the CONDITIONS of RED ONION STATE PRISON (this PRISON IS A PUNITIVE SEGREGATION UNIT, WhereIN over 98% OF populATION IS LOCKED IN theIR CELLS, AND thAT
- BACK-

PG. 4

this publication, nor it's content, has been the subject cause of riots, escapes, assaults, or any other uprising at Red Onion (or in the D.O.C.), and lastly, this institution does not provide any nation of Islam literature, nor does the Chaplain make rounds to offer spiritual counseling ( I've been here 8½ months and never have I seen the Chaplain.)

I pray that you make the best decision. (It would be no problem if the authorities denied one paper, but they've repeatedly denied every issue since November 2008. This is now be treated as a banned publication; nothing has changed with the paper or it's content to have it denied - from that printed in September and October 2008.)

I thank you for your time and attention, and I look forward to hearing from you in the near of days.

Sincerely,

Mr. Kelvin Brown

VIRGINIA DEPARTMENT OF CORRECTIONS
RED ONION STATE PRISON
Inmate Request For Information/Service

Implementation Memo for DOP# 866
Attachment #2

# INMATE REQUEST FOR INFORMATION/SERVICE

**INSTRUCTIONS FOR FILING:** If you have a complaint that may result in a formal grievance, you must use the Informal Complaint Form. This form is to be used for requesting general information through specific departments. Please ensure that your topic coincides with the appropriate department.

**Please fill out form & send to (please check one below) and place in the institutional mail:**

| | | |
|---|---|---|
| ☐ Warden | ☐ DCE | ☐ Mailroom |
| ☐ Assistant Warden | ☐ Mental Health | ☐ Inmate Grievance Office |
| ☐ Major (security) | ☐ Medical | ☐ Safety Officer |
| ☐ Treatment/TPS | ☐ Food Service | ☐ Institutional Investigator |
| ☐ Operations Officer | ☐ Dentist | ☐ Buildings & Grounds |
| ☐ Business Office | ☐ Recreation Supervisor | ☐ Laundry_____ |
| ☑ Property Control OWENS | ☐ Inmate Records | ☐ Chaplain |
| ☐ Unit Manager,_____ Bldg. | ☐ Disciplinary Hearings Officer | ☐ Other_____ |

| Inmate's Last Name | First Name | Number | Building | Cell Number |
|---|---|---|---|---|
| K. BROWN | | 26'1902 | D | 3/3 |

**＊ URGENT ＊**

**PLEASE STATE YOUR QUESTION:** I AM WRITE INQUIRING AS TO whether my NEWSPAPER (publication) HAS been placed on the "BANNED LIST!" SINCE NOVEMBER 2008, EVERY ISSUE of my FINAL CALL NEWSPAPER (A Religious publication) HAS been denied. It's A WEEKLY publication. PLEASE ADVISE me AS to whether this publication HAS been placed on the "BANNED LIST," here AT R.O.S.P. PLEASE RESPOND.   ThANKyou

**RECEIVED**
**MAR 0 3 2009**
**Ombudsman Services Unit**

**Inmate's Signature:** K. Brown    **Date:** 02/17/09

**STAFF RESPONSE:** MR. Brown the Final call has been disapproved for several months now. It does not show the whole newspaper As being disapproved Just each issue.

**PROPERTY**
**FEB 18 2009**

**Respondent's Signature:** J. [signature]    **Date:** 2-18-09

Revision Date: October, 2004



VIRGINIA DEPARTMENT OF CORRECTIONS
RED ONION STATE PRISON
Inmate Request For Information/Service

Implementation Memo for DOP# 866
Attachment #2

# INMATE REQUEST FOR INFORMATION/SERVICE

**INSTRUCTIONS FOR FILING:** If you have a complaint that may result in a formal grievance, you must use the Informal Complaint Form. This form is to be used for requesting general information through specific departments. Please ensure that your topic coincides with the appropriate department.

## Please fill out form & send to (please check one below) and place in the institutional mail:

- ☐ Warden
- ☐ Assistant Warden
- ☐ Major (security)
- ☐ Treatment/TPS
- ☐ Operations Officer
- ☐ Business Office
- ☐ Property Control
- ☐ Unit Manager,_____ Bldg.

- ☐ DCE
- ☐ Mental Health
- ☐ Medical
- ☐ Food Service
- ☐ Dentist
- ☐ Recreation Supervisor
- ☐ Inmate Records
- ☐ Disciplinary Hearings Officer

- ☐ Mailroom Pease
- ☐ Inmate Grievance Office
- ☐ Safety Officer
- ☐ Institutional Investigator
- ☐ Buildings & Grounds
- ☐ Laundry _____
- ☐ Chaplain
- ☐ Other _____

| Inmate's Last Name | First Name | Number | Building | Cell Number |
|---|---|---|---|---|
| K. Brown | | 207902 | D | 313 |

**PLEASE STATE YOUR QUESTION:** "URGENT"

I AM WRITING INQUIRYING As to whether MY PUBLICATION: THE FINAL CALL NEWSPAPER (RELIGIOUS PAPER) is now placed on the BANNED list? Since NOVEMBER 2008, EVERY ISSUE HAS BEEN denied (weekly), AFTER RECEIVING them for 12-13 PRIOR WEEKS. PLEASE ADVISE ME, SO I'll KNOW whether to discontinue my publication.

RECEIVED
MAR 0 3 2009
Ombudsman Services Unit

**Inmate's Signature:** K. Brown          **Date:** 02/11/09

**STAFF RESPONSE:**

Each issue is review by the major on an individual basis

To my knowledge Final Call has not been put on banned list

It is your decision whether to discontinue your paper or not.

**Respondent's Signature:** T. Pease          **Date:** 2-13-09

RECEIVED FEB ... 2009

Revision Date: October 20...

RECEIVED

FEB 17 2009

Deputy Director, Operations

# MEMORANDUM

**Red Onion State Prison**                    **Chief Warden Tracy S. Ray**

TO:        K. Brown #207902

FROM:      Maj. L. Fleming

SUBJECT:   Request for Information

DATE:      December 18th, 2008

Mr. Brown
        Please be advised that after speaking with the personal property department, they have informed me that all of the letters were mailed to each individual inmate stating that the publication was disapproved by me. You should have received your letter in the institutional mail with a disposition form that gives you 3 days to disposition your publication before it got sent to the publication review committee. Once the publication comes back from the PRC you will be given another opportunity to disposition this publication if they determine that it is disapproved. If they decide to approve this publication then you will receive it once it returns..

