

The Good Samaritan: A Study of Cuba by the Honorable Minister Louis Farrakhan—Pgs. 20-21

# The Final Call

store.finalcall.com
VOLUME 27 NUMBER 50
SEPTEMBER 16, 2008
www.finalcall.com
U.S. $1.00

## Carrying KATRINA'S BURDEN

Three years after storm, Black lives and communities still in limbo—Pg. 3

**NATIONAL**
Ending the Israeli and Palestinian impasse—Pg. 6
U.S.-backed military feeds sectarian tensions in Iraq—Pg. 13

**INTERNATIONAL**

**PERSPECTIVES**
What every Black Christian should know—Pg. 26

*This is an issue of the publication that's been denied.*

