IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA

Roanoke Division

KELVIN E. BROWN, #207902,

    Plaintiff,

v.                                                                          Civil Action No. 7:09cv00180

TRACY S. RAY, *et al.*,

    Defendants.

## MOTION FOR SUMMARY JUDGMENT

COME NOW the Defendants Tracy S. Ray, Warden, L. Fleming, Major, and T. Pease, Mailroom Supervisor, (hereinafter collectively referred to as "Correctional Defendants"), by counsel, pursuant to Rule 56, Federal Rules of Civil Procedure, and respectfully move this Honorable Court for summary judgment as to Claims # 2-6 for the reasons set forth in the Memorandum in Support accompanying this Motion.

    Respectfully Submitted,

    TRACY S. RAY,
    L. FLEMING
    T. PEASE


    By_____/s/_____
                    Counsel

Richard C. Vorhis, SAAG, VSB #23170
Attorney for Defendants
Office of the Attorney General
Public Safety and Enforcement Division
900 East Main Street
Richmond, Virginia 23219
Phone: 804-786-4805
Fax: 804-786-4239
rvorhis@oag.state.va.us

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of September, 2009, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:  N/A

And I hereby certify that I will mail the document by U.S. mail to the following non-filing user:

Kelvin E. Brown, #207902
Red Onion State Prison
Post Office Box 1900
Pound, Virginia 24279

/s/
Richard C. Vorhis, SAAG, VSB #23170
Attorney for Defendants
Office of the Attorney General
Public Safety and Enforcement Division
900 East Main Street
Richmond, Virginia 23219
Phone:  804-786-4805
Fax:  804-786-4239
rvorhis@oag.state.va.us