VIRGINIA DEPARTMENT OF CORRECTIONS — Effective Date: November 1, 2007
Regular Grievance — Operating Procedure #866.1 Attachment #2

RECEIVED
MAY 19 2009
Ombudsman Services Unit

# REGULAR GRIEVANCE

RECEIVED
MAY 18 2009
Deputy Director, Operations

620—
Log Number: 29506

| Last Name | First | Number | Building | Cell/Bed Number |
|---|---|---|---|---|
| Brown, | K. | 207902 | D | 313 |

**WHAT IS YOUR COMPLAINT?** (Provide information from the informal process: Attach Informal Complaint or other documentation of informal process.)

Prior to the denial of my Religious Newspaper, I received such for 12-13 wks (Aug. 2008 - Nov. 2008). Since then, the paper has been repeatedly denied - for more than 4 1/2 - 5 mons; for reasons: "detremental to security, orderly operations, etc. Fact be told, this paper has been coming into the VA. D.O.C. and R.O.S.P. since 1998. There has never been an assault, riot, escape, or disruptive to the order or security of R.O.S.P., nor are there any data/intelligence existing, saying, there are future planning to commit assault, riot, escape, etc. Moreover, to deny the newspaper has not made R.O.S.P. safer nor more disruptive. This repeated, arbitrary decision to deny is meritless, it does not serve a penological interest; the chaplain dept. does not show Nation of Islam videos (weekly), nor does the dept. provide N.O.I. material/literature. This is violation of my Religious Rights. This volume, nor any other is a threat to R.O.S.P.

**What action do you want taken?** As previously done, and is throghout VA. D.O.C., permit the newspaper to all prisoner at R.O.S.P.; this is a segregation unit, how does this publication poses a "detrement" to security? Stop the violations of prisoner's Religious Rights. And apologize to all, via memo, for such chicaneries and violations.

Grievant's Signature: K. Brown    Date: 04/01/09

Warden/Superintendent's Office: J. Taylor    MAY 17 2009
Date Received: 4/3/09

OMBUDSMAN SERVICES UNIT
WESTERN REGION

RECEIVED
APR 03 2009
Grievance


VIRGINIA DEPARTMENT OF CORRECTIONS  Effective Date: August 1, 2007
Notification of Publication Review Committee Disapproval    Operating Procedure #803.2 Attachment #2

Case 7:09-cv-00180-pms   Document 18-5   Filed 09/17/09   Page 2 of 20

# MEMORANDUM

**RECEIVED**
MAY 18 2009
Deputy Director, Operations

**Red Onion State Prison**          **Warden: Tracy S. Ray**

TO:        Brown  Kelvin   207902   D 313

FROM:      Major L. Fleming, Chief of Security

DATE:      3/31/2009

SUBJECT:   Publication Disapproval

Your publication The Final Call Vol 28 # 4 has been reviewed by PRC and it has been determined that you cannot possess these publications.

This publication has been disapproved due to the violation of Division Operating Procedure 803.2, *Incoming Publications, Specific Criteria for Publication Disapproval* 803.2 # 12. If you are dissatisfied with this decision, you may appeal using the Offender Grievance Procedure within seven days of the date of this letter. Otherwise, in accordance with Operating Procedure 802.1, *Offender Property*, you must dispose of this property using the Property Disposition Form.

LF/sb

(If the grievance coordinator receives a grievance, then he/she must notify personal property/mailroom to retain publication pending review of grievance at all levels).

cc:   Grievance Coordinator*
      Mail Room
      File

**RECEIVED**
MAY 19 2009
Ombudsman Services Unit

**RECEIVED**
MAY 1 7 2009
OMBUDSMAN SERVICES
WESTERN REGION

**RECEIVED**
APR 0 3 2009
Grievance

*Revision Date: 6/13/06*

Case 7:09-cv-00130-gmw Document 18-5 Filed 09/17/09 Page 3 of 20

VIRGINIA DEPARTMENT OF CORRECTIONS                                   Effective Date: August 1, 2007
Notification of Publication Review Committee Disapproval    Operating Procedure #803.2 Attachment #2

# MEMORANDUM

RECEIVED

MAY 18 2009

Deputy Director, Operation

**Red Onion State Prison**                    **Warden: Tracy S. Ray**

TO:        Brown Kelvin  207902   D 313

FROM:      Major L. Fleming, Chief of Security

DATE:      3/31/2009

SUBJECT:   Publication Disapproval

Your publication <u>The Final Call</u> <u>Vol. 28 # 10</u> has been reviewed by PRC and it has been determined that you cannot possess these publications.

