IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

Kelvin E. Brown,
    Plaintiff,

v.	Civil Action No. 7:09-cv-00180

Tracy S. Ray, et als.,
    Defendant(s).

### *NOTICE*

This case is before the Court pursuant to defendants' Motion for Summary Judgment filed 9/17/2009.  The Court will give plaintiff twenty (20) days from the date of this Notice to submit any further counter-affidavits or other relevant evidence contradicting, explaining or avoiding defendants' evidence.  Both sides are advised that if documents or affidavits outside the pleadings are submitted by either party, any remaining motion(s) to dismiss under Rule 12(b)(6) of the Federal Rules of Federal Civil Procedure may be considered as motion(s) for summary judgment under Rule 56 of the Federal Rules of Federal Civil Procedure.

If plaintiff does not respond to defendants' pleadings, the court will assume that plaintiff has lost interest in the case, and/or that plaintiff agrees with what the defendants state in their responsive pleadings.  If plaintiff wishes to continue with the case, it is necessary that plaintiff respond in an appropriate fashion.  Plaintiff may wish to respond with counter-affidavits or other additional evidence as outlined above.  <u>However, if plaintiff does not file some response within the twenty (20) day period, the court may dismiss the case for failure to prosecute.</u>

Issued and mailed this 18th day of September, 2009.

                                                JOHN F. CORCORAN, Clerk
                                                By:  s/ K. Brown
                                                      Deputy Clerk

UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF VIRGINIA
Roanoke Division

# NOTICE TO PARTIES OF RIGHT TO CONSENT TO JURISDICTION OF UNITED STATES MAGISTRATE JUDGE

**Kelvin E. Brown**
    **Plaintiff(s)**　　　　　　　　　　　**DATE:** September 18, 2009

**vs.**　　　　　　　　　　　　　　　　　　**CIVIL ACTION NO.** 7:09-cv-00180

**Tracy S. Ray, et al**
    **Defendant(s)**

    In accordance with the provisions of Title 28, U.S.C. Sec. 636(c), and Fed.R.Civ.P. 73, you are hereby notified that a United States Magistrate Judge of this district court is available to exercise the court's jurisdiction and to conduct any or all proceedings in this case including a jury or nonjury trial, and entry of a final judgment. Exercise of this jurisdiction by a magistrate judge is, however, permitted only if all parties voluntarily consent.

    You may, without adverse substantive consequences, withhold your consent, but this will prevent the court's jurisdiction from being exercised by a magistrate judge. If any party withholds consent, the identity of the parties consenting or withholding consent will not be communicated to any magistrate judge or to the district judge to whom the case has been assigned.

    An appeal from a judgment entered by a magistrate judge may be taken directly to the United States Court of Appeals for the Fourth Circuit in the same manner as an appeal from any other judgment of a district court.

　　　　　　　　　　　　　　　　　　　　　　　　JOHN F. CORCORAN, CLERK

　　　　　　　　　　　　　　　　　　　　**By:**　　s/ K. Brown
　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

**If you desire to consent to this action please indicate by signing below and returning the form to the Clerk's Office within l5 days from the date of this Notice.**

**Signature**　　　　　　　　　　**Printed Name**　　　　　　　　　　　　**Date**

_____  _____   _____

**Counsel for:**

_____

**DO NOT RETURN THIS FORM ELECTRONICALLY. IF RETURNED, PAPER DOCUMENT MUST BE FILED.**