CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

NOV 18 2010

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

UNITED STATES DISTRICT COURT

Kelvin E. Brown
    Plaintiff

v.                              Civil No. 7:09-CV-00180

Tracy S. Ray, et al
    Defendants

                        November 16, 2010

Re: Settlement in case of Kelvin E. Brown v. Tracy S. Ray, et al

Dear Clerk of Court:

I submit this Letter of Concern regarding information of the settlement in above case.

As today, November 16, 2010, is the scheduled trial date of this case. I've been advised by my council, defendants council has agreed to settle this case out of court, and this settlement will be made known to Magistrate Judge Pamela Sargent on the (ad) above date.

This settlement, as I understood it and agreed

Case 7:09-cv-00180-pms   Document 57   Filed 11/18/10   Page 2 of 3

-2-

to with my council and defendants council, will include defendants covering the cost of my filing this case, which is $350.00 (wherein, I've paid over Fifty-dollars toward).

I am asking, have you been made aware of this settlement? If so, and the terms of the settlement is correct - as stated above - will you please notify Red Onion State Prison Accountant: Ms. Younce, to stop deducting 20% of my income. This is important, whereas, if this information is not made known to them by the courts, Ms. Younce will continue to deduct 20% of income.

I thank you for your attention. Should there be any questions, comments and/or concerns, please notify me.

Sincerely,

*Mr. Kelvin E. Brown* (signature)

Mr. Kelvin E. Brown



Kelvin E. Brown #1066672
Red Onion State Prison D-204
P.O. Box 1900
Pound, Virginia 24279

"Legal Mail"

Virginia Dept Of Correction
Has Neither Censored Or Inspected
Item. Therefore, The Dept Does Not
Assume Any Responsibility
For It's Contents

United States District Court
Office of the Clerk
P.O. Box 1234
Roanoke, Virginia 24006

$00.44
PITNEY BOWES
NOV 17 2010
MAILED FROM ZIP CODE 24279

24006$1234