IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN COURT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| KELVIN E. BROWN<br>Plaintiff, | Civil Action No. 7:09cv00180 |
| -v- | CONSENT ORDER |
| TRACY S. RAY, et al.,<br>Defendants. | |

The parties, acting by and through their counsel, informed the Court that a settlement has been reached and ask that the Court dismiss this case with prejudice. The Court has given due consideration to this matter, and hereby DISMISSES this case with prejudice. The Court shall retain jurisdiction in order to enforce the agreement reached by the parties.

The clerk is directed to send certified copies of this Order to counsel of record.

Entered this _____ day of November, 2010.

_____
Hon. Pamela Meade Sargent, U.S.M.J.

Seen and agreed to:

_____
Jeffrey E. Fogel, VSB #75643
Attorney at Law
913 E. Jefferson Street
Charlottesville, VA 22902

Counsel for Kelvin E. Brown

1

*[signature]*
Richard C. Vorhis, Senior AAG, VSB #23170
Office of the Attorney General
Public Safety and Enforcement Division
900 E. Main Street
Richmond, VA 23219

Counsel for All Named Defendants

                                              Respectfully submitted,
                                              Kelvin E. Brown
                                              By Counsel

s/Jeffrey E. Fogel
Jeffrey E. Fogel, VSB #75643
Attorney at Law
913 E. Jefferson Street
Charlottesville, VA 22902
434-984-0300 (Tel)
Email: jeff.fogel@gmail.com
Attorney for Kelvin E. Brown