**UNITED STATES DISTRICT COURT**
WESTERN DISTRICT OF VIRGINIA
180 WEST MAIN STREET
POST OFFICE BOX 846
ABINGDON, VIRGINIA  24212-0846

PAMELA MEADE SARGENT                                    Telephone (276) 628-6021
United States Magistrate Judge                                Fax (276) 628-6072

November 19, 2010

Mr. Kelvin E. Brown, #1106672
Red Onion State Prison D-204
P.O. Box 1900
Pound, VA 24279

      Re:    *Kelvin E. Brown v. Tracy S. Ray, et al.*
             Civil Action No. 7:09cv00180

Dear Mr. Brown:

      I have received your letter regarding the status of this case.

      On November 12, 2010, counsel notified the court that this case had settled.  Based on this, the court canceled the court trial set for November 16.  The court has not been provided with the terms of any settlement agreement.

      By copy of this letter to counsel, I am notifying counsel that any agreed final order should be forwarded to my attention for entry within 14 days from the date of entry of this letter.  If I do not receive an agreed order within this time period, I will dismiss the case as settled with prejudice.

      I suggest that you contact your counsel, Mr. Fogel, if you desire additional information regarding the terms of the settlement.

                                    Sincerely,
                                    Pamela Meade Sargent
                                    United States Magistrate Judge

c:    Mr. Jeffrey Edward Fogel (via CM/ECF)
      Mr. Richard Carson Vorhis (via CM/ECF)