Major

L. Fleming

RECEIVED

FEB 1 8 2009

Ombudsman Services Unit

jro

**RECEIVED**
**FEB 17 2009**

VIRGINIA DEPARTMENT OF CORRECTIONS
**Informal Complaint**

Effective Date: November 1, 2007
Operating Procedure #866.1    Attachment #1

## Informal Complaint

Deputy Director, Operations

**INSTRUCTIONS FOR FILING:** Briefly write your issue in the space provided on the Informal Complaint form, preferably in ink. Only one issue per Informal Complaint. Place your complaint in the designated area at your facility. A receipt is issued within 2 working days from the date received if the informal complaint is not returned during intake. If no response is received within 15 calendar days, you may proceed in filing a regular grievance. You may utilize your receipt as evidence of your attempt to resolve your complaint.

K. Brown                    207902                    ▓▓▓▓▓▓▓▓▓
Offender Name               Offender Number           Housing Assignment

☑ Unit Manager/Supervisor   ☐ Food Service            ☐ Treatment Program Supervisor
☐ Personal Property         ☐ Commissary              ☐ Mailroom
☐ Medical Administrator     ☐ Other (Please Specify): _____

Briefly explain the nature of your complaint (be specific):

My publication(s) of The Final Call Newspaper have been repeatedly denied by R.O.S.P. My publication Vol. 28 No. 6 (12/2/08), Vol. 28 No. 7 (12/05/08) and Vol. 28 No. 9 (12/22/08), claim to have been sent to PRC. Yet, it's been over 30 days and 45 days. I havent heard anything. This violates 803.7 & 6.1

Offender Signature _K. Brown_                    Date 01/26/09

**Offenders - Do Not Write Below This Line**

Date Received: 1/27/09                            Tracking # 10490

Response Due: 2/11/09          Assigned to: Major

Action Taken/Response:

These were Disapproved here at Rosp. They have Been set to PRC for this opened. They will Notify you of them Finding.

**RECEIVED**
**FEB 18 2009**
**Ombudsman Services Unit**

Respondent Signature        Printed Name and Title        Date 1/28/05

Original – Offender          First Copy – File             Second Copy – Offender as Intake Receipt



VIRGINIA DEPARTMENT OF CORRECTIONS
**Regular Grievance Form**

Effective Date: July 1, 2005
Operating Procedure# 866   Attachment #2

## REGULAR GRIEVANCE FORM

~~RECEIVED~~  6   Log Number 29039   620 –

FEB 17 2009

Deputy Director, Operations

| BROWN, K. | | 207902 | | 313 |
|---|---|---|---|---|
| **Last Name** | **First** | **Number** | **Building** | **Cell Number** |

**WHAT IS YOUR COMPLAINT?** (Provide information from the informal process: who did you see, when did you see them, what was done OR attach informal complaint if implementation Memorandum requires such). In lieu of this grievance; on Dec. 8, 2008, I was notified that my religious newspaper: Final Call vol.28 no.5 was being denied due to violating D.O.P. 803.2 #12. This newspaper approved in Nov.2008. After a careful study of D.O.P. 803.2 #12, I've concluded Major Fleming has erred in his judgement of this publication I approved at R.O.S.P on 6/18/08. I was receiving this publication at Augusta, and approved here on 8/25/08. I've received at least 12 of these papers. This paper is a religious paper; it does not promote violence, insurrection, gang activity nor terrorist activity. There has never been an act of violence within D.O.C. or R.O.S.P, as a result of this publication. I've been receiving this pub. since 1994. I've never used this paper beyond it's means of religious and cultural awareness. This paper has been a catalyst for my rehabilitation, and has not circumvent my treatment plan(s), the security of R.O.S.P/D.O.C., or jeopardized the safety of R.O.S.P's staff, officers or population. There has been no evidence to support, that this publication violates 803.2 #5. This should not be arbitrary, but based solely upon facts; especially when this is an already approved publication.

**What action do you want taken?** First, that, being this is already an approved publication, allow me to have it. Secondly, this matter should be based upon facts, not mere guess or someone's personal dislike for the publication. Thirdly, this is not a D.O.C. Ban (every paper I've received since Nov. 2008, has been denied, after it's approval.) Fourth, if I'm unable to receive these publications, after R.O.S.P. approved it, I should be re-imbursed - from the state - for my losses.

**Grievant's Signature:** K. Brown     **Date:** 1/10/09

**Warden/Superintendent's Office:** F. Taylor

**Date Received:** 1/13/09

**RECEIVED**
FEB 18 2009
Ombudsman Services Unit

**RECEIVED**
JAN 13 2009
GRIEVANCE

*Revision Date: 7/1/05*

VIRGINIA DEPARTMENT OF CORRECTIONS
**Informal Complaint**

Effective Date: [illegible]
Operating Procedure #866.1    Attachment #9



RECEIVED
DEC 2 9 2008
ROSP
Major

RECEIVED
FEB 17 2009
Deputy Director, Operations

## Informal Complaint

**INSTRUCTIONS FOR FILING**: Briefly write your issue in the space provided on the Informal Complaint form, preferably in ink. Only one issue per Informal Complaint. Place your complaint in the designated area at your facility. A receipt is issued within 2 working days from the date received if the informal complaint is not returned during intake. If no response is received within 15 calendar days, you may proceed in filing a regular grievance. You may utilize your receipt as evidence of your attempt to resolve your complaint.