This publication has been disapproved due to the violation of Division Operating Procedure 803.2, *Incoming Publications, Specific Criteria for Publication Disapproval* <u>803.2 # 12</u>. If you are dissatisfied with this decision, you may appeal using the Offender Grievance Procedure within seven days of the date of this letter. Otherwise, in accordance with Operating Procedure 802.1, *Offender Property*, you must dispose of this property using the Property Disposition Form.

LF/sb

(If the grievance coordinator receives a grievance, then he/she must notify personal property/mailroom to retain publication pending review of grievance at all levels).

cc:   Grievance Coordinator*
      Mail Room
      File

**RECEIVED**

MAY 19 2009

Ombudsman Services Unit

RECEIVED

MAY 1 7 2009

OMBUDSMAN SERVICE UNIT
WESTERN REGION

**RECEIVED**

APR 0 3 2009

**Grievance**

Virginia Department of Corrections | Effective Date: August 1, 2007
Notification of Publication Review Co Disapproval | Operating Procedure #803.2 Attachment #2

Case 7:09-cv-00180-pms Document 18-5 Filed 09/17/09 Page 4 of 20



# MEMORANDUM

**RECEIVED MAY 18 2009 Deputy Director, Operations**

**Red Onion State Prison**          **Warden: Tracy S. Ray**

TO:     Brown Kelvin 207902 D 313

FROM:   Major L. Fleming, Chief of Security

DATE:   3/31/2009

SUBJECT: Publication Disapproval

Your publication The Final Call Vol 28 # 12 has been reviewed by PRC and it has been determined that you cannot possess these publications.

This publication has been disapproved due to the violation of Division Operating Procedure 803.2, *Incoming Publications, Specific Criteria for Publication Disapproval* 803.2 # 12. If you are dissatisfied with this decision, you may appeal using the Offender Grievance Procedure within seven days of the date of this letter. Otherwise, in accordance with Operating Procedure 802.1, *Offender Property*, you must dispose of this property using the Property Disposition Form.

LF/sb

(If the grievance coordinator receives a grievance, then he/she must notify personal property/mailroom to retain publication pending review of grievance at all levels).

cc:  Grievance Coordinator*
     Mail Room
     File

**RECEIVED MAY 12 2009 OMBUDSMAN SERVICE UNIT WESTERN REGION**

**RECEIVED MAY 19 2009 Ombudsman Services Unit**

**RECEIVED APR 03 2009 Grievance**

Case 7:09-cv-00180-pms Document 18-5 Filed 09/17/09 Page 5 of 20

VIRGINIA DEPARTMENT OF CORRECTIONS  Effective Date: August 1, 2007
Notification of Publication Review Committee Disapproval  Operating Procedure #803.2 Attachment #2

# MEMORANDUM

RECEIVED
MAY 18 2009
Deputy Director, Operations

**Red Onion State Prison**  **Warden: Tracy S. Ray**

TO: Brown  Kelvin  207902  D 313

FROM: Major L. Fleming, Chief of Security

DATE: 3/31/2009

SUBJECT: Publication Disapproval

Your publication The Final Call  Vol 28 # 13  has been reviewed by PRC and it has been determined that you cannot possess these publications.

This publication has been disapproved due to the violation of Division Operating Procedure 803.2, *Incoming Publications, Specific Criteria for Publication Disapproval* 803.2 # 12. If you are dissatisfied with this decision, you may appeal using the Offender Grievance Procedure within seven days of the date of this letter. Otherwise, in accordance with Operating Procedure 802.1, *Offender Property*, you must dispose of this property using the Property Disposition Form.

LF/sb

(If the grievance coordinator receives a grievance, then he/she must notify personal property/mailroom to retain publication pending review of grievance at all levels).

cc: Grievance Coordinator*
    Mail Room
    File

RECEIVED
MAY 19 2009
Ombudsman Services Unit

RECEIVED
APR 03 2009
Grievance

RECEIVED
MAY 19 2009
OMBUDSMAN SERVICE UNIT
WESTERN REGION

*Revision Date: 6/13/06*

# MEMORANDUM

RECEIVED
MAY 18 2009
Deputy Director Operations

**Red Onion State Prison**                **Warden: Tracy S. Ray**

TO:         Brown  Kelvin   207902    D 313

FROM:    Major L. Fleming, Chief of Security

DATE:    3/31/2009

SUBJECT:    Publication Disapproval

Your publication The Final call  Vol 28 # 14  has been reviewed by PRC and it has been determined that you cannot possess these publications.