K. BROWN                    207902                    313

Offender Name                Offender Number            Housing Assignment

- [ ] Unit Manager/Supervisor
- [ ] Personal Property
- [ ] Medical Administrator
- [ ] Food Service
- [ ] Commissary
- [ ] Other (Please Specify): _____
- [ ] Treatment Program Supervisor
- [x] Mailroom

Briefly explain the nature of your complaint (be specific):

AFTER RECEIVING NOTIFICATION FROM THE MAILROOM, ON DEC. 19th, that my subscription (NEWSPAPER: FINAL CALL); ISSUES FOR the WEEKS of Dec. 2nd AND Dec. 9th, were DENIED by MAJOR Fleming. Upon REVIEW of Operating Procedure # 803.1, this VIOLATES Policy; As it RELATE to Notifying ME IN A timely MANNER. It's Now Dec. 22nd; AND I HAVEN'T been Notified. Though, Issue of my publication were denied in NOV. 2008, this doesn't give anyone the right to deny all my newspaper It's an Approved publication I've Received it for 3 months prior.

Offender Signature K. Brown        Date 12/22/08

**Offenders - Do Not Write Below This Line**

Date Received: 12/23/08            Tracking # 10060

Response Due: 1/7/09            Assigned to: Major

Action Taken/Response:

The Papers were Disapproved Here and sent to the Publication Review Committee for their Review

RECEIVED
FEB 18 2009
Ombudsman Services Unit

Respondent Signature [signature]    Printed Name and Title < Fly man >    Date 12/30/08

Original – Offender            First Copy – File            Second Copy – Offender as Intake Receipt



VIRGINIA DEPARTMENT OF CORRECTIONS
**Regular Grievance**

Effective Date: November 1, 2007
**Operating Procedure #866.1    Attachment #2**

# REGULAR GRIEVANCE

Log Number: _____

| BROWN, K. | | 207902 | D | 313 |
|---|---|---|---|---|
| **Last Name** | **First** | **Number** | **Building** | **Cell/Bed Number** |

**WHAT IS YOUR COMPLAINT?   (Provide information from the informal process:   Attach Informal Complaint or other documentation of informal process.)** Along with Information in Complaint Forms, the Video shown on Feb. 26, 2009 by the Honorable Louis Farrakhan, did not play in it's Entirely. It showed on 2/26/09 - 9:00 Am / 9:00 pm and on Feb. 27, 2009 9:00 Am / 9:00 pm - All four times it showed, from the beginning. (This was the first video by the Hon. Louis Farrakhan (Noi) at Red Onion in more than 8½ months. It kids my first time.) This denial to show the video in it's Entirely violates D.O.P. 841.3; there's no such thing as showing a different video, this was the first in more than 8½ months, and the only one. Christian and Jewish videos are shown in it's Entirely And different one's. It's A clear discriminatory act, and denial of allow N.O.I. members to views A sound and wholesome spiritual message my our leader and teacher. (Also, for two weeks, the video showed, from beginning - for only 45-50 minutes, cutting off midway through message.)

**What action do you want taken?** That the video be shown in it's Entirely; And that different videos of the Honorable Louis Farrakhan be shown often. This is per D.O.P. 841.3.

**Grievant's Signature:** K. Brown     **Date:** 03/02/09

**Warden/Superintendent's Office:** _____

**Date Received:** _____

*Revision Date: 5/29/07*



VIRGINIA DEPARTMENT OF CORRECTIONS
**Regular Grievance**

Effective Date: November 1, 2007
**Operating Procedure #866.1    Attachment #2**

**INSTRUCTIONS FOR FILING**: You are required per Operating Procedure 866.1 *Offender Grievance Procedure* to attempt to resolve your complaint in good faith prior to filing a regular grievance. You must submit your grievance within 30 days from the date of occurrence or discovery of incident. Only one issue per grievance will be addressed. Write your issue only in the space provided on the grievance form, preferably in ink. Regular grievances are submitted through the institutional mail to the Warden/Superintendent's office and a receipt issued within 2 working days from received date if the grievance is not returned during intake.

**INTAKE**:  Grievances should be accepted for logging unless returned for the following reason(s):

| | |
|---|---|
| ☑ | Non-Grievable. This issue has been defined as non-grievable in accordance with Operating Procedure 866.1.<br>☐ Disciplinary Procedure. You may appeal hearing decisions, penalties, and/or procedural errors under the provisions in Operating Procedure 861.1, *Offender Discipline*.<br>☑ Matters beyond the control of the Department of Corrections    *DCE issues non-grievable* |
| ☐ | Does not affect you personally |
| ☐ | Limited. You have been limited by the Warden/Superintendent |
| ☐ | More than one issue – resubmit with only one issue |
| ☐ | Expired Filing Period. Grievances are to be filed within 30 calendar days from date of occurrence/incident, or discovery of the occurrence/incident except in instances: 1) beyond the offender's control or, 2) where a more restrictive time frame has been established in Operating Procedures to prevent loss of remedy or the issue from becoming moot. |
| ☐ | Repetitive. This issue has been grieved previously in Grievance # |
| ☐ | Inquiry on behalf of other offenders. |
| ☐ | Group Complaints or Petitions. Grievances are to be submitted by individuals. |
| ☐ | Vulgar/Insolent or Threatening Language. YOU MAY BE CHARGED IN ACCORDANCE WITH OPERATING PROCEDURE 861.1 *OFFENDER DISCIPLINE* |
| ☐ | Photocopy/Carbon Copy. You must submit the original grievance for responses and appeals. |
| ☐ | Grievances Filed Regarding Another Institution. This grievance is being returned to you for you to submit to: |
| ☐ | Informal Procedure. You have not used the informal process to <u>resolve</u> your complaint |
| ☐ | Request for services |
| ☐ | Insufficient Information. You need to provide the following information to the Grievance Office within 5 days before the grievance can be processed: _____ |
| ☐ | The issue in the grievance is different from the issue in the informal complaint |

Institutional Ombudsman/Grievance Coordinator: *R. Mullins*    Date: *3/4/09*

**If you disagree with this decision, you have 5 calendar days from date of receipt to submit to the Regional Ombudsman for a review of the intake decision. The Regional Ombudsman's decision is final.**

Regional Review of Intake (within 5 working days of receipt)

| | |
|---|---|
| ☐ | The intake decision is being upheld in accordance with Operating Procedure 866.1 *Offender Grievance Procedure* |
| ☐ | The intake decision is being returned to you because the 5 day time limit for review has been exceeded |
| ☐ | The grievance meets the criteria for intake and is being returned to the Warden/Superintendent for logging. |

Regional Ombudsman: _____    Date: _____

*RECEIVED MAR 04 2009 GRIEVANCE*

**WITHDRAWAL OF GRIEVANCE**: I wish to voluntarily withdraw this grievance. I understand that by withdrawing this grievance, there will be no further action on this issue nor will I be able to file any other grievance in the future on this issue.