This publication has been disapproved due to the violation of Division Operating Procedure 803.2, *Incoming Publications, Specific Criteria for Publication Disapproval* 803.2 # 12. If you are dissatisfied with this decision, you may appeal using the Offender Grievance Procedure within seven days of the date of this letter. Otherwise, in accordance with Operating Procedure 802.1, *Offender Property*, you must dispose of this property using the Property Disposition Form.

LF/sb

(If the grievance coordinator receives a grievance, then he/she must notify personal property/mailroom to retain publication pending review of grievance at all levels).

cc:    Grievance Coordinator*
       Mail Room
       File

**RECEIVED**
MAY 19 2009
Ombudsman Services Unit

RECEIVED
APR 03 2009
OMBUDSMAN SERVICES UNIT
WESTERN REGION

**RECEIVED**
APR 03 2009
**Grievance**

# MEMORANDUM

RECEIVED
MAY 18 2009
Deputy Director, Operations

**Red Onion State Prison**　　　　　　　　　　**Warden: Tracy S. Ray**

TO:　　　Brown  Kelvin　  207902　  D 313

FROM:　　Major L. Fleming, Chief of Security

DATE:　　3/31/2009

SUBJECT:　Publication Disapproval

Your publication <u>The Final Call</u>  <u>Vol 28 # 15</u> has been reviewed by PRC and it has been determined that you cannot possess these publications.

This publication has been disapproved due to the violation of Division Operating Procedure 803.2, *Incoming Publications, Specific Criteria for Publication Disapproval* <u>803.2 # 12</u>. If you are dissatisfied with this decision, you may appeal using the Offender Grievance Procedure within seven days of the date of this letter. Otherwise, in accordance with Operating Procedure 802.1, *Offender Property*, you must dispose of this property using the Property Disposition Form.

LF/sb

(If the grievance coordinator receives a grievance, then he/she must notify personal property/mailroom to retain publication pending review of grievance at all levels).

cc:　Grievance Coordinator*
　　　Mail Room
　　　File

RECEIVED
MAY 19 2009
Ombudsman Services Unit

RECEIVED
MAY 1 2 2009
OMBUDSMAN SERVICE UNIT
WESTERN REGION

RECEIVED
APR 03 2009
Grievance

Case 7:09-cv-00180-pms  Document 18-5  Filed 09/17/09  Page 8 of 20

VIRGINIA DEPARTMENT OF CORRECTIONS — Effective Date: August 1, 2007
Notification of Publication Review Committee Disapproval — Operating Procedure 803.2 Attachment #2

# MEMORANDUM

**RECEIVED MAY 18 2009 Deputy Director, Operations**

**Red Onion State Prison**          **Warden: Tracy S. Ray**

TO:       Brown Kelvin  207902  D 313

FROM:     Major L. Fleming, Chief of Security

DATE:     3/31/2009

SUBJECT:  Publication Disapproval

Your publication The Final Call Vol 28 # 18 has been reviewed by PRC and it has been determined that you cannot possess these publications.

This publication has been disapproved due to the violation of Division Operating Procedure 803.2, *Incoming Publications, Specific Criteria for Publication Disapproval* 803.2 # 12. If you are dissatisfied with this decision, you may appeal using the Offender Grievance Procedure within seven days of the date of this letter. Otherwise, in accordance with Operating Procedure 802.1, *Offender Property*, you must dispose of this property using the Property Disposition Form.