Offender Signature: _____    Date: _____

Staff Witness: _____    Date: _____

*Revision Date: 5/29/07*



VIRGINIA DEPARTMENT OF CORRECTIONS
**Informal Complaint**

Effective Date: November 1, 2007
**Operating Procedure #866.1   Attachment #9**

## Informal Complaint

**INSTRUCTIONS FOR FILING**: Briefly write your issue in the space provided on the Informal Complaint form, preferably in ink. Only one issue per Informal Complaint. Place your complaint in the designated area at your facility. A receipt is issued within 2 working days from the date received if the informal complaint is not returned during intake. If no response is received within 15 calendar days, you may proceed in filing a regular grievance. You may utilize your receipt as evidence of your attempt to resolve your complaint.

MR. K. BROWN _____ 207902 _____ D-313

Offender Name _____ Offender Number _____ Housing Assignment

- [ ] Unit Manager/Supervisor
- [ ] Personal Property
- [ ] Medical Administrator

- [ ] Food Service
- [ ] Commissary
- [x] Other (Please Specify): _____

- [ ] Treatment Program Supervisor
- [ ] Mailroom

RECEIVED
FEB 26 2009
DCE

Briefly explain the nature of your complaint (be specific):

ON OR About FRIDAY, FEB. 20, 2009, R.O.S.P. showed A VIDEO ON the INSTITUTIONAL CHANNEL, of the HONORABLE MINISTER LOUIS FARRAKHAN. THIS VIDEO DID NOT PLAY IN ITS ENTIREY (COMPLETELY); ONLY showing, MAYBE 45-50 MINUTES. THIS DENIED ME the AFFORDED Rights of D.O.P. 841; THIS WAS the FIRST TIME, IN OVER 8 MONTHS that A VIDEO by THE HON. MIN. LOUIS FARRAKHAN has been shown At R.O.S.P. (THIS should NOT SUBSTITUTE FOR the DENIED of MY RELIGIOUS PUBLICATION: THE FINAL CALL NEWSPAPER, which has been REPEATEDLY DENIED SINCE NOVEMBER 2008.

Offender Signature _K. Brown_ Date _02/21/09_

**Offenders - Do Not Write Below This Line**

**Date Received:** 2/24/09

**Response Due:** 3/11/09

**Tracking #** 11085

**Assigned to:** DCE

Action Taken/Response:

Brown the video in question is longer than the time allowed to show. Each video block is 1 hour. Therefore, the video will be shown over a three week period. We also rotate our videos so that the different videos will play and not same video in back to back months. As for the newspaper DCE doesn't not decide on publications this is a matter for security.

_N. Moore_ _____ D. Moore _____ 2-26-09

Respondent Signature _____ Printed Name and Title _____ Date

RECEIVED
MAR 04 2009
GRIEVANCE

Original – Offender _____ First Copy – File _____ Second Copy – Offender as Intake Receipt

313

VIRGINIA DEPARTMENT OF CORRECTIONS
RED ONION STATE PRISON
Inmate Request For Information/Service

Implementation Memo for DOP# 866
Attachment #2

# INMATE REQUEST FOR INFORMATION/SERVICE

**INSTRUCTIONS FOR FILING:** If you have a complaint that may result in a formal grievance, you must use the Informal Complaint Form. This form is to be used for requesting general information through specific departments. Please ensure that your topic coincides with the appropriate department.

**Please fill out form & send to (please check one below) and place in the institutional mail:**

| | | |
|---|---|---|
| ☐ Warden | ☐ DCE | ☐ Mailroom |
| ☐ Assistant Warden | ☐ Mental Health | ☐ Inmate Grievance Office |
| ☐ Major (security) Flemzng | ☐ Medical | ☐ Safety Officer |
| ☐ Treatment/TPS | ☐ Food Service | ☐ Institutional Investigator |
| ☐ Operations Officer | ☐ Dentist | ☐ Buildings & Grounds |
| ☐ Business Office | ☐ Recreation Supervisor | ☐ Laundry _____ |
| ☐ Property Control | ☐ Inmate Records | ☐ Chaplain |
| ☐ Unit Manager, _____ Bldg. | ☐ Disciplinary Hearings Officer | ☐ Other _____ |

RECEIVED
MAR 0 9 2009
ROSP
Major

| Inmate's Last Name | First Name | Number | Building | Cell Number |
|---|---|---|---|---|
| K. Brown | | 207902 | | |

**PLEASE STATE YOUR QUESTION:** _____

Sir, I am submitting this Request to you, Regarding Final Call Newspapers that's denied - stating violation of D.O.P. 803.2 #12. You have denied that publication for 4 1/2 months- weekly. I have only Received one Notice From P.R.C.- that was Vol. 28 #5: I have not heard anything Regarding Vol. 28 #6 - Vol. 28. No.18. Those issues are denied me for the same Reason, yet, I have not heard From P.R.C. in 4 months- since Nov. 2008 - Regarding those on Attached Forms.
        This denial to Respond has violated my Due Process Rights, as outlined in D.O.P. 803.1 And 803.2. (And 841.3.)
        Sir, I am consulting you because your Name is on the denial Forms. Please Respond.
                    Thank you.

**Inmate's Signature:** K. Brown          **Date:** 03/05/09

**STAFF RESPONSE:** Once PRC makes a decision you will Be Notified

**Respondent's Signature:** [signature]          **Date:** 3/9/09

Revision Date: October, 2004

O3/3 [handwritten]

VIRGINIA DEPARTMENT OF CORRECTIONS
RED ONION STATE PRISON
Inmate Request For Information/Service

TO GRIEV... OFFICE [handwritten]

Implementation Memo for DOP# 866
Attachment #2

# INMATE REQUEST FOR INFORMATION/SERVICE

**INSTRUCTIONS FOR FILING:** If you have a complaint that may result in a formal grievance, you must use the Informal Complaint Form. This form is to be used for requesting general information through specific departments. Please ensure that your topic coincides with the appropriate department.