LF/sb

(If the grievance coordinator receives a grievance, then he/she must notify personal property/mailroom to retain publication pending review of grievance at all levels).

cc:   Grievance Coordinator*
      Mail Room
      File

**RECEIVED MAY 19 2009 Ombudsman Services Unit**


RECEIVED MAY [illegible] 2009 OMBUDSMAN SERVICES UNIT WESTERN REGION

**RECEIVED APR 03 2009 Grievance**

*Revision Date: 6/13/06*

# REGULAR GRIEVANCE

**RECEIVED MAY 18 2009**
Deputy Director, Operations

Number: _____

| Last Name | First | Number | Building | Cell/Bed Number |
|---|---|---|---|---|
| BROWN, | K. | 20792 | D | 313 |

**WHAT IS YOUR COMPLAINT?** (Provide information from the informal process: Attach Informal Complaint or other documentation of informal process.) Prior to the repeated denial of my religious Newspaper, I had received it for 12-13 wks (consecutively), since then, it has been denied for 4 1/2 - 5 mons. There's no evidence to suggest nor support that the denial of this publication makes R.O.S.P. safer or less safer. There has been no assaults, riots, escape, etc., at the hand of this publication. Again, this is a religious publication. Red Onion is a segregation unit, 95% of prisoners locked behind the door, 23-24 hrs a day. This denial of this religious publication does not pose a threat to ROSP, it's security or staff, and, it does not serve a state or penological interest, however, it does violate prisoners religious rights. Chaplain Services does not provide Nation of Islam material, nor show video (N.O.I) weekly.

**What action do you want taken?** As done previously, and is throughout VA. D.O.C., permit all prisoners to receive the publication; stop the religious rights violations, and apologize, via memo.

**RECEIVED MAY 19 2009**
Ombudsman Services Unit

Grievant's Signature: K. Brown   Date: 04/01/09

Warden/Superintendent's Office: **RECEIVED**

Date Received: APR 03 2009

**RECEIVED** Grievance



# COMMONWEALTH of VIRGINIA

GENE M. JOHNSON
DIRECTOR

*Department of Corrections*

P. O. BOX 26963
RICHMOND, VIRGINIA 23261
(804) 674-3000

## INMATE GRIEVANCE RESPONSE FORM
### Level III

| K. Brown, #207902 | Red Onion State Prison | 620-29516 |
|---|---|---|
| Inmate Name and Number | Institution | Log Number |

Level III: Deputy Director/Director Response: (To be completed and mailed within twenty (20) calendar days)

I have reviewed your grievance appealing the decision of the Publication Review Committee's disapproval of the Volume 28, #17 issue of "The Final Call" publication.

In accordance with Operating Procedure 803.2, Incoming Publications, approval to order or receive a publication or subscription is not a blanket approval of the publication; each issue will be reviewed at the facility prior to delivery to inmates. The Warden/Superintendent or his designee should disapprove any publication for receipt and possession by inmates, if it is not already on the Disapproved Publication List and it can be documented to contain material that violates Operating Procedure #803.2, as specifically listed in 803.2 Section V (L) and Attachment #1. Red Onion State Prison determined that the publication might have contained material in violation of Operating Procedure 803.2 and forwarded it to the Publication Review Committee in accordance with policy.

On March 6, 2009, the Publication Review Committee reviewed the Volume 28, #17 issue of "The Final Call" publication and a final determination was made that they violated Operating Procedure 803.2- Section V (L), Attachment 1, #7 & #12 as follows:

> #7. Material that promotes, advocates or instructs in the commission of criminal activity or the violation of state or federal laws or the violation of the Offender Disciplinary Procedure.

> #12. Material whose content "could" be detrimental to the security, good order, discipline of the facility, or offender rehabilitative efforts or the safety or health of offenders, staff or others

I have considered your appeal of the Committee's decision and have determined that the Publication Review Committee disapproved the publication in accordance with Operating Procedure 803.2, Incoming Publications. I am upholding the Committee's decision. Your grievance is **unfounded**. You have exhausted all administrative remedies.

J. Jabe, Deputy Director of Operations

Date: 5/22/05

RECEIVED
MAY 2 8 2009
GRIEVANCE

# INMATE GRIEVANCE RESPONSE FORM
## LEVEL I

RECEIVED
MAY 1 4 2009

| Brown, K. 207902 | Red Onion State Prison | 620-29516 Deputy Director, Operations |
|---|---|---|
| **Inmate Name and Number** | **Institution** | **Log Number** |

**LEVEL I:** <u>Warden's Response</u>. (To be completed and mailed within thirty calendar days.)

**Grievance Summary:** You stated "The Final Call" (Volume 28 - #17) was disapproved by the Publication Review Committee on March 31, 2009. This is a violation of your religious rights as these newspapers are not a threat to security. No one has been harmed by this material.