**Please fill out form & send to (please check one below) and place in the institutional mail:**

□ Warden                        □ DCE                          □ Mailroom
□ Assistant Warden      **RECEIVED**  □ Mental Health       ⊘ Inmate Grievance Office
□ Major (security)                  □ Medical                 □ Safety Officer
□ Treatment/TPS          **MAR 0 4 2009**  □ Food Service    □ Institutional Investigator
□ Operations Officer             □ Dentist                   □ Buildings & Grounds
□ Business Office          **GRIEVANCE**  □ Recreation Supervisor  □ Laundry
□ Property Control                □ Inmate Records          □ Chaplain
□ Unit Manager _____ Bldg. □ Disciplinary Hearings Officer  □ Other _____

**RECEIVED**
**MAR 0 9 2009**
**ROSP Major**



| Inmate's Last Name | First Name | Number | Building | Cell Number |
|---|---|---|---|---|
| K. Brown | | 267902 | D | 313 |

**PLEASE STATE YOUR QUESTION:**

NOTE: THE ONLY GRIEVANCE I Filed Relating to Any publications denial was: log number # 620-29039.

Also I Am Filing this grievance For those issues that were denied back in December 2008, that I've yet to hear Anything About. It's been over 90 days since those publications were taken/denied. That's the meat of this grievance, not some other grievance. Again, these Are You All's delay factors. My grievance I provided All Necessary and need information (Complaint and grievance).

**Inmate's Signature:** K. Brown          **Date:** 03·02·09

**STAFF RESPONSE:** Mr. Brown you have grieved your Final Call twice, one was withdrawn and the other is at Level II. The issue with publications (Dec.) would be expired. You have not provided any documentation of when other Final Calls were taken or if they were even sent to the PRC. If you have documentation of publications sent to PRC and not returned in a reasonable time, address that by informal & attach documentation to support your claim.

**Respondent's Signature:** F. Taylor          **Date:** 3/4/09

*Revision Date: October. 2004*

VIRGINIA DEPARTMENT OF CORRECTIONS
**Regular Grievance**

Effective Date: November 1, 2007
Operating Procedure #866.1    Attachment #2

# REGULAR GRIEVANCE

Log Number: _____

| BROWN, K. | | 207902 | D | 313 |
|---|---|---|---|---|
| **Last Name** | **First** | **Number** | **Building** | **Cell/Bed Number** |

**WHAT IS YOUR COMPLAINT?** (Provide information from the informal process: Attach Informal Complaint or other documentation of informal process.) (NOTE: THIS complaint was returned to me on 02/24/09, @ 7:56 p.m.) As stated in complaint; My publications were denied; December 5th, 2008 (vol. 28-#7); December 2, 2008 (vol. 28 #6); December 6, 2008 (vol. 28 No. 9); December 6, 2008 (vol. 28 No. 10). It has been will over 60 days and no response have been giving to me by P.R.C. Though, I had FINAL CALL vol. 28 no. 5 (from Dec. 2, 2008) denied by P.R.C, it's being rendered that all must be denied. And therefore, it's irrelevant to respond to the above mention publication. This violation, as it appear, denotes to me that this Religious publication is new, or at least being treat as though it's banned (It's been denied every week - since Nov. 2008). No true reason is being giving; Yet, it's an approved publication through VDOC, and I've received it prior to Nov. 2008, here at Red Onion (For 12-13 wks) There's been no disorderly conduct by offenders because of this publication; no threats, not one assault, not escapes; no fire security threat, or offense to staff or others. This is a Religious publication, not gang, terrorist or violent advocating publication; it's approved at other facilities.

**What action do you want taken?** That offenders be permitted to continue receiving this Religious publication (it's denial did not serve a State/Prison interest). That I be told exactically what it is about the paper that Red Onion now doesn't like (Red Onion cannot make arbitrary rules regards Religious beliefs). And Lastly, that I be reimbursed for funds paid to receive this publication, since Red Onion approved me to receive publication (in Ag. 2008); knowing what type of paper it was.

**Grievant's Signature:** K. Brown                    **Date:** 02/24/09

**Warden/Superintendent's Office:** _____

**Date Received:** _____



VIRGINIA DEPARTMENT OF CORRECTIONS
**Regular Grievance**

Effective Date: November 1, 2007
**Operating Procedure #866.1    Attachment #2**

**INSTRUCTIONS FOR FILING**: You are required per Operating Procedure 866.1 *Offender Grievance Procedure* to attempt to resolve your complaint in good faith prior to filing a regular grievance. You must submit your grievance within 30 days from the date of occurrence or discovery of incident. Only one issue per grievance will be addressed. Write your issue only in the space provided on the grievance form, preferably in ink. Regular grievances are submitted through the institutional mail to the Warden/Superintendent's office and a receipt issued within 2 working days from received date if the grievance is not returned during intake.

| | **INTAKE:** Grievances should be accepted for logging unless returned for the following reason(s): |
|---|---|
| ☐ | Non-Grievable. This issue has been defined as non-grievable in accordance with Operating Procedure 866.1<br>☐ Disciplinary Procedure. You may appeal hearing decisions, penalties, and/or procedural errors under the provisions Operating Procedure 861.1, *Offender Discipline*.<br>☐ Matters beyond the control of the Department of Corrections |
| ☐ | Does not affect you personally |
| ☐ | Limited. You have been limited by the Warden/Superintendent |
| ☐ | More than one issue – resubmit with only one issue |
| ☑ | Expired Filing Period. Grievances are to be filed within 30 calendar days from date of occurrence/incident, or discovery of the occurrence/incident except in instances: 1) beyond the offender's control or, 2) where a more restrictive time frame has been established in Operating Procedures to prevent loss of remedy or the issue from becoming moot. *issue's* |
| ☐ | Repetitive. This issue has been grieved previously in Grievance # *occurring in Dec. are* |
| ☐ | Inquiry on behalf of other offenders. *expired.* |
| ☐ | Group Complaints or Petitions. Grievances are to be submitted by individuals. |
| ☐ | Vulgar/Insolent or Threatening Language. YOU MAY BE CHARGED IN ACCORDANCE WITH OPERATING PROCEDURE 861.1 *OFFENDER DISCIPLINE* |
| ☐ | Photocopy/Carbon Copy. You must submit the original grievance for responses and appeals. |
| ☐ | Grievances Filed Regarding Another Institution. This grievance is being returned to you for you to submit to: |
| ☐ | Informal Procedure. You have not used the informal process to <u>resolve</u> your complaint |
| ☐ | Request for services |
| ☑ | Insufficient Information. You need to provide the following information to the Grievance Office within 5 days before the grievance can be processed: *Clarify. Supply grev. # if you grieved these issues which you should have done if you disputed the disapproval of these issues.* |
| ☐ | The issue in the grievance is different from the issue in the informal complaint |