**Informal Summary:** Your Publication Disapproval Notice dated March 31, 2009 is attached to the grievance.

**Investigation:** As you were advised by the memorandum dated March 31, 2009, your publication was reviewed and determined to violate Procedure 803.2, #12. This decision was made by the Publication Review Committee, and Major Fleming was notified of their decision. All books, publications, and tapes are subject to review for compliance with Procedure 803.2 prior to delivery to you. The policy number of the violation is noted on your disapproval notice. There has been no policy violation in disapproving this material. You will be required to disposition the publication in accordance with policy guidelines.

**Policy/Procedure:** Operating Procedure 803.2, #12 governs this issue.

In accordance with the above information, this grievance is considered to be **UNFOUNDED**, as procedures have been correctly applied. No further action appears to be necessary at this time.

_____ _____5-5-09_____
**Warden** **Date**

In accordance with procedure 866 governing Inmate Grievance Procedures, if you are dissatisfied with this response you may appeal this decision within five (5) calendar days to:

Deputy Director of Operations
P. O. Box 26963
Richmond, Virginia 23261-6963

**RECEIVED**
MAY 1 4 2009
Ombudsman Services Unit

I wish to appeal the LEVEL I Response because: _SEE Attachment_

_Kelvin Brown 207902_ _05/06/09_
**NAME AND INMATE NUMBER** **DATE**

RECEIVED
MAY 0 8 2009
OMBUDSMAN SERVICE UNIT
WESTERN REGION

rm

RECEIVED MAY 14 2009 Ombudsman Services Unit

RECEIVED MAY 14 2009 Deputy Director, Operations

LEVEL II Appeal:

Based upon the decision rendered by Grievance Officer, there was no independent review of this matter. Procedure 803.2 #12 is cited as reason, however, no evidence or documented proof has been offered to justify this claim.

I have offered numerous proofs to show, not only this publication do not pose a threat to security or orderly operation, but, this decision is arbitrary abuse of authority by Major Fleming. (I had received this publication from Aug. 2008 - Nov. 2008, without complete complaint or having one issue denied.) This publication has been permitted into Red Onion for over 10 yrs, never have any issue been denied, until Major Fleming, in Nov. 2008, decided to repeatedly denied such publication, for 7 months (weekly). This publication has not contributed to any assaults; riots; escapes; disorderly behavior, or any thing akin to a security threat. The denial of this publication has not made Red Onion safer or less safer.

This publication has been approved in VA. D.O.C. for over 21 years. The Disapproved Publication List reveals, in the years 1987-2008 - there has never been one issue of this publication denied. The format, message, and reason for this publication has not changed since 1988. (Red Onion is leading this denial campaign. The racist elements of white men at Red Onion frowns upon Islam, thereby, making it exceptable to deny such material.)

I conclude by asking for a thorough, independent review, impartial and fair review of each publication. If so, tell me what part, portion, page and paragraph violates p[olicy]

RECEIVED MAY 14 2009 OMBUDSMAN SERVICES WESTERN REGION

Case 7:09-cv-00480-pms   Document 18-5   Filed 09/17/09   Page 13 of 20

VIRGINIA DEPARTMENT OF CORRECTIONS                                    Effective Date: November 1, 2007
Regular Grievance                                              Operating Procedure #866.1   Attachment #2

# REGULAR GRIEVANCE

RECEIVED
MAY 14 2009     Log Number: 620-29516
Deputy Director, Operations

| Last Name | First | Number | Building | Cell/Bed Number |
|---|---|---|---|---|
| BROWN | K. | 207902 | D | 3/3 |

**WHAT IS YOUR COMPLAINT?** (Provide information from the informal process: Attach Informal Complaint or other documentation of informal process.) Prior to the repeated denial of my religious Newspaper, I had received such for 12-13 consecutive weeks (Aug. 2008 - Nov. 2008), since then, it has been repeatedly denied for 4 1/2 - 5 months. There's no true evidence suggesting, because of this publication, there's a future plan for escapes, riots, assaults, or any other disruptive behavior. R.O.S.P. has not been safer or less safer as a result of the denial of this publication. This is a segregation unit, whereas, 95% of the populous are locked behind the door for 23-24 hrs. Materials are not passed and no officer/staff has been, in past or future, harmed because of this publication. Chaplain Services do not offer/provide Nation of Islam materials nor show N.O.I. videos (weekly), this is a violation of my religious rights. Moreover, this does not serve a state nor penological interest. R.O.S.P. is safe, with and without this publication. This is religious bigotry and it must stop.