Institutional Ombudsman/Grievance Coordinator: *R. Mullins* Date: *2/27/09*
*J. Taylor    2/4/09*

**If you disagree with this decision, you have 5 calendar days from date of receipt to submit to the Regional Ombudsman for a review of the intake decision. The Regional Ombudsman's decision is final.**

| | Regional Review of Intake (within 5 working days of receipt) |
|---|---|
| ☐ | The intake decision is being upheld in accordance with Operating Procedure 866.1 *Offender Grievance Procedure* |
| ☐ | The intake decision is being returned to you because the 5 day time limit for review has been exceeded |
| ☐ | The grievance meets the criteria for intake and is being returned to the Warden/Superintendent for logging. |

Regional Ombudsman: _____ Date: _____

**WITHDRAWAL OF GRIEVANCE**: I wish to voluntarily withdraw this grievance. I understand that by withdrawing this grievance, there will be no further action on this issue nor will I be able to file any other grievance in the future on this issue.

Offender Signature: _____ Date: _____

Staff Witness: _____ Date: _____

*Revision Date: 5/29/07*

VIRGINIA DEPARTMENT OF CORRECTIONS
**Informal Complaint**

Effective Date: November 1, 2007
**Operating Procedure #866.1    Attachment #9**

## Informal Complaint

**INSTRUCTIONS FOR FILING**: Briefly write your issue in the space provided on the Informal Complaint form, preferably in ink. Only one issue per Informal Complaint. Place your complaint in the designated area at your facility. A receipt is issued within 2 working days from the date received if the informal complaint is not returned during intake. If no response is received within 15 calendar days, you may proceed in filing a regular grievance. You may utilize your receipt as evidence of your attempt to resolve your complaint.

K. BROWN                        207902                        ▬▬▬▬▬▬▬
Offender Name                   Offender Number               Housing Assignment

- [ ] Unit Manager/Supervisor    - [ ] Food Service            - [ ] Treatment Program Supervisor
- [ ] Personal Property          - [ ] Commissary              - [ ] Mailroom
- [ ] Medical Administrator      - [ ] Other (Please Specify): _____

Briefly explain the nature of your complaint (be specific):

I AM Filing this complaint Regarding Publications that were deneed me, back DECEMBER 5th, 2008 (Final Call Vol. 28, #7). December 2, 2008 (Final Call Vol. 28 #6); DECEMBER 6, 2008 (Final Call Vol. 28 #8); December 6, 2008 (Final Call Vol. 28 # 10). I'VE heard From Vol. 28 #5 (Taking on Dec. 2, 2008), but Not these Listed. I Am being wrongly deneed my Religious Publication as permitted by D.O.P. 841.3; And is an Approved publication throughout D.O.C.

Offender Signature  _K Brown_                      Date  02/12/09

**Offenders - Do Not Write Below This Line**

**Date Received:** 2/17/09

**Response Due:** 3/4/09

**Tracking #** 10901

**Assigned to:** Major

Action Taken/Response:

Will set with Major and property and see what is going on with your publications list and books.

L.T. Muller _____                L.T. Muller _____
Respondent Signature               Printed Name and Title

RECEIVED
GRIEVANCE
MAR 04 2009

RECEIVED
2/19/09
Date

RECEIVED
FEB 27 2009
GRIEVANCE

Original – Offender                First Copy – File              Second Copy – Offender as Intake Receipt

*Revision Date: 7/13/07*



VIRGINIA DEPARTMENT OF CORRECTIONS
RED ONION STATE PRISON
Inmate Request For Information/Service

09-204

Implementation Memo for DOP# 866
Attachment #2

# INMATE REQUEST FOR INFORMATION/SERVICE

**INSTRUCTIONS FOR FILING:** If you have a complaint that may result in a formal grievance, you must use the Informal Complaint Form. This form is to be used for requesting general information through specific departments. Please ensure that your topic coincides with the appropriate department.

RECEIVED
MAR 2009
ROSP Warden's Center

**Please fill out form & send to (please check one below) and place in the institutional mail:**

| | | |
|---|---|---|
| ☑ Warden | ☐ DCE | ☐ Mailroom |
| ☐ Assistant Warden | ☐ Mental Health | ☐ Inmate Grievance Office |
| ☐ Major (security) | ☐ Medical | ☐ Safety Officer |
| ☐ Treatment/TPS | ☐ Food Service | ☐ Institutional Investigator |
| ☐ Operations Officer | ☐ Dentist | ☐ Buildings & Grounds |
| ☐ Business Office | ☐ Recreation Supervisor | ☐ Laundry |
| ☐ Property Control | ☐ Inmate Records | ☐ Chaplain |
| ☐ Unit Manager, _____ Bldg. | ☐ Disciplinary Hearings Officer | ☑ Other S. Brown, Major's Office |

| MR. K. BROWN | | 207402 | | |
|---|---|---|---|---|
| **Inmate's Last Name** | **First Name** | **Number** | **Building** | **Cell Number** |

**PLEASE STATE YOUR QUESTION:** PLEASE SEE Attached LETTER:

_____

**Inmate's Signature:** _K. Brown_          **Date:** _03/19/09_

**STAFF RESPONSE:**

Mr. Brown,
   The publication review committee states that it could take at least 3 months to reach a decision. Please refer any further complaints to the committee.

**Respondent's Signature:** S. Brown          **Date:** 3/24/09

Revision Date: October, 2004

Pg. 2

This Failure to Respond has denied me
the opportunity, Not only to grieve the
decision by Major L. Fleming, but Also to
Appeal to Deputy Director of Operations.