**What action do you want taken?** As previously done, and is throughout VA. DOC, permit all prisoners to receive the publication w/o hinderance or suppression; stop the rights violations and apologize, via memo, to all.

RECEIVED
MAY 1 4 2009
Ombudsman Services Unit

Grievant's Signature: K. Brown     Date: 04/02/09

Warden/Superintendent's Office: R. Mullen

Date Received: 4/6/09

RECEIVED
MAY 0 8 2009
OMBUDSMAN SERVICES UNIT

RECEIVED
APR 0 6 2009
GRIEVANCE

1 of 2                                                              Revision Date: 5/29/07

# MEMORANDUM

MAY 1 4 2009
Deputy Director, Operations

**Red Onion State Prison**  **Warden: Tracy S. Ray**

TO:     Brown Kelvin   207902   D 313

FROM:   Major L. Fleming, Chief of Security

DATE:   3/31/2009

SUBJECT:   Publication Disapproval

Your publication <u>The Final Call  Vol 28 # 17</u> has been reviewed by PRC and it has been determined that you cannot possess these publications.

This publication has been disapproved due to the violation of Division Operating Procedure 803.2, *Incoming Publications, Specific Criteria for Publication Disapproval* <u>803.2 # 12</u>. If you are dissatisfied with this decision, you may appeal using the Offender Grievance Procedure within seven days of the date of this letter. Otherwise, in accordance with Operating Procedure 802.1, *Offender Property*, you must dispose of this property using the Property Disposition Form.

LF/sb

(If the grievance coordinator receives a grievance, then he/she must notify personal property/mailroom to retain publication pending review of grievance at all levels).

cc:   Grievance Coordinator*
      Mail Room
      File

**RECEIVED**
MAY 1 4 2009
Ombudsman Services Unit



Revision Date: 6/13/06



# COMMONWEALTH of VIRGINIA

GENE M. JOHNSON  
DIRECTOR

*Department of Corrections*

P. O. BOX 26963  
RICHMOND, VIRGINIA 23261  
(804) 674-3000

### INMATE GRIEVANCE RESPONSE FORM
### Level III

| K. Brown, #207902 | Red Onion State Prison | 620-29517 |
|---|---|---|
| Inmate Name and Number | Institution | Log Number |

Level III: Deputy Director/Director Response: (To be completed and mailed within twenty (20) calendar days)

I have reviewed your grievance appealing the decision of the Publication Review Committee's disapproval of the February 19, 2009 issue of 'Rolling Stone" magazine.

In accordance with Operating Procedure 803.2, Incoming Publications, approval to order or receive a publication or subscription is not a blanket approval of the publication; each issue will be reviewed at the facility prior to delivery to inmates. The Warden/Superintendent or his designee should disapprove any publication for receipt and possession by inmates, if it is not already on the Disapproved Publication List and it can be documented to contain material that violates Operating Procedure #803.2, as specifically listed in 803.2 Section V (L) and Attachment #1. Red Onion State Prison determined that the publication might have contained material in violation of Operating Procedure 803.2 and forwarded it to the Publication Review Committee in accordance with policy.

On March 6, 2009, the Publication Review Committee reviewed the February 19, 2009 issue of "Rolling Stone" magazine and a final determination was made that they violated Operating Procedure 803.2- Section V (L), Attachment 1, #7 & #11 as follows:

> #7. Material that promotes, advocates or instructs in the commission of criminal activity or the violation of state or federal laws or the violation of the Offender Disciplinary Procedure

> #11. Instructions or information relating to the ability to physically disable, injure or kill a person

I have considered your appeal of the Committee's decision and have determined that the Publication Review Committee disapproved the publication in accordance with Operating Procedure 803.2, Incoming Publications. I am upholding the Committee's decision. Your grievance is **unfounded**. You have exhausted all administrative remedies.