According to D.O.P-803.2, I have a Right
to be Notified of denied publications, to grieve
And Appeal such decisions by P.R.C.

I have written Major L. Fleming Regarding
this matter. He utterly ducked and dodged
this issue.

And so, I turn to you, Let you know, I've
been violated by your Administration. I Ask
that you please look into this matter And
Respond timely.

Thank You, And I look forward to hearing
From you.


Sincerely,

Mr. Kelvin Brown

VIRGINIA DEPARTMENT OF CORRECTIONS
**Informal Complaint**

Effective Date: November 1, 2007
**Operating Procedure #866.1    Attachment #9**

## Informal Complaint

**INSTRUCTIONS FOR FILING**: Briefly write your issue in the space provided on the Informal Complaint form, preferably in ink. Only one issue per Informal Complaint. Place your complaint in the designated area at your facility. A receipt is issued within 2 working days from the date received if the informal complaint is not returned during intake. If no response is received within 15 calendar days, you may proceed in filing a regular grievance. You may utilize your receipt as evidence of your attempt to resolve your complaint.

| K. BROWN | 207902 | D-313 |
|---|---|---|
| Offender Name | Offender Number | Housing Assignment |

- [ ] Unit Manager/Supervisor
- [ ] Personal Property
- [ ] Medical Administrator
- [ ] Food Service
- [ ] Commissary
- [x] Other (Please Specify): _____
- [ ] Treatment Program Supervisor
- [ ] Mailroom

Briefly explain the nature of your complaint (be specific):

ON/about JAN. 27, 2009 I WAS Notified, My publication: MAXIM (Feb. 2009-issue) would be denied For violating D.O.P 803.2 #7. It has been over 1½ months and I have not heard anything From P.R.C (here at R.O.S.P.). I have not been told what part/portion, page(s) and/or paragraph(s) violate such policy - As it state in D.O.P. 803.2 G(5)(A) "Disapproved Publication Log". This Failure to respond hinders me of my Due Process to grieve and/or appeal the decision.

Offender Signature _K. Brown_ Date _03/17/09_

**Offenders - Do Not Write Below This Line**

Date Received: _3|18|09_ Tracking # _11657_

Response Due: _4|2|09_ Assigned to: ~~Mail Room~~ Property

Action Taken/Response:

MR. Brown, please be Advised that you was mailed A letter stating why the publication was disapproved at this level. The publication has been sent to the PRC for review but As not been returned As of 3-23-09. Once the outcome of the PRC's decesion is determined you will receive Another letter stating their decision.

_[signature]_ J. Owens/property 40 _3-23-09_
Respondent Signature    Printed Name and Title    Date

Original – Offender    First Copy – File    Second Copy – Offender as Intake Receipt

VIRGINIA DEPARTMENT OF CORRECTIONS
**Informal Complaint**

RECEIVED

**RECEIVED:** November 1, 2007
Operating Procedure #866.1    Attachment #9

MAR 2 3 2009

ROSP
Major

## Informal Complaint

**INSTRUCTIONS FOR FILING:** Briefly write your issue in the space provided on this Informal Complaint form, preferably in ink. Only one issue per Informal Complaint. Place your complaint in the designated area at your facility. A receipt is issued within 2 working days from the date received if the informal complaint is not returned during intake. If no response is received within 15 calendar days, you may proceed in filing a regular grievance. You may utilize your receipt as evidence of your attempt to resolve your complaint.

| K. Brown | 207902 | D - 313 |
|---|---|---|
| Offender Name | Offender Number | Housing Assignment |

- [ ] Unit Manager/Supervisor
- [ ] Personal Property
- [ ] Medical Administrator

- [ ] Food Service
- [ ] Commissary
- [ ] Other (Please Specify): _____

- [ ] Treatment Program Supervisor
- [ ] Mailroom

Briefly explain the nature of your complaint (be specific):

On Feb. 17, 2009, I was notified that my Feb. 19, 2009 "Rolling Stones" Magazine would be denied and referred to Publication Review Committee. It has been over 45 days and I've yet to be notified of P.R.C. decision, or the advisement of what page(s) and paragraph(s) of publication violate 803.2 #12: As it relate to D.O.P. 803.2 (G)(S)(A) Attachment #1. This failure to respond denys me due process to file grievance/appeal, as outlined in 803.2.

Offender Signature _K. Brown_    Date _03/23/09_

**Offenders - Do Not Write Below This Line**

**Date Received:** 3-24-09    **Tracking #** 11801

**Response Due:** 4-8-09    **Assigned to:** Major

Action Taken/Response:

Mr. Brown, the attachment that you list is for my office to fill out and send to the Publication Review Committee. It is not required that we send this to you. Once we receive a response from PRC we will notify you.

Respondent Signature    Printed Name and Title _Major_    Date _3/25/09_

Original – Offender    First Copy – File    Second Copy – Offender as Intake Receipt

VIRGINIA DEPARTMENT OF CORRECTIONS
**Informal Complaint**

Effective Date: November 1, 2007
**Operating Procedure #866.1    Attachment #9**

## Informal Complaint

**INSTRUCTIONS FOR FILING**: Briefly write your issue in the space provided on the Informal Complaint form, preferably in ink.  Only one issue per Informal Complaint.  Place your complaint in the designated area at your facility.  A receipt is issued within 2 working days from the date received if the informal complaint is not returned during intake.  If no response is received within 15 calendar days, you may proceed in filing a regular grievance.  You may utilize your receipt as evidence of your attempt to resolve your complaint.

K. BROWN                    207902                    D / 313
Offender Name                 Offender Number                Housing Assignment

☐ Unit Manager/Supervisor     ☐ Food Service           ☐ Treatment Program Supervisor
☐ Personal Property           ☐ Commissary             ☐ Mailroom
☐ Medical Administrator       ☐ Other (Please Specify): _____

Briefly explain the nature of your complaint (be specific):

ON Jan. 27, 2009, I was notified that my "MAXIM" (Feb. 2009 issue)
was denied, and being REFERRED to Publication Review Committee.
It's has been well over 60 days, And I have not been notified of
the P.R.C. decision (and what page(s) And paragraph(s) violates D.O.P. 803.2
#7, As it Relate to D.O.P. 803.2 (G)(5)(B) "Disapproved Publication Log" - Attachment #1)
This failure to Respond deny's me due process, to file a grievance As Appeal,
As outlined in D.O.P. 803.2.