_____  Date: 5/20/09
J. Jabe, Deputy Director of Operations

**RECEIVED**

MAY 2 8 2009

GRIEVANCE



# INMATE GRIEVANCE RESPONSE FORM
## LEVEL I

| Brown, K.  207902 | Red Onion State Prison | Deputy Director, Operations 620-29517 |
|---|---|---|
| **Inmate Name and Number** | **Institution** | **Log Number** |

**LEVEL I: Warden's Response.** (To be completed and mailed within thirty calendar days.)

**Grievance Summary:** You stated your "Rolling Stone" magazine (February 19, 2009 issue) was disapproved by the Publication Review Committee on March 31, 2009. This is a rock and roll magazine which does not promote terrorist activity and is not a threat to the security of this prison. You should be allowed to have your magazine.

**Informal Summary:** Your Publication Disapproval Notice dated March 31, 2009 is attached to the grievance.

**Investigation:** As you were advised by the memorandum dated March 31, 2009, your magazine was reviewed and determined to violate Procedure 803.2, #12. This decision was made by the Publication Review Committee, and Major Fleming was notified of their decision. All books, publications, and tapes are subject to review for compliance with Procedure 803.2 prior to delivery to you. The policy number of the violation is noted on your disapproval notice. You will be required to disposition this magazine in accordance with policy guidelines.

**Policy/Procedure:** Operating Procedure 803.2, #12 governs this issue.

In accordance with the above information, this grievance is considered to be **UNFOUNDED**, as procedures have been correctly applied. No further action appears to be necessary at this time.

_____ Warden          5-5-09 Date

In accordance with procedure 866 governing Inmate Grievance Procedures, if you are dissatisfied with this response you may appeal this decision within five (5) calendar days to:

Deputy Director of Operations
P. O. Box 26963
Richmond, Virginia 23261-6963

RECEIVED
MAY 0 8 2009
OMBUDSMAN SERVICE UNIT
WESTERN REGION

I wish to appeal the LEVEL I Response because: _SEE Attachment_

Kelvin Brown 207902          05/06/09
**NAME AND INMATE NUMBER**          **DATE**

RECEIVED
MAY 1 4 2009
Ombudsman Services Unit

rm

LEVEL II APPEAL                                    Deputy Director, Operations

As it relate to Rolling Stone (Feb. 19, 2009); this publication was denied, alleged to violate procedure 803.2 #12. As I've stated, this is a Rock and Roll (music) magazine. It does not advocate (violates) violence, insurrection, etc., though a critic article may be contained in such. This issue of debate deals with the drug problem in Mexico and Texas. This same topic is discussed on the World News (ABC, CBS, NBC, CNN, etc.) This article does not glorify drug sales, but only detail the problem. This is general information.

The denial of this publication, was done arbitrarily by Red Onion officials without due process - A fair, impartial and thorough review (Red Onion deny more publications than any prison in VA.D.O.C.) Oftentimes, this information, in no way poses a threat to security or orderly operation. (For over 40 yrs, Rolling Stones has been a well respected Anglo-Saxon publication, excepted in America, Canada and Britain. Never seen, interpreted or excepted as an advocate of violence, insurrection of terrorism/terrorist activity against government institution. Come on, now. Do you not think, if this was so, the Dept. of Homeland Security, F.B.I., and C.I.A. would be notified?) These claims are without merit and an abuse of authority.

I ask that you review this publication independently, and, impartially and fairly (Red Onion has provided no evidence to support their claim. Red Onion is safe, as orderly as normal - no riots, assaults, escapes, etc. This denial has not made Red Onion safer or less safer, therefore, this claim is bogus.)

RECEIVED
MAY 1 4 2009
Ombudsman Services Unit

Case 7:09-cv-00180-pms   Document 18-5   Filed 09/17/09   Page 18 of 20

VIRGINIA DEPARTMENT OF CORRECTIONS                         Effective Date: November 1, 2007
Regular Grievance                              Operating Procedure #866.1   Attachment #2

# REGULAR GRIEVANCE

**RECEIVED MAY 14 2009**

Log Number: 620-29517

Deputy Director, Operations

| Last Name | First | Number | Building | Cell/Bed Number |
|---|---|---|---|---|
| BROWN | K. | 207902 | D | 313 |

**WHAT IS YOUR COMPLAINT?** (Provide information from the informal process: Attach Informal Complaint or other documentation of informal process.) This magazine is an advocate for music. It's a world renown Rock & Roll magazine. It does not, in any way, advocate, encourage nor promote terrorist activity, insurrection nor attacks on government interest. If this was the case, the F.B.I. and Homeland Security would be involved. These articles are of no threat to the security of this prison or staff/prisoners. No escapes, assaults, etc., are taking place as a result of such information. This is a claim, against, without merit. Go journalism goes deep into the matter/topic, however, this does not mean the magazine advocate (support, uphold) insurrection, terrorist attacks, etc., this is a music magazine! This claim is arbitrarial and was in bad judgement.