Offender Signature ___K. Brown___     Date ___03/23/09___

**Offenders - Do Not Write Below This Line**

**Date Received:** ___3-24-09___                    **Tracking #** ___11800___

**Response Due:** ___4-8-09___           **Assigned to:** ___Major___

Action Taken/Response:

Mr. Brown, the attachment that you
List is from My office to fill out And
Sent to the Publication Review Committee.
It is Not Required that we Send this to
you.
Once we Recieve A Response from PRC
we will Notify you

_____         _____ LPH_ LWOS _____    3/25/05
Respondent Signature           Printed Name and Title        Date

Original – Offender            First Copy – File         Second Copy – Offender as Intake Receipt

# MEMORANDUM

**Red Onion State Prison**                                    **Warden: Tracy S. Ray**

Mr. Brown, this memorandum is in reference to the letter that you sent to the administration. I have looked into your issue and found out the following information. First, you have grieved this issue and it was unfounded at our level and it was upheld at the higher level. If the publication was disapproved it cannot be delivered to inmates at ROSP.

If you have additional questions or concerns your assigned counselor would be glad to address them.

*Q. Reynolds*

Q. Reynolds, TPS                    3-25-09

09-46

Major

RECEIVED

MAR 05 2009

Deputy Director, Operations

MR. KELVIN BROWN # 207902
RED ONION STATE PRISON D-313
P.O. BOX 1900
POUND, VIRGINIA 24279

RECEIVED
MAR 1 2 2009
ROSP Warden's
Center

DEPUTY DIRECTOR OF OPERATIONS
MR. J. JABE
P.O. BOX 26963
RICHMOND, VIRGINIA 23261

MARCH 1, 2009

DEAR MR. JABE;

I submit this LETTER OF COMPLAINT to you, RE-
gARDING A RETURNED APPEAL, WHEREIN I APPEAL-
Ed the ARBITRARY dECISION OF AuthoRITIES
At RED ONION to dENY my RELIGIOUS PuBlICA-
tION. (Log NumbER 620-29039).

WITHIN youR RETURNED FORM, to dENY
(uNFOUNDEd) my APPEAL, you bASICAL CITEd
the ClAIMS OF both, INSTITUTIONAL AuthoRIT-
IES ANd OPERATING PROCEDURE 803.2 #12.

-BACK-

PG. 2

With due Respect to your office, I humbly State; you have failed to evaluate and offer Redress to this matter. No where did you cite claims, as it Relate to the denied publication, what evidence you used to uphold the decision of Authorities at Red Onion.

This publication has been permitted within the walls of Red Onion for years. Prior to this Rapid and continous denial of this — Religious (Re) Publication, I had received it for three straight months (weekly). It was never a concern during those 12-13 weeks, that this publication "Could" be (determined) to be detriment to the security.

In the Reason for denial, you nor authorities at Red Onion cited, how this prior approved publication is or "Could" (d) be detrimental to security..... Could allows a wide Range of speculation, and in some cases False Assumptions.

No where did you or Authorities At Red Onion cite, how this decision serves a penological or state interest; especially when this Religious is published by a V.D.O.C. Recognized Religion but also is approved throughout V.D.O.C. - For years.

PG. 3

THE CONTENT of this RELIGIOUS Publications has
not changed since it was First approved, or
during the three months I Received, prior
to its continuous denial - From Nov. 2008 until
this day.

MR. JABE, you ARE A SWORN WORKER and
OFFICIAL of the STATE of VIRGINIA, to up-
hold the LAW And INTEGRETY of the STATE.
By policy of D.O.C.; the U.S. Constitutional
AMENDMENT #'s 1 And 14; VIRGINIA Code of
LAW; the RELIGIOUS LAND USE And INSTITUTIONAL-
IZED PERSONS Act of 2000 (E U.S.C.); ACA STAN-
dARDS, And FREE EXERCISE CLAUSE, you have
Failed to Administer And uphold the LAW. This
publication, NOR its CONTAINED content pro-
motes, Advocates teaches, Advertise not display
(depict) gang Activity, terrorism, Violence,
CIVIL UNREST, NOR does it Advise to CAUSE
disRuption to INSTITUTIONS

I have been in VDOC LONGER than you've been
WORKING, And you KNOW, there's no WAY, NEVER
been AN ESCAPE, Riot, stabbing, Assault, Attack
on OFFICERS oR prisoner At the hand of this
publication. This is A RELIGIOUS NEWSPAPER -
You All KNOW What the NATION OF ISLAM
stand For. WE'RE birthed in AMERICA, And
NEVER has the N.O.I. been slated As A
                    -BACK-

PG. 4

TERRORIST ORGANIZATION OR GANG.

To conclude, SIR, I could LIVE with the FACT, IF AUTHORITIES DENIED ONE ISSUE of the NEWSPAPER. But NO, MAJOR L. Fleming has DENIED EVERY ISSUE SINCE NOV. 6, 2008; that's OVER 14-17 ISSUES. It's NO WAY All those papers violate policy, when prior to NOV. 6, 2008, I RECEIVED them FOR 12-13 straight WEEKS; And At other INSTITUTIONS, I'VE NEVER had ONE ISSUE DENIED - IN 14½ yrs, UNTIL I ARRIVED At RED ONION.

FOR these REASONS, I'm Led to believe this CONTINUOUS ACT by AUTHORITIES At RED ONION ARE RACIALLY MOTIVATED And RELIGIOUS bigotry. (EVEN the CHAPLAIN (MR. Mitchell) doesn't UNDERSTAND why the publication is BEING DENIED, AFTER being Approved And permitted.)

I conclude by SAYING, I HAVE EXHAUSTED All INSTITUTIONAL REMEDIES, it's NOW time to proclaim, LEGAL ACTIONS must proceed this VIO-lation(ms) of my FIRST AMENDMENT Rights

THANK you FOR READING these words,

SINCERELY,
Mr. Kelvin R----