**What action do you want taken?** That an independent review be done, weighing the content of the magazine verses the claim. And, permit me and others to possess the magazine.

**RECEIVED MAY 14 2009 OMBUDSMAN SERVICES WESTERN REGION**

Grievant's Signature: K. Brown                    Date: 04/02/09

Warden/Superintendent's Office: R. Mullins

Date Received: 4/6/09

**RECEIVED MAY 14 2009 Ombudsman Services Unit**

**RECEIVED APR 06 2009 GRIEVANCE**

RECEIVED
MAY 14 2009
Deputy Director, Operations

# MEMORANDUM

**Red Onion State Prison**                    **Warden: Tracy S. Ray**

TO:       Brown  Kelvin   207902   D 313

FROM:     Major L. Fleming, Chief of Security

DATE:     3/31/2009

SUBJECT:  Publication Disapproval

Your publication <u>Rolling Stone</u>  <u>February 19th, 2009</u> has been reviewed by PRC and it has been determined that you cannot possess these publications.

This publication has been disapproved due to the violation of Division Operating Procedure 803.2, *Incoming Publications, Specific Criteria for Publication Disapproval* <u>803.2 # 12</u>. If you are dissatisfied with this decision, you may appeal using the Offender Grievance Procedure within seven days of the date of this letter. Otherwise, in accordance with Operating Procedure 802.1, *Offender Property*, you must dispose of this property using the Property Disposition Form.

LF/sb

(If the grievance coordinator receives a grievance, then he/she must notify personal property/mailroom to retain publication pending review of grievance at all levels).

cc:   Grievance Coordinator*
      Mail Room
      File

RECEIVED
MAY 0 6 2009
OMBUDSMAN SERVICES
WESTERN REGION

RECEIVED
MAY 1 4 2009
Ombudsman Services Unit

RECEIVED
APR 06 2009
GRIEVANCE

# COMMONWEALTH of VIRGINIA

GENE M. JOHNSON
DIRECTOR

*Department of Corrections*

P. O. BOX 26963
RICHMOND, VIRGINIA 23261
(804) 674-3000

## INMATE GRIEVANCE RESPONSE FORM
### Level III

| K. Brown, #207902 | Red Onion State Prison | 620-29518 |
|---|---|---|
| Inmate Name and Number | Institution | Log Number |

Level III: Deputy Director/Director Response: (To be completed and mailed within twenty (20) calendar days)

I have reviewed your grievance appealing the decision of the Publication Review Committee's disapproval of the February 2009 issue of 'Maxim" magazine.

In accordance with Operating Procedure 803.2, Incoming Publications, approval to order or receive a publication or subscription is not a blanket approval of the publication; each issue will be reviewed at the facility prior to delivery to inmates. The Warden/Superintendent or his designee should disapprove any publication for receipt and possession by inmates, if it is not already on the Disapproved Publication List and it can be documented to contain material that violates Operating Procedure #803.2, as specifically listed in 803.2 Section V (L) and Attachment #1. Red Onion State Prison determined that the publication might have contained material in violation of Operating Procedure 803.2 and forwarded it to the Publication Review Committee in accordance with policy.

On March 6, 2009, the Publication Review Committee reviewed the February 2009 issue of "Maxim" magazine and a final determination was made that they violated Operating Procedure 803.2- Section V (L), Attachment 1, #9 as follows:

> #9. Instructions or information that contains technical specification for, or may be used to alter or defeat electronic, mechanical, or other security devices, or information concerning security techniques and training or personnel or canine units

I have considered your appeal of the Committee's decision and have determined that the Publication Review Committee disapproved the publication in accordance with Operating Procedure 803.2, Incoming Publications. I am upholding the Committee's decision. Your grievance is **unfounded**. You have exhausted all administrative remedies.

_____
J. Jabe, Deputy Director of Operations

Date: 5/20/09

RECEIVED
MAY 2 8 2009
GRIEVANCE